**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

MUGE MA,
                Defendant.
------------------------------------------------------------X

20 CR. 407 (RMB)

**ORDER**

      The initial conference previously scheduled for Friday, September 11, 2020 at 9:00 AM is hereby rescheduled to 12:00 PM, on the same date. The conference will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0407

Dated: September 3, 2020
       New York, NY

                                  _____
                                     RICHARD M. BERMAN
                                          U.S.D.J.