UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,

              -against-

                                        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    -CR-    ( )( )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/Muge Ma
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 4, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge