**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

     -against-

MUGE MA,
                    Defendant.
------------------------------------------------------------X

20 CR. 407 (RMB)

**<u>ORDER</u>**

      The status conference scheduled for Monday, December 7, 2020 at 9:00 AM will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0407

Dated: December 2, 2020
       New York, NY

                                    _____
                                      RICHARD M. BERMAN
                                            U.S.D.J.