

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

January 22, 2021

**BY EMAIL**
Hon. Richard M. Berman
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Muge Ma, 20 CR 407 (RMB)*

Dear Judge Berman:

I am counsel to Mr. Ma in the above referenced case. I submit this letter on behalf of the parties to request an adjournment of the telephonic status conference scheduled for January 27, 2021 until the week of March 1, 2021 or thereafter.

Since the indictment against Mr. Ma was filed on August 17, 2020, the government has produced voluminous discovery, and the parties have been engaged in on-going plea discussions that would obviate the need for a trial. Accordingly, in order to allow time for the parties to complete our negotiations, the parties respectfully request that the January 27, 2020 conference be adjourned until March 1, 2021 or thereafter.

The parties also respectfully request that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The parties submit that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial as it will allow time for the parties to continue our on-going discussions regarding a potential disposition of this matter. I have consulted with Assistant U.S. Attorney Sagar Ravi who consents to this adjournment request and to the exclusion of time on behalf of the government.

Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to Muge Ma*

Application granted. Conference adjourned to Wednesday. March 3, 2021 at 10:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1/22/2021

Richard M. Berman, U.S.D.J.

1