**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                         20 CR. 407 (RMB)

   -against-

                                                                         **ORDER**

MUGE MA,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, March 3, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0407

Dated: February 25, 2021
       New York, NY

                                                                         _____
                                                                           RICHARD M. BERMAN
                                                                                 U.S.D.J.