

February 26, 2021

**BY EMAIL**
Hon. Richard M. Berman
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Muge Ma</u>, 20 CR 407 (RMB)

Dear Judge Berman:

    I am counsel to Mr. Ma in the above referenced case. I submit this letter on behalf of the parties to request an adjournment of the telephonic status conference scheduled for March 3, 2021 until the week of April 5, 2021 or thereafter.

    As I have noted in a previous letter, since the indictment against Mr. Ma was filed on August 17, 2020, the government has produced voluminous discovery, and the parties have been engaged in on-going plea discussions that would obviate the need for a trial. We are very close to a disposition and firmly believe that a trial is very unlikely in this case. Accordingly, in order to allow time for the parties to complete our negotiations, the parties respectfully request that the March 3, 2021 conference be adjourned until April 5, 2021 or thereafter.

    The parties also respectfully request that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The parties submit that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial as it will allow time for the parties to continue our on-going discussions regarding a potential disposition of this matter. I have consulted with Assistant U.S. Attorney Sagar Ravi who consents to this adjournment request and to the exclusion of time on behalf of the government.

    Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to Muge Ma*

Application granted. Conference adjourned to April 5, 2021 at 12:00pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 2/26/2021
Richard M. Berman, U.S.D.J.