**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

   -against-

MUGE MA,
                 Defendant.
------------------------------------------------------------X

20 CR. 407 (RMB)

**ORDER**

       The status conference previously scheduled for Monday, April 5, 2021 at 12:00 PM is hereby rescheduled to 10:30 AM on the same date.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0407

Dated: April 1, 2021
        New York, NY

                                         _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.