UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

MUGE MA,
                Defendant.
------------------------------------------------------------X

20 CR. 407 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, May 19, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0407

Dated: May 12, 2021
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.