**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

        20 CR. 407 (RMB)

   -against-

**<u>ORDER</u>**

MUGE MA,
                Defendant.
------------------------------------------------------------X

The change of plea hearing previously scheduled for Wednesday, June 2, 2021 at 9:00 AM is hereby rescheduled to Tuesday, June 15, 2021 at 12:30 pm.

Dated: June 2, 2021
      New York, NY

                          _____
                               RICHARD M. BERMAN
                                   U.S.D.J.