

LAW OFFICES OF
# PETER KATZ
EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

November 10, 2021

**VIA E-Mail**
Honorable Richard Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re: United States v. Muge Ma, a/k/a "Hummer Mars," 20 CR 407 (RMB)

Dear Judge Berman:

      I am counsel to Muge Ma in the above referenced matter. Mr. Ma's sentencing is currently scheduled for November 30, 2021. Over the last several months we have been preparing Mr. Ma's sentencing submission; however, for a variety of reasons, including difficulty obtaining letters from individuals in China and Mr. Ma's personal property and legal materials having been stolen at the MDC, we respectfully request, with the consent of the government, that Mr. Ma's sentencing be adjourned to the week of December 13th.

      Thank you for your consideration.

                                          Respectfully submitted,

                                          Peter Katz, Esq.

---

*[Handwritten order:]* Sentence is adjourned to 12/16/21 at 11:30 am. Defense submission is due 11/29/21. Government submission is due 12/6/21.

SO ORDERED:
Date: 11/10/21
*/s/ Richard M. Berman/*
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/21