Case 1:20-cr-00407-RMB Document 57 Filed 11/29/21 Page 1 of 1



**LAW OFFICES OF**
# PETER KATZ
EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/21
```

November 29, 2021

**VIA E-Mail**
Honorable Richard Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Muge Ma, a/k/a "Hummer Mars," 20 CR 407 (RMB)</u>

Dear Judge Berman:

I am counsel to Muge Ma in the above referenced matter. Mr. Ma's sentencing is currently scheduled for Thursday, December 16, 2021. Over the last several months we have been preparing Mr. Ma's sentencing submission; however, for a variety of reasons, including a recent death in my immediate family, difficulty obtaining letters from individuals in China and Mr. Ma's personal property and legal materials having been stolen at the MDC, we respectfully request, that Mr. Ma's sentencing be adjourned to late January or early February 2022.

I have consulted with AUSA Sagar Ravi who has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Peter Katz, Esq.

---

> Sentence is adjourned to 2/10/22 at 9:00am. Defense submission is due 1/26/22. Government submission is due 2/2/22.

SO ORDERED:
Date: 11/30/21    *Richard M. Berman*
Richard M. Berman, U.S.D.J.