# LAW OFFICES OF
# PETER KATZ

EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323

PKATZLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/22
```

January 25, 2022

**VIA E-Mail**
Honorable Richard Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: United States v. Muge Ma, a/k/a "Hummer Mars," 20 CR 407 (RMB)

Dear Judge Berman:

I am counsel to Muge Ma in the above referenced matter. Mr. Ma's sentencing is currently scheduled for Thursday, February 10, 2022. Over the last several months we have been preparing Mr. Ma's sentencing submission; however, Mr. Ma has recently contracted COVID, for the second time, while incarcerated at MDC Brooklyn. He has been placed in isolation and I have only been able to speak with him for 30 minutes in the last month (in person visits have been suspended all of 2022). He has not even been able to receive my written correspondence over this period. As such, we are not prepared to submit our sentencing memorandum to the Court by the due date of January 26, 2022 or to proceed to sentencing on February 10, 2022.

I have consulted with AUSA Sagar Ravi who has no objection to this adjournment request. Because of both of our trial schedules (AUSA Ravi will be on trial the last week of March as well as the beginning of May; I will be on trial the beginning of May) we respectfully request that Mr. Ma's sentencing be adjourned to the week of April 18th or 25th, 2022. Thank you for your consideration.

Respectfully submitted,

Peter Katz, Esq.

---

Sentence is adjourned to 4/21/22 at 9:00am. Defense submission is due 4/5/22. Government submission is due 4/12/22.

SO ORDERED:
Date: 1/25/22

*Richard M. Berman*
Richard M. Berman, U.S.D.J.