**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        *Plaintiff,*

   vs.

MUGE MA,

        *Defendant.*

**CRIM. NO.  20 CR 407 (RMB)**

---

**DEFENDANT MUGE MA'S**
**SUBMISSION IN AID OF SENTENCING**

---

Peter Katz, Esq.
LAW OFFICES OF PETER KATZ, LLC
116 Village Blvd., 2ⁿᵈ Floor
Princeton, NJ 08540
*Attorneys for Defendant Muge Ma*

Dear Judge Berman:

I write on behalf of my client, Muge Ma (who has adopted an Americanized name of "Hummer Mars"), in advance of his sentencing currently scheduled for April 21, 2022, to respectfully request a sentence of 24 months.

The Muge Ma known to everyone who has come in contact with him is a different person than the one who committed this crime. Muge is a loving, caring, giving person. Moreover, he suffered through the pandemic in federal custody in squalid conditions and frequent, extended lockdowns, quarantines and isolations, being victimized by fellow inmates, and contracting COVID-19. As is apparent from his letter to Your Honor, Muge has not only accepted responsibility and expressed remorse for his actions (which began when he voluntarily withdrew and cancelled his loan applications), but also put his future life in proper perspective such that when he is released from prison, he is poised to return to the productive entrepreneur he was before. Muge is extremely remorseful; however, this conviction by no means defines him.

As Your Honor reviews the presentence report and the 3553(a) factors, I ask that you consider the following:

- Muge readily admitted his guilt, including to a count of Aggravated Identity Theft – apparently, he is the ***only*** defendant in *the Country* required to enter such a plea for a PPP Loan Fraud case
- He is non-violent
- He is extremely remorseful
- He withdrew his applications before being aware of any bank or governmental investigations – (such withdrawal appears to be *unique* among the hundreds of PPP cases throughout the Country)
- He obtained no PPP funding because of the withdrawals, resulting in no restitution being owed
- Muge had a difficult childhood, having endured mental, physical, and sexual abuse because of his obesity
- He suffered through two grueling years in squalid conditions, repeated lock-downs, quarantines and isolations at the MCC and MDC, contracting COVID-19 and suffering through physical threats, significant racial and ethnic harassment, and hate crimes – all the while displaying an exemplary prison record

- He has an immensely strong and supportive family and support structure in place
- This conduct was clearly an aberration in an otherwise law-abiding and productive life

In considering the factors enumerated in 18 U.S.C. §3553(a), the Court should bear in mind that as a 38-year-old lawful, permanent resident of the United States, this is Muge's first (and is certain to be his only) contact with the criminal justice system. He is a well loved and respected person in his community who has been humbled by this process and has learned his lesson. In fact, Muge's own words from his letter to Your Honor demonstrate the depths of his acceptance of responsibility and remorse: "An astronomical guilt intensifying every minute on me for submitting those horribly false applications was like a blackhole sucking me and soaking me up into the hell of dishonor."

Muge poses absolutely no threat to the community. In fact, as demonstrated by the almost 50 letters in support of Muge, he has been, and will continue to be, a great asset to society. Thus, as we detail below, the §3553(a) factors counsel that a sentence of 24 months is the one sufficient, but not greater than necessary to achieve the goals of 18 U.S.C. §3553(a).

For these reasons as well as those that follow, it is respectfully submitted that the Court sentence Muge Ma to 24 months in prison on the Aggravated Identity Theft count consecutive to time served on the Bank Fraud count.

Background

Muge had been an incredibly successful member of society, who overcame a difficult childhood and adolescence as detailed in the attached report of Leslie Lockwood, MSW ("Lockwood Report"). Muge is an exceptionally hard-working man who puts his family and friends above himself. To begin, it is essential to know that Muge fully accepts responsibility for his actions, as he has with his guilty plea and in his attached letter. By all accounts, before this conduct, he was an upstanding and law-abiding individual for the entirety of his life. Indeed, Muge has dedicated his life to his family. As Your Honor can see from the attached letters, Muge's love of and for his family pervades his entire being. He is dedicated to them and supports them financially, physically, emotionally, and spiritually. Unfortunately, since his incarceration, his parents (who live in China and speak no English, have resided in New York since Muge's arrest) have suffered immense physical, emotional and financial trauma. As detailed in the Lockwood Report and attached letters from his parents, his mother and father have succumbed to numerous physical ailments, including his father recently breaking his hip on his way to visit Muge at the MDC. As a result of COVID, their previously thriving businesses in China have virtually collapsed. And of course, culturally, they have suffered great societal ignominy because of Muge's conduct.

To be sure, Muge is a giving person, a man of integrity, a man committed to his family and friends. This is evident from the many letters in support of Muge. As his friend since primary school, Gening Dong, noted, "I have always been growing up under Muge's positive influence. He was always the best one among his peers, and he had set a good example for me with his hard work and many achievements…. Muge is the kind of person who is always cheerful and full of

energy…. He takes his career and life seriously, works hard and loves his family from the bottom of his heart."

Ting Yu, a Doctor and Professor at Jilin University and cousin of Muge, commented that Muge "has been a man of noble character and excellent learning since he was a child. He is smart, enthusiastic and helpful. He contacts everyone with his kindness and sense of responsibility…. He [is] a man of great excellence and integrity, a role model for our peers and our children to learn from."

Indeed, Ting's expression of Muge's care for others and integrity are echoed by everyone who knows Muge. Hong Bao, also a doctor and wife of one of Muge's cousins, added that "what I like most about him is that he is sincere, enthusiastic, optimistic and enthusiastic about everything he does." Bruce Quilliam, Jr., a business associate, noted that "Muge always presented himself in a gracious, professional manner and did not in any way appear to be anything other than a true gentleman with good intentions."

Muge also was eternally dedicated to his work. A former co-worker of Muge, Zhang Shu, reflected that "Hummer is one of the hardest-working people I have ever worked with, and his dedication to his work is unforgettable." Amy Mao, a Citibank Branch manager and former co-worker and friend of Muge, echoed these sentiments: "Hummer was always to be supportive and willing to share his experience and professionalism with my team. They all [were] impressed with his kindness and selfless[ness]…. As many of his friends, associates, and employees can attest to it, he is a good man who serves his friends, families and his community with selfless acts and kindness. He loves to learn, works very hard, stays away from bad habits…. He has always been kind, warm, and humble."

Muge's former boss at Citibank Shanghai, Joo Howe, reflected that Muge was a "kind-hearted man." He added that "Muge has always been one of my most trusted staff when I was the branch manager. Muge has always displayed great compassion and trust to everyone around him." Others have made similar comments: Muge's friend, Zhe Yang: "wherever he goes, he will always bring his kindness with him." Muge's business associate, Yongwei Chen: "As a friend for many years, I have always admired Hummer's hard-working and enterprising spirit." Friends, Vici Shaweddy and Robin Chou, simply: "Hummer was the glue of our community." Family friend, Lianwei Dong: "Hummer is a warm and cheerful man…. He has always been a leader among his peers." Friend, Joseph Bent: "I know that Hummer is a decent man with a kind and loving heart…. Everyone who has met or knows Hummer would say nothing but good things about him. He is selfless in nature and would give a stranger a shirt [off] his back."

Muge's second cousin, Mingxin Li commented on Muge's best qualities and all that has been lost: "I think Muge's most distinguishing trait is his self-discipline…. Wherever he goes, he brings energy and joy to the people around him…. [Muge's crimes have] destroyed the most important things that Muge has worked for in his life, due to his own fault. His businesses are effectively gone. His finances are ruined. He cannot support his family anymore. His name is all over the newspapers, and his former friends and colleagues who used to look up to him now all know that his reputation is ruined."

Muge's college classmate, Daniel Zhao, an auditor, likewise commented on Muge's stature in his community: "I can say for sure that he's the one people looking for help when they were in need and of course I was one of them. He treats everyone with patien[ce] and compassion. Through years, I never see him complaining, helping others, neither hear from anyone speaking

any bad of him, which I see it an accomplishment.  He is a man of high morality that makes some of us feel like we are 'bad guys.'  His morality makes people want to follow his lead."

Hongmei Meng, Muge's colleague for five years, recounted an example of Muge's leadership.  Meng wrote, "In my impression, one thing that is deep in my memory is that in his second year of work, the company contacted poor students in remote primary schools and asked the entire company to support them.  Not very long time afterwards, only after the company sent an email, we learned that he silently funded one of the poor students, but he never made any announcements."

Radhu Ihuas, a friend and MBA classmate of Muge, relayed another example of his leadership: "During the MBA, he was one of the most active community connectors.  He was always organizing team buildings, dinners, and activities for our community to enjoy and to build connections beyond.  He organized a large dinner celebrating Chinese New Year and introduced his classmates to traditional Chinese food.  He was also active in helping other students to showcase their culture.  Muge was open to everyone and eager to build friendships across cultures. His desire to meet everyone and build friendships was always a defining characteristic of him. I could give endless anecdotes about our friendship and why I love Muge deeply and believe him to be a fundamentally decent person….  Even as he was struggling to build his own business, he was happy to help others.  I know Muge as a thoughtful, considerate, and compassionate man….  I write this letter to share with you this fundamental conviction of mine: that Muge is at his core a good person who will strive to do better, if given the chance.  He is not the sum of these charges, and the life he has lived until now has been meaningful and positive to so many people."

Another MBA classmate and close friend, Jennifer Austin, gave specific examples of Muge's goodness and love: "What I loved most about him was that he approached everything with

sincerity, enthusiasm, optimism, and passion…. There are those [people] who fundamentally change you – people whose friendship and influence make you a better, stronger, and more complete person, enriching your character and perspectives. Muge…is such a [person]…. I could see how proud Muge was to show his parents that he had made deep friends in America and that this was a place where people from all backgrounds could make friends with each other… Muge beamed with pride to show them America…. Unfortunately, 2020 brought many personal difficulties for me. Covid-19 disrupted my business… my brother developed pancreatic cancer. Muge was there for me through all of this. He was one of the few people I could bring myself to talk to because he was so kind and supportive. People tend to offer vapid pleasantries in such dire situations. Muge didn't bother with such pretenses. Each time we spoke, he offered all the support he could: emotional, tangible, financial – he was willing to help in any way."

Muge is also a man of much faith. His mother, Xianmei Yu commented that "under the influence of his wife, Elisabeth, Muge has taken to Christianity in recent years, trying hard to study the Bible and understand its essence. He regularly attends church services and makes donations. Every Year he takes part in large Christmas celebrations and events. He is a devout believer."

Crystal Tian, an accountant and friend of Muge summed it up well, "He is a good man, good friend and good son." This is the Muge Your Honor should know before you sentence him.

Muge, originally from China, taught himself English, attended and graduated from UCLA Business School, received numerous business-related accolades, and used his entrepreneurial spirit to start a business of his own. Unfortunately, Muge made a horrific, life-altering decision in a cataclysmically stupid and monumental, yet temporary, lapse in judgment. That said, it is critical to note that Muge realized his mistake before he was aware of any investigation and withdrew and canceled his various PPP Loan applications – attempting to minimize any damage. His corrective

actions worked – as he obtained no funds, and no bank lost any funds.  Indeed, Muge continues to fully accept responsibility for his actions, as he indicated at his guilty plea and as he has demonstrated in his attached letter.  It should be noted that it appears Muge is the **_only_** defendant charged in the United States who voluntarily withdrew and cancelled his loan applications[1] and the **_only_** defendant charged with PPP loan fraud who was required to plead guilty to Aggravated Identity Theft.  These two facts may not be coincidental, as the government may have sought to maintain some control over his sentence, mandating a plea with a 24-month mandatory minimum, knowing that a probationary sentence might otherwise be imposed.

To be sure, Muge fully accepts and acknowledges his conduct.  We respectfully suggest that keeping Muge in prison for the remainder of his young adulthood and into his 40s would not serve any meaningful purpose and would be detrimental to society in a myriad of ways.

Muge has suffered immensely since his arrest.  For almost two years, Muge has lived in brutal and traumatic prison conditions due to the COVID-19 pandemic.  The conditions are detailed in the Lockwood Report, including his contracting COVID-19 while incarcerated.  In fact, Muge continues to suffer from "long-term COVID."   We ask that Your Honor take this into account in fashioning a fair and just sentence.  As Your Honor is likely aware, virtually every Southern District of New York Judge has lowered defendants' sentences because of MCC and MDC conditions during the COVID-19 pandemic.  Yes, Muge deserves some punishment for his

---

[1] While Mr. Ma withdrew and cancelled his applications, we had to concede that under United States Sentencing Guideline Section 2B1.1, Application Note 3(E)(i), the loss calculation was not subject to a credit against loss even though (1) "the fair market value of the property was returned by the defendant" and (2) Mr. Ma did so voluntarily before becoming aware of any investigation.  We were compelled to do so solely because one of the banks did, in fact, "detect" (but not notify Mr. Ma about) the offense by beginning an internal investigation.  This technicality prevents a guideline credit against loss.  If such credit would have been applied, the resulting guidelines would have been an adjusted offense level of 7 with a range of 0-6 months.  While we concede the guideline analysis, we believe, under 3553(a), this "technicality" is of no moment, and Mr. Ma should be sentenced to time served on the Bank Fraud offense because of his voluntary withdrawal of all applications along with the other reasons demonstrated in this memo and submission.

conduct.  However, his experience with month-long lockdowns, no visits, frequent quarantines and isolations, contracting COVID-19, anti-Asian prejudice and hate crimes, and abuse by fellow inmates and prison guards, caused significant mental strain and physical trauma far exceed the appropriate and usual reach of punishment.

Sentencing Factors

As Your Honor is well aware, pursuant to Title 18, United States Code, Section 3553(a), the Court shall impose a sentence sufficient, but not greater than necessary, to comply with the need for the sentence imposed.  In this case, Your Honor must consider the following:

- The nature and circumstances of the offense
- The history and characteristics of the defendant
- The need for the sentence imposed
  - To reflect the seriousness of the offense, to promote respect for the law and to provide just punishment for the offense
  - To afford adequate deterrence to criminal conduct
  - To protect the public from further crimes of the defendant
- The kinds of sentences available
- The kinds of sentence and the sentencing range established by the guidelines
- The need to avoid unwarranted disparities

Nature and Circumstances of the Offense

There is no sugar-coating Muge's conduct.  However, as Muge noted in his letter and will orally state at his sentencing, this is certain to be his last interaction with the criminal justice system.  Muge is extremely apologetic to the banks, family, friends, and the Court for his conduct.

While this is a significant offense, as noted below, the seriousness of the offense does not require or demand a lengthy custodial sentence because of the other factors detailed above, including Muge's voluntary withdrawal of the loan applications.

10

History and Characteristics of Muge Ma

The background noted above (including the Lockwood Report and letters of support) demonstrates the challenges Muge faced as a child, and some insight into the caring, loving, giving, and sharing person that Muge has also shown to be.  It is apparent from these circumstances, that the conduct which brings Muge before Your Honor does not represent Muge's true character and worth. It does not define who Muge is, or who he will become.

As is likely to be requested by the government, a lengthy prison sentence for Muge is wholly unnecessary.

In addition, as a remorseful, 38-year-old, Muge is not likely to recidivate.  A review of Muge's life and his demonstrated awareness of his situation reveals that the likelihood of him committing another crime is exceptionally low.  As long as he lives, Muge will not be a criminal defendant again.  Therefore, a lengthy sentence of imprisonment is unnecessary as a means of deterrence or to protect the community from Muge.  As previously noted, Muge is wholly remorseful for his conduct.  He is ready, willing, and able to move on with his law-abiding life.

Indeed, there has been a groundswell throughout the country to reduce the over-incarceration of those convicted of crimes, particularly non-violent offenses.  Even the splintered federal government's executive and legislative branches have come together to acknowledge that low-risk offenders, should spend considerably less time in prison through the First Step Act.  *See First Step Act of 2018*.  There is a general understanding that extensive stays in federal prison for these populations are expensive, deleterious to their long-term health,  and ineffective and unnecessary punishment.

Moreover, as a lawful, permanent resident of the United States, Muge will not be allowed to participate in many prison programs.  For example, he will not be eligible for work release,

placement in a half-way house, First Step Act credit, community service, home detention, or intermittent custody.

Accordingly, we respectfully submit that these sentencing factors mitigate in favor of a 24-month sentence.

## The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to Promote Respect for the Law, to Provide Just Punishment for the Offense, to Deter Future Criminal Conduct and the Need to Avoid Unwarranted Disparities

Without question, Muge stands convicted of serious offenses. That said, he is remorseful. He will suffer dozens, if not hundreds or thousands of collateral consequences from this conviction, including potential immigration effects. Placing him in prison for several more years will not benefit society in any way and would be a punishment greater than necessary to achieve these purposes of sentencing.

## To Protect the Public From Further Crimes of Muge Ma

A review of Muge's current life status and insight reveals that the likelihood of Muge committing another crime is exceptionally low. As long as he lives, Muge will not be a criminal defendant again. This factor militates in favor of a truncated prison sentence.

## The Need to Avoid Unwarranted Disparities

The Court should consider one final, yet immensely significant factor, specifically, the sentences imposed on others who have committed similar offenses. As the Guidelines instruct and fundamental fairness dictates, it would be improper for similarly situated and charged individuals, such as Muge, to be imprisoned disparately. A survey of similar PPP and related cases from around

the country over the last year reveals a plethora of similarly situated defendants all receiving sentences well below the advisory guidelines, receiving sentences of 24 months or less. Indeed, that survey of over 150 PPP Loan fraud defendants was unable to find any other case where (1) the defendant was required to plead guilty to Aggravated Identity Theft (with a mandatory 2-year sentence) or (2) where the defendant voluntarily withdrew and cancelled the applications.   In addition, while Mr. Ma is technically guilty of Aggravated Identity Theft based upon current Second Circuit precedent, his use of an already existing corporate email in the name of his former girlfriend for purposes of communications regarding applications is far afield from the intended purpose of the statute.  As noted above, we believe the government demanded a plea to Aggravated Identity Theft, with a mandatory 24-month sentence, *precisely because* Mr. Ma's withdrawal conduct would otherwise be consistent with a probationary sentence.  Below are 20 examples of cases where defendants actually received PPP funds; often spending millions on personal luxury purchases, and received a sentence of 24 months or less.  Every one of these defendants are more culpable than Mr. Ma:

- U.S. v. Shashank Rai, 21 CR 9, EDTX ($13 million loan sought) (24-month sentence)

- U.S. v. Tarik Jaafar, 20 CR 185, EDVA (18 applications, $6.6 million sought, $1.4 million received) (attempted to flee to Poland) (12-month sentence)

- U.S. v. David Butziger, 20 CR 72, DRI ($543,000) (Sentence of Time Served-equivalent of 1 day in jail)

- U.S. v. Benjamin Hayford, 20 CR 88, NDOK (more than $8 million) (24-month sentence)

- U.S. v. Leonel Rivero, 21 CR 20160, SDFL (118 loan applications, $2.3 million sought, approximately $900,000 received) (24-month sentence)

- U.S. v. Baoke Zhang, 20 CR 169, WDWash ($1.5 million) (60-day sentence)

- U.S. v. Bridgett Dorsey, 21 CR 624, DSC (more than $1.25 million received) (24-month sentence)

- U.S. v. Cindi Denton, 21 CR 60171, SDFL (approximately $500,000 received) (6-months jail/12 months, home confinement)

- U.S. v. Miranda Devlin, 21 CR 226, NDCA ($369,000 received) (18-month sentence)

- U.S. v. Diamond Blue Smith, 21 CR 20001, SDFL (over 80 applications, $24 million sought, $1.13 million received) (20-month sentence)

- U.S. v. Tonye Johson, 21 CR 60017, SDFL (over 80 applications, $24 million sought, $389,627 received) (18-month sentence)

- U.S. v. Nadine Jackson, 20 CR 112, SDOH ($2.5 million received) (24-month sentence)

- U.S. v. Andrew Tezna, 21 CR 77, EDVA (Senior Executive Service employee of NASA) (18-months sentence)

- U.S. v. Tristan Bishop Pan, 21 CR 436, EDNC ($6.1 million sought, $1.7 million received) (20-month sentence)

- U.S. v. Scott Suber, 20 CR 110, EDVA ($350,000 received) (24-month sentence)

- U.S. v. Darrell Baker, 20 CR 355, EDMich ($590,000 received) (24-month sentence)

- U.S. v. Mukund Mohan, 21 CR 41, WDWash ($5.5 million sought, $1.8 million received (24-month sentence)

- U.S. v. Luke Pierre, Jr., 21 CR 60288, SDFL ($415,000 received) (24-month sentence)

- U.S. v. Jeremy Clawson, 21 CR 39, Dist. of Oregon (24-month sentence)

- U.S. v. Dennes Garcia, 21 CR 60146, SDFL ($285,000 received) (18-month sentence)

Based upon all of these factors, we respectfully submit the sentence which is sufficient but not greater than necessary to achieve the goals of sentencing is a sentence of 24 months on the Aggravated Identity Theft count to run consecutive to a sentence of time served on the Bank Fraud count.

Respectfully Submitted,



Peter Katz, Esq.



**LESLIE S. LOCKWOOD, MSW**

Sentencing Consultant and Mitigation Expert

April 2, 2022

(347) 219-9760
Leslie.S.Lockwood@gmail.com

3597 Milburn Avenue
Baldwin, NY. 11510

The Hon. Richard M. Berman
Senior U.S. District Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  US v. Muge Ma, 20-CR-407 (RMB)

Your Honor,

The following social history assessment and mitigation report is provided on behalf of Muge Ma (also known as Hummer Mars), who awaits sentence before Your Honor.  The undersigned has been appointed by the Court as a Mitigation Specialist.  *It is respectfully requested that this report be filed under seal due to Mr. Ma's reasonable fear that* ███████████████ ██████████████████████████████████████████████████████████████ ██████████████

This report is based upon in-person, telephonic and video interviews conducted with Mr. Ma, as well as written communication with his mother.  In connection with the preparation of this report, the charging instruments, plea agreement and Presentence Report have been reviewed.

**<u>Introduction</u>**

Muge Ma pleaded guilty to counts charging him with bank fraud and aggravated identity theft; he faces up to 30 years imprisonment on Count 2, and a mandatory consecutive 2 years imprisonment on Count 8.  He has been in custody since May 21, 2020, and will have served 23 months at the time of his sentencing on April 21, 2022.

**Mr. Ma's  Struggles with Obesity and Gynecomastia**

Muge Ma was born on March 21, 1984, in Changchun in the Jilin Province of China, to his parents, Feng Xiang Ma and Xian Mei Yu.  Mr. Ma is an only child, pursuant to the "one child" rule that existed in Communist China at that time.[1]  During Mr. Ma's formative years, his parents owned multiple businesses in China and were considered wealthy, but they were never home during his childhood due to their work responsibilities.  As such, Mr. Ma ate a lot of unhealthy food, particularly "luxury foods" from American restaurants such as McDonald's, KFC, Pizza Hut and Burger King, ultimately gaining so much weight that he was clinically obese.

While he was in grade school, Mr. Ma earned excellent grades and was advanced to the next grade, despite the principal's warning to his parents that it could be a difficult road for him to be among older students.  By the age of 8, Mr. Ma's weight gain was beginning to accelerate, which led to his victimization by other children.  On one occasion, he was beaten up by neighborhood children who robbed him of his toys.  When his parents observed wounds on his face, he downplayed the incident to his parents because he felt humiliated.  By the time he was in middle school, his grades began to suffer significantly.  From ages 12 through 14, during breaks between classes, his classmates tried to "squeeze the fat out of" him, while teachers and other students watched and laughed; this happened every day, throughout the day.  At the age of 13, he was beaten up by another student because he was obese and an easy target; Mr. Ma couldn't sleep for two weeks because his jaw was swollen.

At age 14/15, in the midst of puberty, Mr. Ma's weight was at its peak; he was 5 feet tall and about 270 pounds, and his clothing had to be custom made to fit his body.  The skin was infected and actually breaking down in the folds of his fat, and he had developed gynecomastia  (overdeveloped breasts).[2]  Due to his excessive weight and overdeveloped breasts, Mr. Ma was mercilessly bullied by his classmates, at times amounting to sexual assault.  Students would sometimes grab his breasts from behind, or remove his shirt entirely

---

[1] In addition to the restrictive measures implemented by the communist party, in 1980, China initiated its "one-child" policy in response to a significant increase in the country's population.  Violators of this policy would be fined or could be subject to forced abortions, and risked losing their jobs if found to have had more than one child.  In some parts of China, the penalties were far more violent, and could involve doctors injecting poison directly into a baby's skull. Officials may kidnap or imprison the parents, and if they could not be found, officials would kidnap elder members of their families. The policy led to sex-selective abortions or infanticide targeting girls due to a longstanding social preference for boys. This policy was amended in 2016 in favor of a two-child policy, and again in 2021 to a three-child policy. https://www.scmp.com/economy/china-economy/article/3135510/chinas-one-child-policy-what-was-it-and-what-impact-did-it, https://www.npr.org/2021/06/21/1008656293/the-legacy-of-the-lasting-effects-of-chinas-1-child-policy

[2] https://www.mayoclinic.org/diseases-conditions/gynecomastia/symptoms-causes/syc-20351793

to expose his breasts.  The physical, sexual and emotional abuse endured by Mr. Ma was
exacerbated by the fact that he was younger than his classmates.  He struggled to focus on
his classwork, because he was constantly in fear of being tormented by other students.
People told him "you're going to be a waste," and no one held back their thoughts about his
medical issues.  Mr. Ma was often truant from school, and would stay home for weeks at a time
to avoid the daily trauma of attending school.  Since his parents were always working, they
were unaware that he was home playing video games all day.  The abuse started to wane
when he was in high school, but the psychological damage had been done, and he continued
to suffer from extremely low self esteem.

Mr. Ma feels that he was neglected by his parents throughout his childhood, through their lack
of supervision and protection, although he doesn't blame them for the torment he endured.
Nevertheless, their neglect contributed to his obesity, and they turned a blind eye when he
was ridiculed by his extended family.  Due to the incessant bullying he was subject to in
middle school, he had trouble focusing on his schoolwork and his grades suffered; when his
teachers used corporal punishment-which included public beatings-and verbally abused him
for not meeting their expectations, his parents did not come to his defense.  Other students
witnessed this treatment, and they would join in the torment by humiliating, beating and
robbing Mr. Ma of his possessions.  As noted in the PSR, he has several scars from this
abuse.  Although their inaction created a toxic environment during his youth, his parents only
became aware of the extent of his victimization in October 2021, during the pendency of this
case.

> The first time my parents got to know all of my childhood and juvenile traumas was as
> late as last October (2021) right after the probation officer interviewed me. My mother, a
> very tough business entrepreneur and calm investor for decades whom I barely have
> seen crying, bitterly cried at the phone call to me, witnessed by my Dad…….she was
> falling apart merely asking me "Why didn't you tell Mom? Why didn't you tell Mom?". My
> parents are very loving [toward] me. [I] see fulfilling filial piety as the highest priority of
> my life. It's a trauma for me. It's an incurable trauma for my parents as well.
>
> To their neglect, my parents essentially failed their duty of supervision or guardianship
> on me throughout my childhood. But never even the very least have I blamed on them
> even as slightly as a piece of hair, because they are the most loving parents in the
> world for me - and now for my wife - that's why my wife misses my parents so much
> whenever she's not around with my parents, as she indicated in her love letter to me.
> My parents were just a couple of young parents who were so absorbed by their three
> fast growing businesses back then and mountains of responsibilities on their

3

*employees and on their companies......Me, a monstrous humiliation of my successful parents - that's how I believed throughout my childhood before 18 years old.*

When Mr. Ma was age 16, his maternal uncle was robbed and bloodily murdered by a gang at his home. The event was traumatizing, and certainly life changing for him and his entire extended family.  Mr. Ma's mother, who was his uncle's younger sister, was particularly heartbroken having been raised with him.

Mr. Ma reached a turning point when, at age 17, he decided to take charge of his life and lose weight.  He limited his diet to eating apples with salt water for the first seven months, and he continued the practice only intermittently after that; he ultimately lost 80 to 90 pounds.  After graduating from high school, he attended Northeastern University in China, and his grades were excellent.  He was now physically fit, and became involved in the student government, and he was no longer being victimized by his peers.  Mr. Ma was obsessed with his weight, and suffered at various times from anorexia[3] and bulimia,[4] both of which are potentially life-threatening eating disorders.  He began to purge (induce vomiting) when he was in college; anytime he perceived that he had consumed too much food, he would force himself to expel it.

Mr. Ma came to learn that his testosterone levels were very low, which caused his enlarged breasts.  He was taking testosterone supplements from 2013 until his arrest to minimize the gynecomastia, but he has not been provided with testosterone at either the MCC or MDC, and he fears that his breasts will become enlarged while incarcerated.  As such, he works out every day and eats an exclusively vegetarian diet to keep his weight down.  Since his incarceration, he has consumed an exclusively vegetarian diet to keep his weight down, and to avoid the unhealthy food served to the general population.  He also believes that it would reduce the odor in his cell, and he didn't want any conflict with his cellmate in the next bunk.

---

[3] Anorexia nervosa — often simply called anorexia — is an eating disorder characterized by an abnormally low body weight, an intense fear of gaining weight and a distorted perception of weight. People with anorexia place a high value on controlling their weight and shape, using extreme efforts that tend to significantly interfere with their lives. To prevent weight gain or to continue losing weight, people with anorexia usually severely restrict the amount of food they eat. They may control calorie intake by vomiting after eating or by misusing laxatives, diet aids, diuretics or enemas. They may also try to lose weight by exercising excessively. No matter how much weight is lost, the person continues to fear weight gain. Anorexia isn't really about food. It's an extremely unhealthy and sometimes life-threatening way to try to cope with emotional problems. When you have anorexia, you often equate thinness with self-worth. https://www.mayoclinic.org/diseases-conditions/anorexia-nervosa/symptoms-causes/syc-20353591

[4] Bulimia nervosa, commonly called bulimia, is a serious, potentially life-threatening eating disorder. People with bulimia may secretly binge — eating large amounts of food with a loss of control over the eating — and then purge, trying to get rid of the extra calories in an unhealthy way. https://www.mayoclinic.org/diseases-conditions/bulimia/symptoms-causes/syc-20353615

He has been working out obsessively in an effort to keep his weight down and hold the gynecomastia at bay, but the constant lockdowns at the MDC have made it challenging for him. As a result of his poor diet at the MDC, in March 2022, he was deemed malnourished by the medical staff.  According to the Mayo Clinic, malnutrition can actually exacerbate gynecomastia.

Mr. Ma has also endured ongoing dental issues since he was a child.  Most of his baby teeth fell out between the ages of 10 and 17.  His baby teeth took many years to fall out since the space wasn't needed for the new teeth to grow in; his last baby teeth fell out in approximately 2010, when he was in his twenties. When his baby teeth eventually fell out, only half of his adult teeth came in to replace them, necessitating the installation of prosthetic teeth.  As a teenager, he had large gaps between his teeth until the artificial teeth could be installed.  His mother had the same condition when she was young, so he believes it is an inherited condition.





**Mr. Ma has worked hard for everything he has attained**

Mr. Ma longed to leave China and its communist regime, because the environment there was unpredictable and he felt unsafe. He worked hard toward his goal of relocating to the United States, because corporations in this country attract the best people from around the world.

Despite the trauma he endured throughout middle school and high school, Mr. Ma earned his high school diploma from the Jilin Provence Experiment High School in 2002. He then attended Northeastern University, where he earned a bachelor's degree in 2006. While still a student at Northeastern University in China, Mr. Ma worked as an intern at Citigroup/Shanghai Bank. In 2006, after joining Citigroup, he was asked for his "American name," and he started referring to himself as Hummer Mars. At that time, "Hummer" was a popular car in China and translates to "tough horse," and "Ma" means "horse" in Chinese. Once in the United States,

---

[6] Starting on the night of April 17, three thousand Peking University students marched from the campus towards Tiananmen Square, and soon nearly a thousand students from Tsinghua joined. Upon arrival, they soon joined forces with those already gathered at the Square. As its size grew, the gathering gradually evolved into a protest, as students began to draft a list of pleas and suggestions (the Seven Demands) for the government. The students drafted the Seven Demands, in an effort to affect change in the ruling government: Affirm Hu Yaobang's views on democracy and freedom as correct; Admit that the campaigns against spiritual pollution and bourgeois liberalization had been wrong; Publish information on the income of state leaders and their family members; Allow privately run newspapers and stop press censorship; Increase funding for education and raise intellectuals' pay; End restrictions on demonstrations in Beijing; and Provide objective coverage of students in official media. https://en.wikipedia.org/wiki/1989_Tiananmen_Square_protests_and_massacre

[7] https://www.bbc.com/news/world-asia-48445934

he unofficially changed his last name to "Mars," to solidify his loyalty to this country.  He plans to legally change his name to Hummer Mars upon his release from custody. After graduating from Northeastern, he went on to work at HSBC, then at Citigroup as an investment banker until moving to the United States in 2011.

While working at Citigroup in China/Hong Kong, Mr. Ma took the GMAT (Graduate Management Admission Test) and applied to approximately 30 Masters in Business Administration programs in the United States.  He was ultimately accepted to University of California-Los Angeles (UCLA), and entered the United States with a student visa in July 2011. He initially had difficulty understanding his professors due to the language barrier, but attending UCLA ultimately strengthened his language skills. Although he had a rudimentary command of the English language, he had studied the language on his own, beginning in 2009, in order to achieve fluency.  He is now fluent in the Mandarin and English languages. While at UCLA, he worked through the weekends and most holidays.  He graduated from their MBA program in June 2013, and moved to New York City.  There, he participated in an internship with Graviton Fund, a trading fund, from June 2013 to April 2014.  He went on to work for HT Capital, an investment bank, until June 2015.

Although he was working full-time, in 2014, Mr. Ma was awarded a merit-based scholarship and commuted from his home in New York City to Goldey-Beacom College, located in Delaware.  It should be noted that the round-trip commute to Goldey-Beacom was nearly 5 hours.  There, he earned a second Masters Degree in August 2016.  Before his student visa was set to expire, Mr. Ma applied for temporary permanent residency in the United States, and he received his work authorization card in the summer of 2016.  He finalized his permanent residency in 2019, and hopes to become a US citizen.  Although he retains his China citizenship, he has not returned to his home country since relocating to the United States.  His parents may be applying for asylum in the United States due to the harsh conditions they left behind in China.

Mr. Ma has been continuously employed since graduating from UCLA in 2013.  He has been the Executive Director of New York International Capital LLC (NYIC) since June 20, 2016, the Vice President of Investment Banking at China Merchant's Bank (US Office) and the Executive Director of Hurley Resources (Hurley) since January 18, 2019; these businesses provided investment banking advisory and management consulting services to United States-based small and medium-sized enterprises and technology start-ups.  In July 2018, Mr. Ma canceled the lease for his office space, and thereafter worked from his apartment, using the conference room in his building if necessary.  He hopes to get these businesses up and running upon his release, but he has been approached by other companies because of his reputation in the

business community.  As noted in the PSR, Mr. Ma presently has a net worth of negative $356,000, and he is unable to pay a fine.  Mr. Ma never worried about money until his parents' businesses collapsed in 2019, due to the COVID-19 pandemic.

As noted in the PSR, despite the restrictions at the Bureau of Prisons due to the ongoing pandemic, Mr. Ma was able to take 16 weeks of the First Step Act classes and training to become a tutor.  He was waitlisted for anger management and drug programs, but programming has been on hold throughout the pandemic.  He has taken several correspondence courses in Christianity and has read numerous books during the BOP lockdown, including books on morality and ethics, addiction, anger management, and emotional control.  Mr. Ma has been taking courses every Thursday through Columbia University at the MDC.  These classes have been very important to Mr. Ma, and he has scheduled all legal visits around his classes.

**Mr. Ma's new life in the United States**

After graduating from UCLA, Mr. Ma relocated to New York City.  Shortly after moving here, he met Elizabeth Turner-Ma (now age 28) through an online dating service, and they married on December 24, 2015.

Mrs. Turner-Ma graduated from New York University, the Galetin School of Individualized Study, in 2020.  Mrs. Turner-Ma had majored in journalism at NYU, but came to realize that the meager salary offered by a journalism career could not support a life in New York City.  After graduating, she decided to pursue her dream of becoming an actor, and was temporarily residing in Los Angeles from May 2020 to July/August 2020.  She was in Los Angeles when Mr. Ma was arrested on this matter.  When Ms. Turner-Ma returned from Los Angeles, she was struggling to pay the mortgage on her own.  To save money, she moved in with Mr. Ma's parents, and their West End apartment has been rented to tenants. She has had a difficult time coping since his incarceration, concerned that the government would believe she was involved in the offense, and has found refuge in her religion and reading books.  She has been earning income by selling essential oils and paleo baked goods, which she makes herself.

Mr. Ma describes his wife as having a pure heart, and being of high moral character.  She was raised with Puritan Christian values, experiencing a very strict religious upbringing.  Mrs. Turner-Ma grew up in a suburb of Harrisburg, Pennsylvania, and against the wishes of her family, she moved to New York City to attend New York University, where she majored in

journalism.  Her family refused to finance her education, because they wanted her to return home to become a teacher.  In an apparent attempt to convince Mrs. Turner-Ma to come home, her mother contacted NYU officials to advise that her daughter had a serious mental health condition; as a result, the school required her to participate in mental health counseling as a condition of her continued enrollment.  She struggled financially, and was homeless for about a year during 2014, sometimes sleeping in her car.  Mrs. Turner-Ma moved in with Mr. Ma in August 2015, shortly before their marriage, in order to save money.

Mr. Ma believes that his wife suffers from Post Traumatic Stress Disorder due to something that happened in her family, and she meets with a psychologist on a regular basis.  He recalls that she would often awake during the night, crying and yelling her mother's name, but she would tell him it was too painful to discuss.  According to an online memory page in honor of Mrs. Turner-Ma's grandmother, Mary Alice Butkofsky, her mother wrote:

> *In the late 1980's I went through a major trauma at Grace Chapel. Things began to shut down in the church due to some unusual events. I met Nelson Turner during that time and attended his Bible Group. He and his friends prayed diligently for me due to the "attack" that I had received at Grace Chapel and they successfully delivered me of the situation that had come against me. I married Nelson for these reasons, but this was not as God had planned. I did give birth to my daughter, Elisabeth Deborah Turner during this marriage. When she was one year old we left due to serious circumstances. Elisabeth and I lived happily at Lakewood Hills Apartments in Harrisburg for 8 years.[8]*

Mrs. Taylor-Ma's mother spoke about her daughter's life; that mother and daughter left their home due to "serious circumstances"; that her daughter studied communications at Hofstra University; that she transferred to New York University (NYU) in her third year against the wishes of her family (for financial reasons); that she "worked for Hammer Mage" in New York City, where she was residing; and that she visited her grandmother three times between 2017 and 2018.  There is no mention of her marriage to Mr. Ma in 2015.  Mr. Ma describes his wife as having "carrie[d] a bevy of hefty trauma and pains throughout her life."  According to Mr. Ma, his parents treat her as their own daughter.  His parents recently informed him that his wife suffered a heart attack during the government's investigation. "This makes me heartbroken."

In May 2018, Mr. Ma's parents purchased the one-bedroom condominium on West End Avenue (the address of record), and put the deed in the name of Mr. Ma and his father.  Mr.

---

[8] https://maryalicememoirs.wordpress.com/

Ma was residing there at the time of his arrest, and as of July 2018, was running his business from the apartment.  In April 2020, approximately one month into the COVID pandemic, his wife traveled to Los Angeles for three weeks to seek work as a screenplay writer or actor, professions she had been preparing for throughout her life.  She had taken acting and dance classes, and had even written two screenplays before meeting Mr. Ma, and seeking work in Hollywood was the obvious next step for her.  Although Mr. Ma was unable to leave his businesses to travel with her, they planned to travel back and forth to see each other.  Mr. Ma and his parents were supportive of her, but Mr. Ma did not want her to leave.  His parents love her as if she were their own daughter, but Mr. Ma has never met anyone in his wife's family. They have maintained contact by writing letters to each other while Mr. Ma has been incarcerated.

Mr. Ma was arrested on May 21, 2020, before his wife's return from Los Angeles.  At the time of his arrest, case agents also contacted his wife for questioning, which was very intimidating for her.  Although she had done some work for his businesses, she had no involvement in the loan applications involved in the instant offense.  Mr. Ma had used her NYIC corporate email address in connection with the offense, resulting in his conviction for aggravated identity theft. His wife returned from Los Angeles in August 2021, after exhausting all of her work prospects, which were already limited due to the pandemic.  She moved in with Mr. Ma's parents because she could not afford to pay the expenses on the apartment by herself.  His parents gave her their bedroom, and they slept in the living room.  On March 31, 2022, the parents relocated with Mrs. Turner-Ma to another one-bedroom apartment in the Coney Island section of Brooklyn, in order save money on rent.


**Mr. Ma's family needs him**

Mr. Ma has always had a loving relationship with his parents; he also respects them and heeds their advice.  He speaks to them every day when there isn't a lockdown at the MDC. His parents were residing in China when the COVID pandemic hit their country, during November 2019.  The pandemic had already ravaged their businesses by the time they traveled to Manhattan in January 2020; unfortunately, the Chinese government would not permit them to return home due to pandemic restrictions, and their businesses-two retail stores and a daycare-are barely operational.  They have been struggling financially due to the pandemic, especially since they are also supporting their son's wife; Mr. Ma was the primary means of financial support for his parents and his wife before his arrest.  His parents' only other income was a meager monthly pension from China in the combined amount of $1,000,

and his wife has only recently begun to sell essential oils and baked goods.  As noted previously, they had to rent out Mr. Ma's apartment to tenants for $4,750 in monthly rental income because they needed the income.  Since his incarceration, they have been relying on assistance from family and friends, and have been taking out loans.

Prior to his arrest, Mr. Ma's parents were dependent on him for physical assistance as well as financial assistance. His parents are 66 years of age, and have numerous health problems. His mother has knee problems, and she has trouble walking; she has had several heart attacks; and she has vision problems.  In addition, on March 29, 2022, his mother was seen at the New York Eye Hospital, where she was advised that she has cataracts in both eyes and will require surgery.  Mr. Ma's father has hypertension and has had multiple heart attacks; low blood sugar; and knee degeneration-the father often requires a wheelchair.  According to the mother, his father also suffers from cholecystitis and cerebral infarction.  Mr. Ma would take them to all of their medical appointments, because his parents do not speak the English language, and were reliant on him to serve as their translator.  They currently rely on the Google Translate app in order to communicate.

Mr. Ma's parents need his help more than ever.  In late March 2022, family visits at the MDC commenced after the long lockdown.  Mr. Ma's parents were scheduled to visit with him on March 25, but even this happy occasion was marred by tragedy.  His parents had traveled to the MDC, but as they maneuvered around the fencing at MDC's entrance, his father took a serious fall.  MDC staff quickly came to his rescue, and called for an ambulance.  His father underwent major hip surgery, in which the hip joint and thigh bone were replaced with artificial bones, and it will take many months for him to recover.  His father's debilitating injury and anticipated lengthy rehabilitation makes it even more important for Mr. Ma to reunite with his family.  Notably, although the parents have relocated to a new apartment, they continue to sleep in the living room, while Mr. Ma's wife sleeps in the bedroom.  Mr. Ma's parents have serious health problems, and limited financial resources, and are desperate to have their son home again.  Mr. Ma was the primary source of financial support for his parents and his wife prior to his arrest, and they are struggling financially in his absence.  Mr. Ma's mother is deeply saddened by her son's legal situation, and wants him to come home:

> But, in 2020, yet another greater doom befell our family.  What was originally a good wish turned into a crime in an instant.  I know my son, he has always been a law-abiding man. He has always been a sunny, kind-hearted and idealistic person. A capable young man. The occurrence of this incident is just a stupid mistake made by him on the basis of a wrong understanding of the policy. I guarantee with my life that he never intended to commit a crime. Moreover, after his reflection, he took the initiative to

*cancel the loans as soon as possible, without spending a penny, without causing any loss to any institution. And he has been severely punished.*

**Mr. Ma has endured extraordinarily harsh conditions while awaiting sentence**

COVID-19 Pandemic

Mr. Ma has remained incarcerated during the entirety of the unrelenting COVID-19 pandemic, which commenced in early 2020.  He received the Johnson & Johnson vaccine in April 2021, and the Pfizer booster in November/December 2021.  On January 7, 2022, Mr. Ma tested positive for COVID-19, and was moved to an isolation unit where he was confined 24 hours per day.  He initially suffered from acute symptoms, including fever, chills, coughing and weakness, progressing to loss of taste, breathing problems, brain fog and loss of memory.  MDC officials provided no medical treatment to Mr. Ma, but advised him to purchase over the counter pain medication through his commissary account.  In an effort to stave off gynecomastia, he continued to work out although he was symptomatic, but his reduced lung capacity limited him to low intensity exercise.  As of March 21, 2022, Mr. Ma has continued to experience "long COVID" symptoms, including brain fog.  As evidenced during multiple interviews with Mr. Ma, he tires easily, and has difficulty engaging with this writer as the interviews have progressed.

Although the pandemic has become less deadly over time due to the development of effective vaccines, the number of infections spiked dramatically due to the more infectious Omicron variant.  The World Health Organization (WHO) is presently monitoring a variant of concern, Omicron's sublineages BA.1 and BA.2, which could potentially produce future virus spikes.  The COVID-19 pandemic continues to jeopardize inmates at the Bureau of Prisons.  According to the BOP's own website, as of February 24, 2022, there are 1,257 federal inmates and 1,397 BOP staff who presently have confirmed positive test results for COVID-19 nationwide.  As of the same date, 54,315 inmates have tested positive for COVID-19 infections since the beginning of the pandemic; there have been 285 inmate deaths.[9]  The BOP has been reviewing all inmates whom they deem as having COVID-19 risk factors, and moving the suitable candidates to home confinement in lieu of continued incarceration.  Between March 26, 2020, and February 24, 2022, they moved 38,452 inmates to home confinement settings.  The MDC in Brooklyn, NY, remained under lockdown due to the current COVID threat until only

---

[9] https://www.bop.gov/coronavirus/

recently, and during that time, inmates were permitted to leave their cells for only 30 minutes every other day to shower and use the computer email system.  While this restrictive practice was for the health benefit of staff and inmates, it significantly limited Mr. Ma's contact with his family and his ability to participate in programming.

Inhumane conditions at the MCC

Mr. Ma was housed at the Metropolitan Correctional Center (MCC) in New York from 2020 to 2021.  The MCC was already under scrutiny for the recent suicide of Jeffrey Epstein, an inmate's death, and repeated complaints from inmates about the squalid conditions.  When the COVID pandemic hit, MCC staff were unable to obtain masks; when the staff restrooms ran out of soap, the workers in charge of filling the dispensers were suddenly thrust into duty as correctional officers due to staffing shortages. In May 2020, a court-authorized inspection found that inmates with coronavirus symptoms were neglected, and social distancing was almost nonexistent, with some inmates sleeping on bunks within arm's reach of each other.[10] Mr. Ma was transferred to the Metropolitan Detention Center in Brooklyn shortly before the MCC was shuttered in August 2021.

During Mr. Ma's time at the MCC, there were numerous quality of life issues.  Several lights were broken in his unit and cell, and with the lack of sunlight, he struggled to read and prepare for his case in the darkness.  Toilets overflowed on a regular basis, and the stench permeated the entire unit.  With no protective gear, inmates used their bare hands to clean the raw sewage that had overflowed.  Ventilation fans were either working poorly or not working at all, actually resulting in the closure of two units in May and June 2021.  Bedding was tattered, and their bunks were rusted.  Mold covered surfaces in the common shower area.  Mice and cockroaches were regular visitors.

> *Mice and cockroaches were running around all day. One day a mouse jumped on my hand when I was working out; the other day another mouse jumped on my leg when I was about to sleep. Many friends had the experience that mice jumped on their face when sleeping. It so often that we saw mice and roaches jumped out of our lockers, which could not be locked for they were broken, leaving ravages on our properties. It was easy for them to jump on our tables if food was kept there just for a while, because tables were broken too.*

---

[10] https://pix11.com/news/local-news/controversial-manhattan-jail-mcc-set-to-close-u-s-dept-of-justice-says/

COVID-19 was rampant in the MCC, and inmates would sometimes wait for months to be seen by the medical department.  The units were very cold, and thermal wear was hard to come by in the commissary.  Milk and fruit were at times spoiled, and some food items were being served beyond their expiration date.  Due to the pandemic, inmates did not have access to the law library, and there were no church services, laundry or on-site programming.  Inmates were also unable to access the roof, where they would be able to experience some sunlight and fresh air.

> Washed clothes, towels and beddings were hung on the pipes of the ceiling and bunks, like a horrible third world shanty or a refuge in a war zone.

Dangerous conditions at the MDC Brooklyn

Due to the impending closure of the MCC, Mr. Ma was transferred to the MDC in Spring of 2021.  In October 2021, David Patton, Chief of the Federal Defenders Manhattan Office, announced that inmates at the facility were subsisting in deteriorating living conditions, and called for an outside regulatory authority to intervene.[11]  He cited reports that inmates had no access to water, lacked hot food, and had spotty electricity.  Approximately 100 inmates from the shuttered MCC were moved to the MDC during the summer of 2021, and combined with staff shortages, MDC staff have reported "overwhelming and dangerous conditions."  Civil rights attorney Andrew Laufer reported that the MDC and MCC have "very similar habitability problems.  Heating and cooling are very poor, sanitary conditions, infestation of insects, sewage-you name it.  It's just a mess."[12]  He went on to say, "There's a lack of supervision, which allows prisoners to attack other prisoners regularly, [and allows] rampant drug use and contraband that's smuggled in."  "There's also abuse by corrections officers against prisoners themselves.  These officers are just undisciplined."

US District Court Judge Colleen McMahon criticized the conditions at the MDC in April 2021, describing the conditions as "disgusting."  "The single thing in the five years that I was chief judge of this court that made me the craziest was my complete and utter inability to do anything meaningful about the conditions…at the MCC and the MDC, [which] are run by morons."  "There is no continuity, there is no leadership, there is no ability to get anything done.  They lurch from crisis to crisis…."

---

[11] https://www.ny1.com/nyc/all-boroughs/inside-city-hall/2021/10/14/metropolitan-detention-center-in-brooklyn-nyc-reports-dangerous-conditions-david-patton-discussion

[12] https://www.ny1.com/nyc/all-boroughs/inside-city-hall/2021/10/14/metropol tan-detention-center-in-brooklyn-nyc-reports-dangerous-cond tions-david-patton-discussion

Mr. Ma had hoped the conditions at the MDC would be an improvement; however, he experienced similar quality of life issues to those he experienced at the MCC.  Although the MDC has been on lockdown for most of his time there, when he has been free to leave his cell, he experienced gang activity; gangs would monopolize essentials such as food and phones, and would control showers, yard space and other life essentials.  Gang violence would lead to frequent lockdowns, on top of the COVID restrictions inmates were already enduring.  In addition, Mr. Ma was personally subject to threats from other inmates simply because he is an Asian male.  While Mr. Ma was in Unit 83, he received threats from Ibrahim Aksakal, another inmate in his unit.  Mr. Aksakal has a known history of violence, and threatened Mr. Ma with bodily injury.  As a result, Mr. Ma was moved to Unit 82; however, the threats continued.

Inmate unrest in Mr. Ma's new unit

Mr. Ma was transferred from MDC Unit 83 to Unit 82 on January 21, 2022.  Due to the COVID-19 restrictions, inmates were not permitted to attend their job assignments in the kitchen, and due to the limited kitchen staff, inmates were only being provided with cold food, such as sandwiches.  On February 12, the day before Super Bowl Sunday, inmates in his unit decided to protest; they were banging on their cell doors, and some were refusing the food that was being delivered to them, while threatening other inmates to not accept the food.  Mr. Ma was the only inmate willing to take the food.  Officers from all parts of the MDC came to the unit to remove the agitators from their cells.  Mr. Ma reports that the prison staff protected him, and he has written letters to the Warden commending them for their actions.

Lockdown due to staff assault in USP Beaufort

On January 31, 2022, every BOP facility in the United States was locked down due to a gang assault at USP Beaumont, a federal prison in Beaufort, Texas, by members of the violent MS-13 gang.[13]  Two inmates were killed and others were injured in the melee.  In addition to the COVID restrictions that were already in place, legal calls and videoconferences were also denied to inmates.  Mr. Ma was not permitted to shower, or use the phone or computer (he was denied contact of any kind with family and legal counsel).  On February 16, 2022, multiple staff members were assaulted by inmates at the MDC Brooklyn, resulting in a continuation of the lockdown, which lifted on February 22, 2022.  Mr. Ma continued to receive cold meals[14], and was permitted to leave his cell to shower every two days for 10 minutes. Mr. Ma reported that they had no access to commissary during the ensuing lockdown, and because he is a

---

[13] https://apnews.com/article/texas-prison-fight-federal-lockdown-a0e7b61c5bdc5bbc25a691cc0a6920ba

[14] Since the MDC was on lockdown, the inmates assigned to work in the kitchen could not prepare hot meals.

vegetarian, he was given only cold peanut butter sandwiches and apple slices-for every single meal.  After the lockdown was lifted, he once again began to receive his regular vegetarian meals; however, due to the length of time that his food intake was restricted, he was diagnosed with malnutrition.

Mr. Ma's pretrial experience has been physically and emotionally brutal.  He has been denied visitation with his family for the past two years due to the COVID pandemic, and as noted above, all communication with his family was on hold for an extended period of time due to prison unrest that he played no part in.


**Looking toward the future**

Despite the traumatizing experiences Muge Ma has endured while incarcerated, he remains optimistic about the future and has been working toward a reunion with his family.  He has a strong work ethic, and has worked hard to achieve everything he has attained.  To increase his marketability upon his release, he is enrolled in a12-week college course in finance and management at the MDC, sponsored by Columbia University.  As noted previously, Mr. Ma has participated in as many programs as he could given the pandemic restrictions.

Mr. Ma will be 38 years old on the date of his sentence, and this is his first and only encounter with the criminal justice system.  In all of these years, in spite of the traumas he experienced during his youth, he has never experimented with controlled substances, and has never used social drugs such as marijuana.  He does not even consume alcohol. In the Probation Department's recommendation, it is noted that "Although the defendant does not have any illegal substance abuse concerns, he does take several supplements, some of which may have unknown illegal controlled substances in them.  As such, it is recommended that the drug testing condition remain."  There is no suggestion, never mind any evidence, that Mr. Ma has been taking supplements which contain controlled substances.  Therefore, the condition specifying ongoing drug testing is unwarranted and should be removed.  As mentioned previously, Mr. Ma was taking testosterone before his arrest in order to mitigate his gynecomastia; notably, the Bureau of Prisons has not provided testosterone to Mr. Ma, and he is at risk of developing enlarged breasts.  The Probation Department's recommendation also suggests that Mr. Ma should "continue treatment" for his mental health concerns; however, it should be noted that other than a handful of counseling sessions while at the MCC last year, he has not received any mental health treatment.  In view of his history of torment and sexual abuse as a child, mental health treatment would certainly be beneficial for Mr. Ma.

Many letters have been sent to the Court by Mr. Ma's parents, extended family, classmates, friends, customers and a former employer.  Letters submitted by his parents describe their son as intelligent, generous and kind, and attest to their anguish and feelings of loss.  Mr. Ma is the primary source of financial support to his parents and wife, Elisabeth, and he faces possible deportation.  If he is deported, it would be financially devastating to his family, yet it is a real possibility despite the fact that he is a lawful permanent resident.

Although the Probation Department has recommended a sentence of 75 months imprisonment, the multitude of mitigating factors outline herein have not been fully considered in the formulation of their recommended sentence.  Based on the mitigating information provided herein, and in consideration of sentences previously imposed on similarly-situated defendants, it is respectfully requested that the Court sentence Mr. Ma to Time Served on Count 2, to run consecutively to the mandatory 2 years required by Count 8.  Mr. Ma has been in custody since May 21, 2020, and will have served 23 months at the time of his sentencing on April 21, 2022.  If the Court should impose the recommended sentence, in consideration of the Good Conduct Time Mr. Ma has likely accrued to date, his release date would have been in January 2022.

It is respectfully requested that the Court free Mr. Ma from the unsafe and mentally anguishing conditions at the Bureau of Prisons, and allow him to be reunited with his family.

Sincerely yours,

Leslie S. Lockwood, MSW

# MUGE MA Introduction  (Photos)

MUGE MA was born on March 21, 1984.

He has been a smart, cute little boy since he was a child, and he is very caring.

At a young age, he knows to help children. He often gave his toys and stationery to children with poor family financial conditions. Everyone liked him.

In June 1989, we took him to Beijing for a tour, which opened his eyes and let him know the Great Wall of China and the outside world.



At age of 6 in 1989, MUGE on the Great Wall of China.



Know the outside world, and set a lofty ideal.

## Obesity has caused great harm to MUGE

Although MUGE had good family conditions when he was a child, because his parents were too busy with their business, there was no time to estimate MUGE. Most of the time, MUGE's food was bought from restaurants or made by himself. Therefore, MUGE eats a lot of high-oil, high-sugar, and high-calorie foods such as KFC, McDonald's, Pizza Hut, and Coca-Cola. This caused his obesity.

The weight at the peak was 260 pounds.

Because of obesity, MUGE was humiliated and bullied to varying degrees by classmates and individual teachers in elementary, middle and high schools. This caused him huge psychological trauma and left a deep mark. It even affected his normal life as an adult.



MUGE started elementary school in 1990.

 

MUGE in third grade of primary school in 1993.



MUGE, who was in the second grade of middle school in 1997, weighed nearly 220 pounds.



Because of obesity, MUGE was severely discriminated against and bullieby some

classmates at school.



MUGE in high school, the peak weight was 260 pounds.





In high school, MUGE loved football very much and was an avid fan of Maradona.

From the second semester of the second grade of high school in 2001, MUGE started to try very hard to lose weight.





After a year of hard work and overcoming unbearable pain, MUGE finally succeeded in losing weight before going to university in 2002. He successfully lost 80 pounds. He became a cool young man. His amazing perseverance is indeed difficult for ordinary people to do

# MUGE MA in college

At university, MUGE served as the chairman of the student union, leading all the members of the student union to serve the students wholeheartedly.



Muge was elected as the Chairman of The Student Union, for two consecutive years (2003, 2004)

Muge was among the Ten Outstanding Students of The University for three consecutive years

(2003, 2004, 2005) for his outstanding contributions to the students' community



MUGE MA, the president of the student union, led the students into the sports arena.



MUGE MA and all student union members



MUGE MA works with students' union partners to serve new students



MUGE MA went to a nursing home to visit the elderly together with the student

union partners

 

Top-tier merit-based scholarship for two consecutive years

(2003, 2004); First-tier merit-based scholarship in 2005

MUGE's outstanding performance was

received by the chairman of Neusoft Group.

 

"China's National Outstanding College Student of The Year (2005)", for his outstanding contributions and sacrifices made to the students community during the SARS epidemic in 2003

Awarded the National University Student Person of the Year in 2005

# First entered the financial industry

After graduating from University, MUGE applied for a job at Citi China Shanghai Branch.

MUGE worked hard, won many awards and became a star employee of Citi China



Won various awards many times



Citigroup Asia Pacific "Regional Chairman Council of The Year" Seat Winner for overall performance in 2007 and 2008.    Citigroup Asia Pacific Number 1 New Business Developer of The Year in 2007



MUGE led his sales team and won Citigroup China Number 1 Performer of The Year for new business development and overall performance in 2006, 2007, and 2008

When MUGE taught at Fudan University, he served as a qualified lecturer for Junior Achievement (American NGO) to support education in underdeveloped areas.



Volunteering to improve the educational experience of children in underdeveloped areas



Volunteered to teach children from under-developed villages.





MUGE with children



MUGE and his classmates. Happy day !





**Aaron Manrique Negrin**
August 20, 2011 · 👥

— with Jacobo Solis and 4 others.

👍 3                              5 Comments

👍 Like        💬 Comment        ↪ Share

**Aaron Manrique Negrin**
LA Kings!
Like · 10y

**Mit Di**
nooo we were Los Angeles
Kings!!!! congrats all we won!!!!
Like · 10y

**Hummer Mars**
I feel very glad and proud of
having a chance to work and play
with you today, my friends!
Like · 10y

**Mit Di**
That is named: team work!
Like · 10y

Cheers for the victory of their project team

# Come to America, Life at UCLA

In 2011, in order to continue to learn and to develop himself, MUGE gave up his high-paying job and the tempting working and living environment in Shanghai, and was admitted to the UCLA Anderson School of Management in the United States, and started a two-year MBA study life.

In UCLA he actively participates in social activities and holds the following social positions

Social Chair, UCLA Anderson School of Management



GMAT (in English), 740, a 97% percentile, worldwide



Ranked by the Economist Magazine of the World Economic Forum in Davos, UCLA Anderson Business School is ranked sixth in the world.



MUGE is With his classmates



MUGE was with his classmates



MUGE and his classmates at the graduation ceremony



MUGE and his classmates at the graduation ceremony



MUGE and his classmate's father at the graduation ceremony,



UCLA Transcript

THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE FACULTY OF THE
JOHN E. ANDERSON GRADUATE SCHOOL OF MANAGEMENT
HAVE CONFERRED UPON

## MUGE MA

THE DEGREE OF MASTER OF BUSINESS ADMINISTRATION
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT LOS ANGELES
THIS FOURTEENTH DAY OF JUNE IN THE YEAR
TWO THOUSAND AND THIRTEEN.



UCLA diploma



July ,31.2014   MUGE is With his classmates



UCLA Anderson School of Management MBA Alumni Event at The Yale Club of NYC.

Member of UCLA Anderson School of Management Alumni Community New York Branch

After graduating from UCLA MBA, MUGE was admitted to Goldey-Beacom College for a master's degree in finance. At the same time, he obtained a scholarship of US$225 per credit for a total of US$8,100. He graduated successfully and obtained a Master of Finance after his Master of Business Administration degree.



Goldey-Beacom College Admission Letter



Goldey-Beacom College Scholarship Notice



Goldey-Beacom College Diplom

# Work at investment banks

## Learning about mergers and acquisitions

After graduating from UCLA, MUGE came to New York, the world's financial center, and started his Wall Street road.

First got a job in a veteran investment bank with a history of more than 40 yearsResearch and work with experienced colleagues





Research and work with experienced s

HT capital front





HT capital

Colleagues at HT Capit

In 2016, Muge got a job in the investment banking department of China Merchants Bank New York branch and started relatively independent mergers and acquisitions work.



With colleagues and clients at China Merchants Bank



At work luncheon with clients

# Road to Entrepreneurship

In the second half of 2016, MUGE started his business and established New York International Capital Co., Ltd. Its main business was corporate investment and mergers and acquisitions.



**Hummer Mars**
*Executive Director, China Group*
*Global Investment Banking*

85F One World Trade Center
110 Wall Street, New York, NY 10005
Tel. +1 (347) 547 0925
Cell. +1 (310) 717 9839
hummer.mars@nyinternationalcapital.com
www.nyinternationalcapital.com




MUGE in the early days of entrepreneurship

With the development of business, the number of employees and customers continues to increase. At the peak, there were nearly 110 online employees and customers all over the world, including China, Germany, Canada, India, and the United Kingdom. Several projects were progressing well.

 

MUGE attended the economic and financial conference attended by four U.S. Treasury ministers

 

With employees

MUGE and one of his employees

 

Receiving customers with employees



Receiving customers with employees



Business negotiation



Negotiations with

Indian pharmaceutical companies



Negotiate with Chinese

robotics companies



Talk about cooperation with New York real estate compa



Hard negotiation



MUGE in business negotiation



MUGE lead NYIC staff to negotiate with prospective customers



Meet with partners at international medical conferences



MUGE lead customers to visit the intended acquisition company



MUGE at a financial conference



NYIC Investment Bank China Group gave a presentation to the buyers of US high-quality financing and sales business on the first day of the JPMorgan Medical Conference. January 7, 2020



2018.2.14 BIO CEO &INVESTOR Conference



MUGE working online from

home during the epidemic

# Sports

MUGE loves sports and fitness. He hopes to have a strong physique to cope with high-intensity and stressful work.

He is an intermediate-level CrossFitter

He is member of EVF Performance CrossFitters community

He is founder and co-organizer of "The Team Curtis Summit" boxing-inspired group fitness community.

First thing first on the first day of 2020.   1.1.2020





The Murph Challenge COMPLETED

on Memorial Day to honor Lt.

Michael Murphy




Muge is with his friends from the boxing club.






Chinese plank support   12.12.2018.



Boxing

MUGE's boxing coach, WBC WBA IBF World Champion Curtis Summit



# community activity

MUGE is enthusiastic about social activities and actively participates in community organizations. He is a founding member of the 1 West End condominium building property owners' association. He is also a member of the West End condominium building property owners association.



# MUGE's social activities




MUGE took a group photo with Kissinger and Schwarzman at the finance and economic and trade conferences



Michel Martelly

41st President of Haiti

Big Conference at United Nations

– Wishing for World Peace

and Development!

— at United Nations.



Mr. Gary Locke, Ambassador to China



Ms. Elaine Chao, Minister of Transportation





Governor Andrew Cuomo wrote a signed letter, thanking NYIC for being invited to attend his event.

MUGE is keen on charity activities and actively participates in various charitable donations



May 31, 2017 Super Happy   Healthy Kids Black Tie

Gala at the Tavern on the Green,

Central Park West and 67th, Street,

New York, NY Nice meeting you, Hummer..

Super Happy Healthy Kids is a non-profit organization that provides various programs for elementary school students

Our mission is to allow children to participate in interesting and valuable activities to convey kindness, and the core values of leadership and motivation. We encourage our children to speak nice things and do good deeds with their families.

Hope our children create the future with strength and compassion.

## MUGE who is passionate about making friends

MUGE is amiable and helpful in his daily life, so he has many good friends, classmates, colleagues, neighbors, and relatives all maintain good relationships with him.




MUGE and his friend






万圣节前夕相约天气格外好 - 有朋自远方来我行NYIC作者就更足不亦乐乎😄🎃🎄




On September 10, MUGE was invited to his neighbor's house as a guest to spend Rosh Hashanah together. This is the host and his beautiful wife.

# MUGE's married life

On December 24, 2015, MUGE and Elizabeth, an American girl, married at New York City Government. It has been 6 years.

They are united by love, loving each other.

MUGE has given Elizabeth all-out support both spiritually and financially to support her in realizing her academic pursuits.

## Muge and wife in 2015

 

The marriage was registered at the City Hall on December 24, 2015.



The marriage was registered at the City Hall on December 24, 2015

# They in 2016



MUGE and Elisabeth started their happy life.



MUGE and Elisabeth during their honeymoon in Hawaii in February 2016

They in 2017









They in 2018








They in 2019








They in 2020






March 21, 2020 is MUGE's 36th birthday. Because of the epidemic, Elizabeth accompanied MUGE to eat longevity noodles at home and personally made cakes for MUGE.

## MUGE and parents

MUGE loves his parents, loves his family, and has maintained the closest relationship with his parents since he was a child. Especially since he arrived in the United States, he has maintained the habit of talking on the phone with his parents almost every day, and has always made the health and happiness of his parents a top priority. He is the best son in the hearts of his parents.



In June 2013, parents at the UCLA graduation ceremony with MUGE.



2014 in Boston



2016 in Hawaii



Witnessed their wedding in Hawaii



Photographed at NYIC-------MUGE company's office




New apartment in New York in 2018






Photographed at the White House

in Washington in February 2020.

Page 1

Your Honor — solemnly, my highest reverence and my lowest submission to You and to the Court, since me — guilty!

I. MY REMORSE & APOLOGIES

Awful sincerely at this moment, brimming with a wrenching sorrow my heart is bleeding, for my profound remorse, for my abysmal contrition, since me — did sin!

Precisely, it was my ugly false application, which is my enormous ignominy and ludicrous

Page 2

lunacy! Why 100% responsibility for everything of my wrongdoing, and absolutely no excuse for anything!

Unable to celebrate the 11th anniversary of my proud lawful permanent immigration, I am drowning in an Unfathomable disgrace by excruciatingly failing my American dream, my filial piety and my responsibility as a husband, the leader of my 200+ NYIC associates and advisor of our clients. Can the

Page 3

constant drops from my very bleeding heart express sufficiently how bottomlessly apologetic I am? Nay! My terribly hearty apologies to America, my country. Yes - I LOVE AMERICA! Therefore I detest myself extremely. I will struggle as hard as I can to do as much good to our society as I can to compensate America.

My most hearty apologies to You, Your Honor, to the Court, and to the government especially the U.S. attorney office, FBI, BOP and all other law enforcement

Page 4

t teams. The past 28 months were an unprecedentedly tumultuous time in our history. My greatest appreciation and veneration to you all for your sacrifice by exposing yourselves in danger just to safeguard our country and We The People.

My most hearty apologies to the SBA for submitting my disgustingly false application, wasting their precious time to help other small businesses during the first wave.

My most hearty apologies to my fellow small businesses. I hindered

their applications significantly.

My most hearty apologies to the bank-
ers. As an investment banker, I ha-
ve always been my fellow lending ban-
kers' outstanding client with imp-
eccable jumbo loan repayment track
records for as long as 20 years. I
fell by failing them and besmirch-
ing other clients, affecting client and
banker relationships.

My terribly hearty apologies to my el-
derly parents, for they paid a steep
price for me. No way to learn my who-
reabouts in my first month in MCC,

Page 6

They barely ate numerous days nor slept innumerable nights, each losing up to 40 pounds and heaps of hair in short days, leaving all the rest turning silver gray overnight.

Hearing the punishments, they both literally fainted, lost hope and considered to commit suicide several times, because they cannot live without me, then my father's blood pressure plummeted from 90~140 down to 63~102 - he almost died. My mother was no better; she almost turned blind for crying too much, and

Page 4

multiple very dangerous heart atta
cks nearly killed her.
I am their only child. Hence, the
y were marooned to such a strange
ly foreign island Manhattan dying, as
they have never resided in the U.S. ,
nor speak English, nor family here,
nor friends here, nor any income not
withstanding they have to finance my
wife's life as she has no income either.
They hardly could even go out to buy
life essentials thanks to their
knee injuries. Worse, they cut of-
f communication with most of the-

Page 8

rr relatives and friends for the monstrous dishonor afflicted by me. My most hearty apologies to my wife and my ex-girlfriend. They both had worked at my four years old company NYIC, because I literally see NYIC as my very first baby and they just tried to help me raise her since the beginning of her birth. Abominably, not only did I pay them back with terror and anguish they suffered when being investigated but also the immeasurable shame for being with me. Sadly, they are

Case 1:20-cr-00407-RMB   Document 61   Filed 04/04/22   Page 86 of 232

still in their 20s.

My special apologies to my wife, for she paid steep too. She had a heart attack for my arrest. The job off- er she fought hard for and won was wi- thdrawn for being investigated. Since th- en she has figuratively jailed herself in her bedroom with minimal interac- tion with others, appearing to suffer from social phobia. We scrapped our plan to have children. We missed her NYU graduation ceremony. Throughout the serious health and life crisis, she sent me uncountable love letters and cards

Page 16

on which she drew her heart, making my bleeding heart festering.

My most hearty apologies to my clients. They are small and medium-sized Enterprises (SMEs) and U.S., U.K., and Canada-based tech start-ups. They had engaged with NYIC for years for our outstanding work ethics, expertise and unique domestic and global capabilities. It is me making their projects we had worked arduously together for years being suspended.

My most hearty apologies to my 200+ NYIC commission-based associates,

Page 11

INTERNS, as claimed cheer on NYIC's website. My incarceration decimated my very first startup NYIC, who lost at least millions of dollars of succe- ss fees that would have been generat- ed soon or over the years. It also strip- ped off my 200+ associates' opportuni- ties to work, to learn and to make a commission remotely during the pandemic through NYIC Google Enter- prise Cloud just as they had alw- ays been doing since 2018. Sadly, they are all young millennials strugg- ling during the pandemic just like

Page 12

my wife and me.

Nevertheless, after my time is served, I will fight my very possible best to build back my NYIC, hire back my associates, bring back our clients, and quarter-back our collective pursuit of our American dream once again!

My most hearty apologies to my greater family, especially my cousin Remington Li and his wife who have been painstakingly helping me. I am the "Golden child" in my greater family, a role model of accademic

Page 13

and career achievements for all of our
children for my life. Despicably, I fai-
led them all. In the future I will
meticulously act as a law-abiding,
rules-following and morality exam-
ple for all of them for my life.

II. LITMUS TESTS

Indeed it is my law-abiding, rules
following characters and pure mora-
lity hold-ups that have helped me
my "Absolutely Zero Disciplinary
Ticket" record and survive from
the rampant Anti-Asian Hate Crim-
es in MCC and MDC, and they were

seriously tested. October 9, w/c-
c, I was ambushed, knocked down, po-
inted with a knife and life-threat-
ened by a K-2 abusing Trinitario
gangster who harassed three Asia-
ns in my unit obsessively. Even at
that extreme moment, I nonetheless
calmed him down with my glacial
peace and the goodwill I had built
with him over time. Friends later
on offered to "teach him a lesson
he will never forget" for me. I ref-
used immediately. To do anything
wrong is never, ever, an option for

Page 15

me, otherwise, would he have ended
up as Julius Caesar?
Early october, 2021, MDC, a couple
of MS-13 serial murderers allegedly,
who chronically bullied two Asians
in my unit hugged me first then
hugged my only pair of sneakers.
Groups of friends bound together
with all 'whatever it is, it is' mind ma-
de up trying to take them back for
me. I bridled them back multiple
times and insisted that none of us
should violate any rules for this or
for anything. Otherwise, only does

Page 16

God know whether the Texas MS
B BoP Massacre could have happened
earlier in New York considering 110+
Prisoners in my MDC's notorious
Gang's Unit b/are MS-Bs, Mafia
sos, cartel lieutenants, Bloods or Cr
ibs.

III. MY WRONGDOING
Unequivocally, NYIC is a fast-fled-
ging small business, whom I had rais
ed by working 16/7 crazily hard for
four consecutive years. Unequivocally,
my 200+ associates are authentic;
a few of them started in 2016 while

Page 17

virtually all of them shaved impress-
ve passion and loyalty to NYIC. Un
equivocally, all my clients are real suc-
cessful SMEs or tech startups. Une-
quivocally also, since as early as 2016
I had used my wife's and ex-girlfriend
's NYIC corporate emails to commu-
nicate right after they started work-
ing at NYIC, such a thoughtless pra-
ctice indeed merely for making NYIC
look more American, whiter indee-
d I hereby painfully confess — unequivoc-
ally Not exclusively for the applicat-
ion purpose during April and early

Page 18

May of 2020 only.
However, unequivocally even more,
I should NOT have pathetically submi-
tted any false application whatso-
ever! I should not have made NYI-
C look any marginally bigger than
it actually was whatsoever! I should
not have falsely applied any slight-
ly more than NYIC deserved whats-
oever! Nor used either my wife's or
ex-girlfriend's NYIC corporate emai-
il whatsoever!
IV. CANCELLATION & SELF-REDEMPTION
An astronomical guilt intensifying

Page 19

every minute on me for submitting
those horribly false applications
was like a blackhole sucking me
and soaking me up into the hell
of dishonor. On May 12, 2020, conseq-
uently, no longer being able to
suffer anymore from my insuffera-
ble distress for submitting the false
applications, I canceled all of them,
Voluntarily, irreversibly!
Guilelessly, I just really could not
bear the anguish afflicted by my
false applications any more!
On that day, during my daily wee

Page 20

hours prayer, I achieved my utmost
self correction, self-rehabilitation
and self-redemption, where I swore
to God I would never, ever, do any-
thing wrong anymore! I swore to
God I would hold up to a puritanic-
al christian's pure moral standard
for my life! I swore to God I
would live up to my alma mater
UCLA's ethos "It takes ability
to climb up high, but it is morali-
ty that props you up there" for
my life!
On that day, I further discontin-

Page 2|

ued to use my wife's or ex-girl-
friend's NYZC corporate email. On
that day, I was reborn as a righte-
ous child of God! May 12, 2020
will be memorized as my second
birthday!

V. OUR COUNTRY CAN DO BETTER

Four mandatory minimums for life
I imposed on myself: Be Outstandin-
g, Nothing Negative, No Excuse, an-
d Never Complain! Not whining and
very frankly not trying to seek any cr-
edits against the punishments I
deserve, as I have my unwavering

Page 22

faith in Justice of our country. Hereby I am duly reporting what I have endured during those virtually 700 long days in MCC (good 455+ days) and MDC (good 240+ days) because I LOVE AMERICA! Nelson Mandela stated "if you really want to know the country, go to its jail, as a country's morality is not reflected by how it treats her highest citizens but her lowest denizens". I believe religiously that our country can do so much better in her jails, especially than MCC.

The U.N. and the media have heavily reported the "extraordinarily cruel and inhumane conditions" in MCC and MDC over the past decade, such as the extensive BOP staff corruptions and widespread oligopolies of gangs on prisoners' essentials. For one example, since having refused to associate with any gang, I barely had access to phone calls to my parents for more than two months, in the "gangs units' 51 and 61. However, for me, such "extraordinarily inhumane cruelties" would be a paradise I cr

ave for, earnestly! Because at ve

A minimum it was the pre-pandemic M

CC and MDC without the 20 long mo

nths of lockdowns over the past 24

months.

Truly, it was soul-cremating when my

spirit being slowly incinerated into me

ntal ash flowing in the drug and burning

metals smoke-polluted suffocating

thin air in MCC and MDC that beî

ng locked 24/7 down literally six lon

g months and 22/7 at least 12 long mo

nths throughout our entire pandemic

era. The grounds include, but not limit

Page 25

ed to, COVID rage and ravage (apparent
tly), gun searches (POW style where
soldiers with rifles in hands while me
walking hands up), DAG Lisa Mon-
aco's MCC drop by (10 days long lockdaw
n for her minutes chort visit), George
Floyd series (God bless his soul), "We
Won the Election!" insurrections (God
Bless America), NYC riots and snow
storms (It's cold IN-side) and cease-
less gang wars, such as the most re-
cent one in Texas, the bloody MS-
13 BOP massacre.
Truly, it felt like two hogs in one

gestation crate when being locked
24/7 down with another big grow-
n one in a "tiny toilet but with a
bunk" cell. No shower for eight long
Days sometimes; no laundry nor hair-
ut months long literally. The omnipres-
ent lockdown drama was actually int-
er cell-mates intra-cell violence, as one
could suffer so much as to torment
the other, who could not report or
even run away.
A gloomy MCC dormitory as small as
a single family garage stinks like an
"outdoor Haitian sh/thole" canned-sor

Page 27

dining about 26 big men 24/7, para-
lleling to a grotesque swine corral.
cannibalizing wild boars, to be accu-
rate.

VI. THE MOST GROTESQUE

However, the most grotesque MCC-
only, MDC-only and lockdown-only nigh-
tmare actually haunted us daily man-
X times. They were urination, defeca-
tion and flatus discharge managment-
s. Every single step of the highly tec-
hnical procedure was engineered uni-
quely for the lockdowns only. The mos-
t grotesque of the most was definitely

Page 28

Status discharge, which was coded as "number three", because a human sometimes does it a dozen times a day. Warning: any technical slip on any single step, violence might ensue. One of my cell mates smote the faucet repetitively to protest because I turned the water too loudly when trying to block the unappreciated sound of my status discharge, yelling at me" not too quietly but not too loudly!" Personally, I converted myself to a strict vegetarian partially because I wanted to make my flatus smell less offensive.

Page 29

Other MCC-only, MDC-only and lockdown only grotesque haunting include, but not limited to, no law library, no legal visit nor family visit, call or messaging — I had waited 13 months long until the first time I met my lawyer and again my parents. A coffin sized makeshift space, no fresh air nor sunlight for 16 months accumulatively, dark, humid, freezing, no communication with the outside world, made me feel being gradually buried into my grave. No commissary, which led to a hyper inflation: a bag of coffee sold

Page 70

at $150, where even Jerome Powell might feel hands-tied.

No library, no games, no TV, inducing more violence. On January 21, 2022, 12:30 pm EDT appx., a prisoner who killed two people before attempted to force me to move out of my cell and give it to him by threatening to cut my face with a knife as he wrote in a piece of note "it will be very ugly!". Just because my cell is a "TV cell" in which he could watch TV far away through the tiny window of my cell during the lockdowns.

Page 24 + 7 = Page 31

# VII. MY OMICRON INFECTION

Personally, being infected with Omicron and dumped into the Omicron 24/7 in-cell isolation unit, not only was I re-suffering from the paralyzing COVID symptoms back in April and May 2020 right before I was arrested but also diagnosed malnutrition while enduring through my Omicron suffering. The reasons include not only that me as a vegetarian was mostly served two peanut butter sandwiches only in the Omicron isolation unit but also BOP staff abuse. For one example, my

Page 25 + 7 = Page 32

breakfast was withdrawn merely because I politely insisted on getting Kosher breakfast for my Jewish cell mate (9 am appx. 02/03/22). Were our First Amendment rights violated? No legal call nor church for soothing my melancholy.

Sometimes I was even wondering whether my universal human rights are warranted. Did some BOP staff indeed condone or even abet Anti-Asian Hate Crimes? For one example, late August 2021 my #550+ worth properties including my case discovery hard

Page 26 + 7 = Page 33

drive and reams of legal work were heisted apparently by the Blood gang, right after I had been pulled away from my cell by a CO for no legitimate reason. Then the unit team5 turned my report away with "what do you want us to do?! We feed you three meals a day already!" Such a coincidence; the only victim since long; the only Asian in the "Blood Unit 51". A highly similar drama happened to me in 61.

My above mishaps feel like déjà vu because of my family's incurable wa

nd, a tragedy. My dear uncle, my mother's only elder brother, was heisted and bloodily murdered by a gang in his condo. What more horrifying was the government's nonchalance. Not until had our family pulled their strings on the top level was the gang arrested and subsequently sentenced to death.

Nevertheless, just BOP staff stand out. It was Unit Team 8, Patterson & O coordinating with the SIA/SIS and a couple of professional COs that have saved me three times from danger

...rs likely caused by the wild Anti-Asian Hate Crimes environment in MCC and MDC. By upholding Justice these superheroes established my trust to the government and reinforced my firm belief that our country can do so much better in her jails!

VIII. NIRVANA

Very sincerely, I whole-heartedly appreciate the government for jailing me this way this long regardless, not only because I take "Nothing Negative" for my life but also because by introspecting in-depth daily, I a-

Page 29 + 7 = Page 36

chieved a potently cathartic nirv
and where I redeemed myself fro
m the MCC and MDC lockdown crem
atories of soul and puritted my
characters and my spirit!
At our very first court-involved sup
ervised release hearing, I will be
able to produce a perfectly law-abid
ing, rules-following and purely moral
member of our society to You, Your
Honor!
IX. PROACTIVE REHABILITATION
It is a cliché that "even one action
speaks much louder than thousands

Page 30 + 7 = Page 37

of words", but exactly. Hence, I
have been repenting not by saying
only but by doing also.

I have established an immaculately
reputation of "that chinese nigga
follow all rules and the police" well
known by most prisoners and BOP staff
; every time my unit manager inspects
my cell, his feedback is always "spottle
s, MA, spotless!"; I acted as the
only one out of 120 prisoners who
helped MDC crush the 2022 Super Bowl
weekend riot in unit 52 even when fac-
ing boisterous agitators' threats;

Page 31+7 = Page 38

I worked laboriously at least hours
daily as a BOP certified tutor offer-
ing FSA, GED, ESL, ACE and ASL sess-
ions and as a group fitness trainer;
daily morality study by reading The
Talmud and The Daily Stoic; daily
white collar criminal laws study; outsta-
nding performance in christianity,
Columbia University anthropology, ema-
tional management, FSA and ACE cla-
sses; made donations to children
fighting cancer - the thank-you lett-
er I received melt my heart.
X. (Good) SAMARITAN WORK

Page 32 + 7 = Page 39

It has always my honor and privile
ge to serve God by acting His Goo
d Samaritan. For one example, on Mem
orial Day 2018 at 20:45 EDT appx.
I separated two Hispanic Immigrant
families fighting violently right below
the gigantic Coca Cola logo in Long
Island City East River Park. It w
as such a dangerous Juncture as the
fight broke out right by the river.
Multiple friends of mine from Ukraine
witnessed my work.

XI. SERVE MORE

After my time is served, I just

Page 33.11 - page 40

want to serve more indeed - by
honorably serving in the U.S. Cybe-
r Force or Space Force, a dream of
mine for long, in parallel to my NY-
IC revitalization endeavors or one
after the other, to recompense Am-
erica and to best leverage my unco-
nditional discipline, mental toughness
analytical skills, language advanta-
ges and deep-rooted background in
certain foreign countries.
As a MBA entrepreneur, not only
do I believe in faith but also a
sound lifetime modus operandi

Page 34 ++ = Page 41

that is essential to honor my
oath of being God's righteous child made
back on May 12, 2020. In the wee
hours of every single day I must cont-
inue to introspect in-depth, repent
completely and swear to God repeated-
ly: Sin No More! Immorality no m-
ore!

White collar criminal laws and morality
study must continue to be my daily brea-
d. My donations to disadvantaged and dise-
ase-fighting children and elders will
never end. Every or other Saturday
not only must I re-create my

Page 42

24/7 lockdowns in every aforement-
ioned detail at home with my best
possible try but also take a pilgrima-
ge back to MCC to continue to puni-
sh and so admonish myself.
All the above must be outstandingly
executed in the most serials man-
ner right after my time is served.
XII. CONCLUSION
Regardless of my absolutely voluntar-
y and irreversible cancellations on all
of my applications, even though all
the cancellations had been compl-
eted by me only one busi-

Page 43

...ness day after I was informed
with the very first final approval
out of all my applications, none of
these circumstances is actu-
ally relevant. It does not
matter when I canceled my
applications ; it does not matt-
er how voluntarily I canceled
my applications at all either
even though I had no idea ab-
out the government's investigati-
on at all, I just should not ha-
ve even started my false applicat-
ions even at the very beginning!

Page 44

whatsoever! Sin no more, and
any sinful idea no more! Immor
ality no more, and any immoral
thought no more! – Let alone in
itiating any action! No remedy
can undo any wrongdoing, as time
can never travels backward.
Wherefore, whenever or however
my cancellations were completed, or
whatever or however much of
suffering me or my family hav
e paid in the past 24 months, or
rehabilitation efforts I have ma-
de, or good work I will serve

Page 4th

for our society in the future can never infinitesimally mitigate my wrongdoing, nor my excruciating sorrow out of it, nor its harms, nor the punishments I deserve.

For I did sin! My intense, everlasting remorse! My most hearty apologies!

With my ultimate sincerity from my bleeding heart,

HUNTER WARS

(MUGTE WA 98005-054)

Page 46

MDC Brooklyn

March 20, 2022

P.S. my apologies if any of the
above is not colloquial. I start
ed seriously learning English in
April 2009 when I was still in
China. This letter is my best
possible try so far. Nevertheless,
to be better in everything, every w-
ay, everyday will never stop
until I die. My sincere appreciatio
n to You, Your Honor, for spending
the time to read my letter to
You. My best wishes to You,

I. MY REMORSE & APOLOGIES

Your Honor - solemnly, my highest reverence and my lowest submission to You and to The Court, since me - guilty! Awfully sincerely at this moment, brimming with a wrenching sorrow, my heart is bleeding, for my profound remorse, for my abysmal contrition, since me - did sin!

Precisely, it was my ugly false application, which is my enormous ignominy and my ludicrous lunacy! My 100% responsibility for everything of my wrongdoing, and absolutely no excuse for anything!

Unable to celebrate the 11th anniversary of my proud lawful permanent immigration, I am drowning in an bottomless disgrace by excruciatingly failing my American dream, my filial piety and my responsibility as a husband, the leader of my 200+ NYIC associates and advisor of our clients. Can the constant drops from my very bleeding heart express sufficiently how unfathomably apologetic I am? Nay!

My terribly hearty apologies to America, my country. Yes - I Love America! Therefore I detest myself extremely. I will struggle as hard as I can to do as much good to our society as I can in the future to compensate America.

My most hearty apologies to You, Your Honor, to the Court and to the government, especially the U.S. attorney office, FBI, BOP and all other law enforcement teams. The past 28 months were an unprecedentedly tumultuous time in our history. My greatest appreciation and veneration to you all for your sacrifice by exposing yourselves in danger just to safeguard our country and We The People.

My most hearty apologies to the SBA for submitting my disgustingly false application, wasting their precious time to help other small businesses during the first wave.

My most hearty apologies to my fellow small businesses. I hindered their applications significantly.

My most hearty apologies to the banks. As an investment banker, I have always been my fellow lending bankers' outstanding client with impeccable jumbo loan repayment track records for as long as 20 years. I fell by failing them and besmirching other clients, affecting client and banker relationships.

My terribly hearty apologies to my elderly parents, for they paid a steep price for me. No way to learn my whereabouts in my first month in MCC, they barely ate numerous days nor slept innumerable nights, each losing up to 40 pounds and heaps of hair in 21 short days, leaving all the rest turning silver gray overnight.

Hearing the punishments, they both fainted literally, lost hope and considered to commit suicide literally several times, because they cannot live without me. Then my father's blood pressure plummeted from 90 to 140 down to 63 to 102 - he almost died. My mother was no better: she almost turned blind for crying too much; multiple very dangerous heart attacks nearly killed her.

I am their only child. Hence, they were marooned to such a strangely foreign island Manhattan dying, as they have never resided in the U.S., nor speak English, nor family here, nor friends here, nor any income, notwithstanding they have to finance my wife's life as she has no income either. They barely could even go out to buy life essentials thanks to their knee injuries. Worse, they cut off communication with most of their relatives and friends for the monstrous dishonor afflicted by me.

My most hearty apologies to my wife and my ex-girlfriend. They both had worked at my four years old company NYIC, because I literally see it as my very first baby and they just tried to help me raise her since the beginning of her birth. Abominably, not only did I pay them back with terror and anguish they suffered when being investigated, but also the immeasurable shame for being with me. Sadly, they are still in their 20s.

My special apologies to my wife, for she paid steep too. She had a heart attack for my arrest. The job offer she fought for hard and won was withdrawn for being investigated. Since then she has figuratively jailed herself in her bedroom with minimal interaction with others, appearing to suffer social phobia. We scrapped our plan to have children. We missed her NYU graduation ceremony. Howbeit the serious health and life crisis, she sent me uncountable love letters and cards on which she drew her heart, making my heart festering.

My most hearty apologies to my clients. They are Small and Medium-sized Enterprises (SMEs) and U.S., U.K. and Canada-based tech start-ups. They had engaged with NYIC for our outstanding work ethics, expertise and unique domestic and global capabilities. It is me making their projects we had worked arduously together for years being suspended.

My most hearty apologies to my 200+ NYIC commission-based associates, as claimed sheer on NYIC's website. My incarceration decimated my very first start-up NYIC, who lost at least millions of dollars of success fees that would have been generated soon or over the years. It also stripped off my 200+ associates' opportunities to work, to learn and to make a commission remotely during the pandemic through NYIC Google Enterprise Cloud just as they had always been doing since 2018. Sadly, they are mostly young millennial struggling during the pandemic just like my wife and me.

Nevertheless, after my time is served, I will fight my very possible best to build back my NYIC, hire back my associates, bring back our clients, and quarter-back our collective pursuit of our American dream once again!

Most most hearty apologies to my greater family, especially my cousin Remington Li and his wife who have been painstakingly helping me. I am the "Golden Child" in the extended family, a role model for all of our children for my life. Despicably, I failed them all. In the future I will meticulously act as a law-abiding, rules-following and morality example for all them for my life.

## II. LITMUS TESTS

Indeed it is my law-abiding, rules-following characters and pure morality hold-ups that have helped me keep my absolutely "zero disciplinary ticket" record and survive from the rampant Anti-Asian Hate Crimes in MCC and MDC, and they were seriously tested: October 9, 2020, MCC, I was ambushed, knocked down, pointed with a knife and life-threatened by a K2 abusing Trinitario gangster who harassed three Asians in my unit obsessively. Even at that extreme moment, I nonetheless calmed him down with my glacial peace and the goodwill I had built with him over time. Friends later on offered to "teach him a lesson he will never forget" for me. I refused immediately. To do anything wrong is never, ever, an option for me. Otherwise, would he have ended up as Julius Caesar? Early October, 2021, MDC, a couple of MS-13s who chronically bullied two Asians in my unit hugged me first then mugged my only pair of sneakers. Groups of friends bound together with a "whatever it is, it is" mind made up trying to take them back for me. I

bridled them back hard multiple times and insisted that none of us should do anything wrong. Otherwise, only does God know whether the Texas MS-13 BOP Massacre could have happened earlier in New York, considering 110+ prisoners in my unit, MDC's notorious "Gangs Unit 61", are MS-13s, Mafiosos, cartel lieutenants, Bloods or Cribs.

## III. MY WRONGDOING

Unequivocally, NYIC is a fast-fledgling small business, whom I raised by working 16/7 crazily hard for four consecutive years. Unequivocally, my 200+ associates are authentic: a few of them started in 2016 while virtually all of them showed impressive passion and loyalty to NYIC. Unequivocally, all my clients are real successful SMEs or tech startups. Unequivocally also, since as early as 2016 I had used my wife's and ex-girlfriend's NYIC corporate emails to communicate right after they both started working at NYIC, such a thoughtless practice indeed merely for making NYIC look more American, whiter indeed I hereby painfully confess - unequivocally not exclusively for the application purpose during April and early May of 2020 only.

However, unequivocally even more, I should not have pathetically submitted any false application whatsoever! I should not have made NYIC look any marginally bigger than it actually was whatsoever! I should not have falsely applied any slightly more than NYIC deserved whatsoever! Nor used either my wife's or ex-girlfriend's NYIC corporate email whatsoever!

## IV. CANCELLATION & SELF-REDEMPTION

An astronomical guilt intensifying every minute on me for submitting those horribly false applications was like a blackhole sucking me and soaking me up into the hell of dishonor. On May 12, 2020, consequently, no longer being able to suffer anymore from my insufferable distress for submitting the false applications, I canceled all of them, voluntarily, irreversibly!

Guilelessly, I just really could not bear the anguish afflicted by my false applications anymore!

On that day, during my daily wee hours prayer, I achieved my utmost self-correction, self rehabilitation and self-redemption, where I swore to God I would never, ever, do anything wrong anymore! I swore to God I would hold up to a Puritanical Christian's pure moral standard for my life! I swore to God I would live up to my alma mater UCLA's ethos "it takes ability to climb up

high, but it is morality that props you up there" for my life!

On that day, I further discontinued to use my wife's or ex-girlfriend's NYIC corporate email. On that day, God saved me! On that day, I was reborn as a righteous child of God! May 12, 2020 will be memorized as my second birthday!

V. OUR COUNTRY CAN DO BETTER

Four mandatory minimums for life I imposed on myself: Be Outstanding, Nothing Negative, No Excuse, and Never Complain! Not whining, and very frankly not trying to seek any credits against the punishments I deserve as I have my unwavering faith in Justice of our country. Hereby I am duly reporting what I have endured during those virtually 700 long days in MCC (good 455+ days) and MDC (good 240+ days) because I Love America! Nelson Mandela stated "if you really want to know the country, go to its jail, as a country's morality is not reflected by how it treats her highest citizens but her lowest denizens". I believe religiously that our country can do so much better in her jails, especially than MCC.

The U.N. and the media have heavily reported the "extraordinarily cruel and inhumane conditions" in MCC and MDC over the past decade, such as the extensive BOP staff corruptions and widespread oligopolies of gangs on prisoners' essentials. For one example, since having refused to associate with any gang, I barely had access to phone to call my parents for more than two months in the "gangs units" 51 and 61. However, for me, such "extraordinarily inhumane cruelties" would be a paradise I crave for, earnestly! Because at very minimum it was the pre-pandemic MCC and MDC without the 20 long months of lockdowns over the past 24 months.

Truly, it was soul-cremating when my spirit being slowly incinerated into mental ash flowing in the drug and burning metals smoke polluted suffocating thin air in MCC and MDC that being locked 24/7 down literally six long months and 22/7 at least 12 long months throughout our entire pandemic era. The grounds include, but not limited to, COVID rage and ravage (apparently), gun searches (POW style where soldiers with rifles in hands while me walking hands up), DAG Lisa Monaco's MCC drop by (10 days long lockdown for her minutes short visit), George Floyd series (God bless his soul), "We Won The Election!" insurrections (God Bless America!), NYC riots and snow storms (it's cold IN-side) and ceaseless gang wars such as the most recent one in Texas, the bloody MS-13 BOP massacre.

Truly, it felt like two hogs in one gestation crate when being locked 24/7 down with another big grown one in a "tiny toilet but with a bunk" cell. No shower for eight long days sometimes; no laundry nor haircut months long literally. The omnipresent lockdown drama was actually inter-cell mates intra-cell violence, as one could suffer so much as to torment the other, who could not report or even run away.

A gloomy MCC dormitory as small as a single family garage stinks like an "outdoor Haitian Sh!thole" canned sardining about 26 big men 24/7, paralleling to a grotesque swine corral. Cannibalizing wild boars, to be accurate.

## VI. THE MOST GROTESQUE

However, the most grotesque MCC-only, MDC-only and lockdown-only nightmare actually haunted us daily many times. They were urination, defecation and flatus discharge managements. Every single step of the highly technical procedure was engineered uniquely for the lockdowns only. The most grotesque of the most was definitely flatus discharge, which was coded as "number three", because a human sometimes does it a dozen times a day. Warning: any technical slip on any single step, violence might ensue. One of my cell mates smote the faucet repetitively to protest because I turned the water too loudly when trying to block the unappreciated sound of my flatus discharge, yelling at me "not too quietly, but not too loudly!" Personally, I converted myself to a strict vegetarian partially because I wanted to make my flatus smell less offensive.

Other MCC-only, MDC-only and lockdown-only grotesque haunting include, but not limited to, no law library, no legal visit nor family visit, call or messaging - I had waited 13 months long until the first time I met my lawyer and again parents. A coffin sized movement space, no fresh air nor sunlight for 16 months accumulatively, dark, humid, freezing, no communication with the outside world, made me feel being gradually buried into my grave. No commissary, which led to a hyper inflation - a bag of coffee sold at $150 where even Jerome Powell might feel hands tied.

No library, no games, no TV, inducing more violence. On January 21, 2022 (12:30 pm EST appx.), a prisoner who killed two people before attempted to force me to move out of my cell and give it to him by threatening to cut my face with a knife

as he wrote in a piece of note "it will be very ugly!" just because my cell is a "TV cell" in which he could watch TV far away through the tiny window of my cell during the lockdowns.

VII. MY OMICRON INFECTION

Personally, being infected with Omicron and dumped into the Omicron 24/7 in-cell isolation unit, not only was I re-suffering from the paralyzing COVID symptoms back in April and May 2020 right before I was arrested but also diagnosed malnutrition while enduring through my Omicron suffering. The reasons include not only that me as a vegetarian was mostly served two peanut butter sandwiches only in the Omicron isolation unit but also BOP staff abuse. For one example, my breakfast was withdrawn merely because I politely insisted on requesting Kosher breakfast for my Jewish cell mate (9 am appx., 02/03/22). Were our First Amendment rights violated? No legal call nor church for soothing my melancholy.

Sometimes I was wondering whether my universal human rights are warranted. Did some BOP staff indeed condone or even abet Anti-Asian Hate Crimes? For one example, late August 2021 my $550+ worth properties including my case discovery hard drive and reams of legal work were heisted apparently by the Blood gang, right after I had been pulled away from my cell by a CO for no legitimate reason. Then the unit team 5 turned my report away with "what do you want us to do?! We feed you three meals a day already!" Such a coincidence; the only victim since long; the only Asian in the "Blood Unit 51". A highly similar drama happened to me in 61.

My above mishaps feel like deja vu because of my family's incurable wound, a tragedy. My dear uncle, my mother's only elder brother, was heisted and bloodily murdered by a gang in his condo. What more horrifying was the government's nonchalance. Not until had our family pulled their strings on the top level was the gang arrested and subsequently sentenced to death.

Nevertheless, just BOP staff stand out. It was Unit Team 8 Bullock, Patterson & O coordinating with the SIA/SIS and a couple of professional COs that has saved me three times from dangers likely caused by the wild Anti-Asian Hate Crimes environment in MCC and MDC. By upholding Justice, these superheroes established my trust to the government and reinforced my firm belief that our country can do so much better in her jails!

VIII. NIRVANA

Very sincerely, I whole-heartedly appreciate the government for jailing me this way this long regardless, not only because I take "Nothing Negative" for my life, but also because by introspecting in-depth daily, I achieved a potently cathartic nirvana, where I redeemed myself

from the MCC and MDC lockdown crematories of soul and purified my characters and my spirit!

At our very first court-involved supervised release hearing, I will be able to produce a perfectly law-abiding, rules-following and purely moral member of our society to You, Your Honor!

IX. PROACTIVE REHABILITATION

It is a cliche that "even one action speaks much louder than thousands of words", but exactly. Hence, I have been repenting not by saying only but by doing also.

I have established an immaculate reputation of "that Chinese nigga follow all rules and the police" well known by most prisoners and BOP staff; every time my unit manager inspects my cell, his feedback is always "spotless, Ma! Spotless!"; I acted as the only one out of 120 prisoners who helped MDC crush the 2022 Super Bowl weekend riot in unit 82 even when facing boisterous agitators' threats; I worked laboriously at least hours daily as a BOP certified tutor offering FSA, GED, ESL, ACE and ASL sessions and as a group fitness trainer; daily morality study by reading The Talmud and The Daily Stoic; daily white collar criminal laws study; outstanding performance in Christianity, Columbia University anthropology, emotional management, FSA and ACE classes; made donations to children fighting cancer - the thank-you letter I received melt my heart.

X. GOOD SAMARITAN WORK

It has always my honor and privilege to serve God by acting His Good Samaritan. For one example, on Memorial Day 2018 at 20:45 EDT appx., I separated two Hispanic immigrant families fighting violently right below the gigantic Coca Cola logo in Long Island City East River Park. It was such a dangerous juncture as the fight broke out right by the river. Multiple friends of mine from Ukraine witnessed my work.

XI. SERVE MORE

After my time is served, I just want to serve more indeed - by honorably serving in the U.S. Cyber Force or Space Force, a dream of mine for long, in parallel to my NYIC re-vitalization endeavors or one after the other, to recompense America and to best leverage my unconditional discipline,

mental toughness, analytical skills, language advantages and deep-rooted background in certain foreign countries.

As a MBA entrepreneur, not only do I believe in faith but also a sound lifetime modus operandi that is essential to honor my oath of being God's righteous child made back on May 12, 2020. In the wee hours of every single day I must continue to introspect in-depth, repent completely and swear to God repeatedly: Sin No More! Immorality No More!

White collar criminal laws and morality study must continue to be my daily bread. My donations to disadvantaged and disease-fighting children and elders will never end. Every or other Saturday, not only must I re-create my 24/7 lockdowns in every aforementioned detail at home with my best possible try but also take a pilgrimage back to MCC to continue to punish and so admonish myself.

All the above must be outstandingly executed in the most serious manner right after my time is served.

XII. CONCLUSION

Regardless of my absolutely voluntary and irreversible cancellations on all of my applications, even though all the cancellations had been completed only one business day after I was informed with the very first final approval out of all my applications, none of these circumstances is actually relevant. It does not matter when I canceled all my applications; it does not matter how voluntarily I canceled at all either, even though I had no idea about the government's investigation at all. I just should not have even started my false application even at the very beginning! Whatsoever! Sin no more, and sinful idea no more! Immorality no more, and immoral thought no more! - Let alone initiating any action! No remedy can undo any wrongdoing, as time never travels backward.

Wherefore, whenever or however my cancellations were completed, or whatever or however much of suffering me or my family have paid in the past 24 months, or rehabilitation efforts I have made, or good work I will serve for our society in the future can never even infinitesimally mitigate my wrongdoing, nor my excruciating sorrow out of it, nor its harms, nor the punishments I deserve.

For I did sin! My intense, everlasting remorse. My most hearty apologies!

With my ultimate sincerity from my very bleeding heart,

HUMMER MARS

(MUGE MA 88005-054)

MDC Brooklyn

March 20, 2022

P.s. my apologies if any of the above is not colloquial. I started seriously learning English in April 2009 when I was still in China. This letter is my best possible try so far. Nevertheless, to be better in everything, every way and everyday will never stop until I die. My sincere appreciation to You, Your Honor, for spending the time to read my letter to you. My best wishes to You.



# MDC Brooklyn
# Recreation Department

This is to certify that

*Muge Nice*

Has Successfully Completed

*Eat Smart Sentry Journal*

This certificate is hereby awarded on this 25th day of March, 2022

*D. Fulmore*

*Recreation Specialist*



**MDC Brooklyn**

**Recreation Department**

This is to certify that

*Muge Ma*

as Successfully Completed

Sentry M X Personal Health Journal

At MDC Brooklyn

This certificate is hereby issued this 27th day of November, 2021

*D. Fulmore*

Recreation Specialist

Xianmei Yu


12/17/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

My name is Xianmei Yu. I am the mother of Muge Ma.

Today I write a plea letter for Muge, I hope my letter will shed some light on the real Muge.

My husband and I got married in 1980 and I gave birth to Muge in 1984 when we were thirty years old.

Since we never had the opportunity to study abroad, for the future of our child, we tried to give Muge a good education since childhood. He began to learn piano, painting and so on at the age of 4, and English at the age of 5 (this was rare in China at the time). Because of his good grades, he was admitted to very good elementary school, middle school, high school, and university. During his college years, he studied hard, won the highest scholarship for two years in a row, and graduated with honors.

After graduating in 2005, he was accepted by Citigroup China and became an employee of Citigroup China Shanghai Branch. During his work, his work performance was No. 1 in Asia, and no one can break his record so far. He received a commendation from the president of Citigroup. He was an excellent employee.

In 2011, Muge worked hard and was admitted to UCLA's Anderson School of Management. In 2013, He graduated with honors and obtained an MBA degree. Continuing his education while working, he obtained a master's degree in finance. He was an excellent student.

In 2013, he came to New York, the financial center of the world. He worked in two investment banks successively. In the second half of 2016, he started his own business and established New York International Capital Co., Ltd. (NYIC). In September 2019, he established Hurley Human Resources Management Co., Ltd.

Muge received good family and social education since childhood. He is upright, sincere, kind, studious, hardworking, self-starting, and has no bad habits; he is enthusiastic and generous,

always selfless to help others, respects the old and loves the young, and is highly praised by everyone. He is a good person.

Since Muge came to the United States, he has been deeply attracted by the United States. He likes American culture, American institutions, and American history. So, in 2015 he married an American girl Elisabeth. They love each other deeply. My husband and I joined their honeymoon trip to Hawaii in 2016. They respect and love each other in life, and encourage and support each other in starting a business. They are a good pair. He is a good husband.

Since the start of the business, Muge has experienced many difficulties, and he has worked hard to overcome these difficulties.

He always keeps a strong enterprising spirit. After several years of struggle, the company was gradually on the right track in 2019, with the initial achievement that he has customers in the United States and many countries in the world. The company created a cloud-based investment banking model. He was ready to use the Internet to further expand his business, so he founded Hurley Human Resources. He is a very good entrepreneur.

Muge is warm-hearted and likes to help others, so he has many good friends. Muge is enthusiastic about public welfare and actively participates in community activities. He is a key member of the apartment reading group and an active participant in various community activities. He is a good neighbor.

Muge advocates a scientific and healthy lifestyle and actively participates in fitness exercises. He is a member of the boxing and military training club, where he made many friends. His body is also very strong to adapt to the demands of high intensity work. He is strong and he is a good friend.

Under the influence of his wife Elisabeth, Muge has taken to Christianity in recent years, trying hard to study the Bible and understand its essence. He regularly attends church services and makes donations. Every Year he takes part in large Christmas celebration events. He is a devout believer.

Muge loves his parents very much and has deep feelings for us. While he is busy with his study and work, he invites us to the United States for a reunion every year. He calls us often to ask about us and to care about our lives. He is a good son.

As mentioned above, Muge is a good man who always does the right thing. This incident is shocking! We would never have thought that such a thing could happen.

I use my life and reputation as guarantee, Muge is definitely not intentional. From his consistent performance, from his excellent character, he will never deliberately deceive. This is just a stupid mistake.

I think he did not understand the law of the United States and misunderstood the terms of the loan.

My husband and I are both 65 years old this year. Muge is our only child. He is our hope.

The year before, I unfortunately broke my right leg and suffered a heart attack. My husband suffers from cholecystitis and cerebral infarction. In particular, this serious incident gave us a catastrophic blow and caused us serious physical and mental pain. Without him, it is difficult to imagine our future life.

Muge loves his wife deeply. Over the years, Muge has been supporting her emotionally and financially. What will she do in the future? She will feel great pain and difficulty.

Dear Honorable Judge, I sincerely ask you to give Muge a chance, because he is a truly good man and had never done anything wrong. This is definitely not a deliberate crime, but a stupid mistake, and it is his first offense. He also voluntarily returned all the loans and got confirmation from the bank. Therefore, no one or any organization suffered any economic losses.

Please consider all the facts of his case and give him the lightest possible punishment. Please let him return to society and his family as soon as possible. Please let him serve society as soon as possible.

I sincerely ask you to give him a bright future, and my husband and I are so grateful that we shall never forget your kindness.

God bless you.

Muge's mother

*Xianmei Yu*

Xianmei Yu

Xianmei Yu

████████████
████████████

12/27/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

This is my second letter to you, mainly to introduce the Muge Ma that I know to you.

Muge was born in a relatively wealthy family. His father and I are doing business in China and our economic situation is middle class. According to Chinese tradition, we spent most of our energy and money on Muge. Therefore, he received a good education since he was a child. Because he has never felt much financial pressure, he regards money very lightly, and his education makes him pursue a career far greater than his desire for money. As a businessman, he has gained credibility among his customers.

Since Muge started his business in 2016, he has devoted all his energy and resources to the career he pursues. The company has gone through a lot since. It has grown from small to large. He put everything he had into his business. He overcame unimaginable difficulties. In addition to doing fitness exercises every day, he works almost all the time. After several years of hard work, he pioneered the cloud-based investment banking model, and his model was accepted by his customers. His company's employees have also grown from few to many, to nearly a hundred online employees. His employees are located in many countries around the world. His business grew out of nothing. In 2019, his business started to get on track. He has established solid business contacts with customers in many countries and formed a relatively exclusive business line. His reputation among customers is very good. However, the 2020 pandemic has dealt a heavy blow to his newly developed business.

To sum up, Muge is a good young man with strong business aspiration and a positive and enterprising spirit, without any bad intentions.

He is always doing the right thing.

This incident was shocking. I pledge with my life that he is not a bad person, and he will definitely not deliberately defraud. I am certain that something went wrong.

My opinion is that under the severe pressure of the pandemic, Muge did not fully understand

the loan policy of the Small Business Administration, did not understand the laws and regulations of the United States, and did not understand the consequences of financial business.

The nature of the incident is that a good man made a stupid mistake.

Moreover, Muge returned all the bank loans and that was confirmed by the Small Business Administration and the bank. He did not squander a penny and did not cause any loss to anyone or any organization. There are no victims. Therefore, he did not defraud, and he had no subjective will. He just wanted to get help from the government during the pandemic. He just wanted to develop his business and rescue his employees.

Dear Honorable Judge, please see that Muge is always a good person and never did bad things. The fact is that he has good credibility, good performance in society, and no willful violation of the law. Seeing that he is a first offender, please give him a chance instead of punishing him severely with draconian jail terms.

He will definitely learn this lesson, correct his mistakes, and never make them again. He will definitely use his abilities and knowledge to make contributions to society.

Thank you for reading my letter of plea.

Muge's mother

*Xianmei Yu*

Xianmei Yu

Xianmei Yu



1/21/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

This is the third letter I write to you. Please let me introduce the Muge Ma I know to you.

I am Xianmei Yu, and I am Muge Ma's mother. Today is January 21, 2021, and it has been 8 months since Muge left home. In these 8 months, I missed him all the time. Thinking of his current situation makes me extremely painful. I just can't figure out why such an unfortunate incident happened to Muge.

After Muge graduated from UCLA in July 2013, he came to New York, his dream destination, and started the struggle to realize his dreams with the knowledge he learned. He started his own company in the second half of 2016. He is sincere, motivated, and proficient in leading employees to conduct business in compliance with laws and regulations, and never did wrong things. He steadily developed his business. Everyone thinks he is a good leader and partner.

During this global pandemic, he was isolated at home and distraught. Muge uses his business network to actively seek disaster relief materials in various countries through his employees in these countries, hoping to help people avoid disasters by purchasing disaster relief materials. Because it takes money to purchase disaster relief materials, I think (just my personal idea) this is one of the reasons why he asked the government for loans. Although he did something stupid in this matter, his wish was very beautiful, reflecting his consistent nature of love. I can firmly guarantee that his subjective wishes are definitely not deception.

Dear honorable judge, on the basis that he is a first offender, please give him the lowest punishment and give him the opportunity to make corrections.

If he is sentenced, it will destroy the company he has built up through years of struggle and his business reputation. For him in the financial industry, this will be fatal and will destroy his lifelong career.

If he is sentenced, there is a risk of him being deported because he is not a US citizen, but only a permanent resident of the United States. He will be forced to separate from his wife

who is an American, which will be very tragic. God bless that this will not happen.

If he is sentenced, his family will suffer financially. Because he is the main source of income for the family, his wife will rely on our help for her living expenses.

If he is sentenced, it will cause a severe mental shock to us (his parents), and our life in old age will face a miserable situation. We are 66 years old and have retired. We are gradually losing the ability to work and live, and suffer from various diseases. Because of this incident, our condition is getting worse. We need his support, whether financially, spiritually, or in life.

If he is sentenced, it will interrupt his American dream. Since he came to the United States in 2011, he has not left the United States in 10 years. Because he likes American culture and loves America, he married an American wife. He hopes to develop and live permanently in the United States. So, this will break his dream.

Your Honor, I sincerely implore you to consider the actual situation of Muge's unintentional crime and first mistake, and to give him the lightest sentence. This will save his life and our family.

God bless your safety and health!

Muge's Mother

*Xianmei Yu*

Xianmei Yu

Xianmei Yu

2/10/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

I am Xianmei Yu, Muge Ma's mother. This is the fourth letter that I write to you. Let me introduce the Muge I know to you.

Muge has always been honest and trustworthy, abiding by rules and laws, and strictly abides by contracts. After he left home on May 21st, I took over his accounting. I found that he completely abided by various expense and loan payment schedules, without any arrears, and had a good reputation.

1. Housing loan
From March 2018 to May 2020, he made his payment on time and in full every month, and there was never any default.

2. Student loans
From his graduation from 2013 to May 2020, he made his payments monthly on time without any default.

3. Property fees, electricity fees, maintenance fees, etc.
From March 2018 to May 2020, he made the payments on time and in full every month, and there was never any default.

4. Repayment of various credit cards
He does not owe any credit card balances, and he paid his bills on time. His credit score was high as of May 20.

I think the above facts show that Muge is an honest and trustworthy person. Therefore, he will never deceive subjectively and intentionally. I think his loans will be repaid on time. He just made a stupid mistake in the declarations.

Therefore, Your Honor, please give him the lowest punishment based on his first offense status and the fact that he was in good standing before.

*Xianmei Yu*

Xianmei Yu

Xianmei Yu & Fengxiang Ma



8/20/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

First of all, we would like to express our honor and gratitude to you!

We are Muge Ma's father Fengxiang Ma and mother Xianmei Yu. Together, on behalf of Muge, we apologize for the trouble Muge has caused for you and the Southern District of New York!

Your judicial system has won people's respect and praise over the years! Although we have not seen you in person, when we saw your photo on the District's website, we felt that you were a kind elder and we could not help but feel warmth and respect. It is an honor for Muge and our family that you can serve as judge in this case.

Dear Honorable Judge: Out of your busy schedule, we hereby submit a letter of petition for Muge to you. We only have one child in Muge. We love him very much and we know Muge very well. He is smart, sensible, kind, sunny, and loved since he was a child. He has been an excellent student in middle school, high school, university and his MBA graduate school. Muge came to New York in 2013 and has been working hard. He loves his community, he is always kind, and he always gives.

While walking on the street with him, when we met people who were homeless and in difficulties, he always gave generously and extended a helping hand to support them. He often yielded his way to children and the disabled, and helped the elderly to cross the street. He thinks everyone should do this. In real life, Muge does not smoke, drink, or have any other bad habits. He respects his parents, respects the elderly, and loves the young.

Dear Honorable Judge: Muge and we are God's people, and you are the messenger sent by God to save us. Please help us for His sake. Although Muge is our son, please treat him as your child. I sincerely ask you to give him the kindness of a father that we cannot do now. Please understand that he is young and immature, and tolerate his indiscretion and instability in handling affairs. Your Honor: we implore you, please forgive him for his out-of-control

anxiety during the severe pandemic, and forgive him for making ignorant and stupid decisions under the special circumstances under great pressure.

Dear Honorable Judge: Since Muge came to the United States, he has deeply loved the country and the people and has been studying, working and living in the country that he loves. For ten years, he has never left the US. Muge even thinks that he is already an American. We sincerely ask you to give Muge a chance to return to society, serve society, and make up for his mistakes on behalf of God, so that he can reunite with his family as soon as possible.

Dear Honorable Judge: Please! On behalf of God, please bless Muge and give him a beam of light. Give him a way out and let him return to us as soon as possible.

Once again we express our respect to your Honor!

God bless you! God bless America!

May God bless Muge! May God bless us!

Muge's parents:

Fengxiang Ma        Xianmei Yu

Xianmei Yu & Fengxiang Ma



12/23/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Richard M. Berman:

We are Muge Ma's father Fengxiang Ma and mother Xianmei Yu. On the occasion of Christmas and New Year, the two of us, on behalf of Muge, express our holiday wish to you!

This is our second time writing about Muge, asking you to forgive him, and we apologize for disturbing you again.

Honorable Judge: Muge has wanted to go to the United States since he was in middle school. Especially after graduating from university, after five years of hard work in Shanghai Citibank, he is more eager to study and develop in the United States. In 2011, he got his wish and came to the United States for further study. He loves the United States very much, respects American laws, respects the American people and government, and likes American culture and customs.

He studied hard at school and worked hard after graduation. He founded his own company. He actively, diligently, and assiduously seeks projects and partners, hoping for the success of his career, and strives to contribute to American society. He spent all his energy and time on work and study, and there is almost no entertainment other than fitness.

He loves his wife deeply, respects his parents, loves life, loves society, and loves family. We were shocked by the current situation Muge is facing. We feel that this kind of thing is impossible and could not have happened to him.

Muge is a decent young man who never does anything to harm others. Now we are very sad and painful. We can't give him enough help through his suffering. At present, it is sad that under the impact of the epidemic and his situation, we are also in trouble and cannot save him. The only thing we can do is to talk and communicate with him, comfort him to pay attention to his body and encourage him to learn and improve.

Honorable Judge: Please consider that Muge is young. It is his first time to make a mistake. He always respects the law. Please give him a chance to deal with it lightly so that he can return to society, family, his wife and us as soon as possible.

Please believe that: He loves the United States very much, and is essentially a kind and good

young man. After experiencing this incident, he will definitely study laws and regulations and strictly control himself and his company. he will strictly abide by the law and be a better person who makes more contributions to society!

Dear Honorable Judge: Please understand our feelings as parents, and I am very sorry for taking up your precious time. Thank you!

Happy Christmas and New Year to you and your family!

Muge's parents:

*Fengxiang Ma*          *Xianmei Yu*


Fengxiang Ma          Xianmei Yu

Xianmei Yu



1/21/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

This is the third letter I write to you. Please let me introduce the Muge Ma I know to you.

I am Xianmei Yu, and I am Muge Ma's mother. Today is January 21, 2021, and it has been 8 months since Muge left home. In these 8 months, I missed him all the time. Thinking of his current situation makes me extremely painful. I just can't figure out why such an unfortunate incident happened to Muge.

After Muge graduated from UCLA in July 2013, he came to New York, his dream destination, and started the struggle to realize his dreams with the knowledge he learned. He started his own company in the second half of 2016. He is sincere, motivated, and proficient in leading employees to conduct business in compliance with laws and regulations, and never did wrong things. He steadily developed his business. Everyone thinks he is a good leader and partner.

During this global pandemic, he was isolated at home and distraught. Muge uses his business network to actively seek disaster relief materials in various countries through his employees in these countries, hoping to help people avoid disasters by purchasing disaster relief materials. Because it takes money to purchase disaster relief materials, I think (just my personal idea) this is one of the reasons why he asked the government for loans. Although he did something stupid in this matter, his wish was very beautiful, reflecting his consistent nature of love. I can firmly guarantee that his subjective wishes are definitely not deception.

Dear honorable judge, on the basis that he is a first offender, please give him the lowest punishment and give him the opportunity to make corrections.

If he is sentenced, it will destroy the company he has built up through years of struggle and his business reputation. For him in the financial industry, this will be fatal and will destroy his lifelong career.

If he is sentenced, there is a risk of him being deported because he is not a US citizen, but only a permanent resident of the United States. He will be forced to separate from his wife

who is an American, which will be very tragic. God bless that this will not happen.

If he is sentenced, his family will suffer financially. Because he is the main source of income for the family, his wife will rely on our help for her living expenses.

If he is sentenced, it will cause a severe mental shock to us (his parents), and our life in old age will face a miserable situation. We are 66 years old and have retired. We are gradually losing the ability to work and live, and suffer from various diseases. Because of this incident, our condition is getting worse. We need his support, whether financially, spiritually, or in life.

If he is sentenced, it will interrupt his American dream. Since he came to the United States in 2011, he has not left the United States in 10 years. Because he likes American culture and loves America, he married an American wife. He hopes to develop and live permanently in the United States. So, this will break his dream.

Your Honor, I sincerely implore you to consider the actual situation of Muge's unintentional crime and first mistake, and to give him the lightest sentence. This will save his life and our family.

God bless your safety and health!

Muge's Mother

*Xianmei Yu*

Xianmei Yu

Xiulan Zhao



02/01/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Your Honorable Richard M. Berman Judge


I'm Xiulan Zhao, Muge Ma of aunt. I heard about Muge Ma. I was shocked. I don't think he would do such a thing. Here I would like to introduce the MUGE MA that I know to your Honor.

Muge grew up by my side since childhood, and I know him very well. He is a very good child in our family. He is smart, sensible, and tenacious. I remember that when he was 15 years old, he was obese because of an irregular diet, and his weight was up to 110 kg. When he realized that obesity is harmful to the body, he resolutely implemented weight loss. With a tenacious will, he lost 30 kilograms in one year. This is something that ordinary people can't achieve, and everyone praises his perseverance.

Although Muge has good conditions at home, he never shows off. He takes pride in his diligence and thrift, and works hard to exercise himself. During school holidays, he would go to my factory to participate in labor, or follow his parents to sell products, to the children's welfare home to send clothes and toys for charity. This style has continued, even after he joined work and when he returned home from visiting relatives.

Therefore, he has always been our role model for educating children.

After graduating from university, he stood out among tens of thousands of people and was hired by the Shanghai branch of Citibank. He worked hard and never cared about personal gains or losses. In just two years, he achieved the No. 1 sales performance in the Asia-Pacific region. Proud results. What a wonderful child, Muge is the pride of our family!

Such an excellent child will not do fraudulent banking. there must be some misunderstanding, and he must have made a mistake.

Here, in the name of my family, I implore the judge to discriminate lightly based on the fact that the child is such an outstanding and first offender.

Please give your child a chance so that he has a relatively bright future.

I am here to thank your Honorable Judge for his kindness and bless you forever.

Sincerely

赵香兰 Xiu Lan Zhao

Xiulan    Zhao

Xianmei Yu




2/10/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

I am Xianmei Yu, Muge Ma's mother. This is the fourth letter that I write to you. Let me introduce the Muge I know to you.

Muge has always been honest and trustworthy, abiding by rules and laws, and strictly abides by contracts. After he left home on May 21st, I took over his accounting. I found that he completely abided by various expense and loan payment schedules, without any arrears, and had a good reputation.

1. Housing loan
From March 2018 to May 2020, he made his payment on time and in full every month, and there was never any default.

2. Student loans
From his graduation from 2013 to May 2020, he made his payments monthly on time without any default.

3. Property fees, electricity fees, maintenance fees, etc.
From March 2018 to May 2020, he made the payments on time and in full every month, and there was never any default.

4. Repayment of various credit cards
He does not owe any credit card balances, and he paid his bills on time. His credit score was high as of May 20.

I think the above facts show that Muge is an honest and trustworthy person. Therefore, he will never deceive subjectively and intentionally. I think his loans will be repaid on time. He just made a stupid mistake in the declarations.

Therefore, Your Honor, please give him the lowest punishment based on his first offense status and the fact that he was in good standing before.

*Xianmei Yu*

Xianmei Yu

Fengxiang Ma

██████████
██████████

06/21/2020

Dear Honorable Judge:

I am Fengxiang Ma, the father of Muge Ma. Today is Father's Day, and I sincerely wish you a happy holiday.

But unfortunately, as a father, I am not in the mood to celebrate such a holiday. It has been a whole month since Muge left home. Since May 21, my wife and I felt that the whole world had collapsed. For our family, it was a nightmare. This is a sudden disaster worse than the pandemic. This disaster broke us at once. Please kind judge understand and sympathize with our feelings at this time.

Both of us are 65 years old this year. We only have one son, Muge. We miss him very much and we can't eat or sleep. He is our favorite, he is everything to us, he is our hope to live in the future, and he is our life. In our entire lives, we have never been so devastated, mental breakdown, debt problems, and life like the present. Dear Honorable Judge, Muge had been an obedient, smart, caring, and kind child since he was in kindergarten. He started swimming and playing piano since the age of four. From elementary school, he had been the only keyboard player in the school band. He often assisted teachers. He helped other students to rehearse. He participated in concerts and various performance activities. He still plays good piano, and is good at freestyle and butterfly swimming today. He was excellent in character and learning in middle school and high school. Especially after entering university, he won the highest scholarship for several consecutive semesters and academic years, and served as the only two-term student council chair. He often organized and led students to participate in various social, cultural, and sports activities on and off campus, such as academic competitions, poverty alleviation and education assistance efforts.

After graduating from university, he joined the US firm Citibank Shanghai and has won many performance awards of the Citibank China and the Asia-Pacific region. He came to the United States to study in 2011, and graduated from UCLA (University of California, Los Angeles) in 2013. He first worked at a US investment bank and then at China Merchants Bank in New York City. He started his own business in 2016.

In his life, Muge loves society, loves life, loves family, deeply loves and cares for his wife, respects the elderly, earnestly helps his parents understand American culture, and implores us to learn English and modern knowledge. He likes American culture and has not left the United States in the past ten years.

Muge has been in the process of starting and running a business for many years. He loves the profession and the work he is engaged in. He had always abided by the laws and regulations of the United States and never done wrong things. In the process of starting a business, he overcame various difficulties to put the company on the right track.

In this incident, I think it was only because of his ignorance of laws, regulations and financial systems, his lack of understanding, and his ignorance of relevant policies, that he made the first mistake under unusual and special circumstances (people with normal thinking would not do this).

Please allow me to sincerely implore the judge to forgive him and consider exempting Muge from his mistakes. Based on his youth and lack of experience, especially under the double pressure of the severe pandemic, staying at home, and extremely difficult work, please give him a chance to correct his mistakes. Please give him a lighter punishment, let him return to his wife and us as soon as possible, and go home soon!

We believe that after experiencing this incident, he will definitely learn the lesson. Please help him while punishing him,

Please give him a hand and help him correct his mistakes, he will not let anyone down.

I promise on Muge's behalf: he will never do it again in his life. He will definitely work hard in the United States to take full advantage of his smart, studious, diligent, and hard-working nature, to contribute to society, and to fulfill his greatest obligations and responsibilities,

Salute the distinguished judge once again!

God Bless America!

Thank you, dear benevolent judge!

Father of Muge

*FengXiang Ma*

Fengxiang Ma

Xianmei Yu & Fengxiang Ma



03/08/2022

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Excellency Judge Berman:

We are MUGE MA'S parents Xianmei Yu & Fengxian Ma

We are writing to you again today, mainly to talk about the serious damage done to our
family in the aftermath of what happened at MUGE MA.

After what happened to us at MUGE, our minds and bodies were greatly affected and
hurt.
The following is described as follows:

1. We fainted
It happened and seeing the news reports, we had a faint. Because this is unbearable for
us. Our son is the best and he is not a fraudster. The news made things very serious. We
all fainted when we watched the news.

2. We can't sleep
At the beginning, MUGE was blocked and we didn't know about him for 21 days. In the
21 days that we didn't receive a call from MUGE, we couldn't sleep for almost 24 hours,
walked in the room until dawn every night, and almost collapsed.

3. Severe weight loss

We can't eat, we can't eat. To this end, we lost weight severely. In 21 days, from when
you arrived in the U.S.
His dad's weight dropped from 187 pounds to 156 pounds. Dropped 31 lbs.
His mom dropped from 172 pounds to 135 pounds. Dropped 37 lbs.
This causes huge damage to the body.

4. His father's blood pressure dropped from 76--120 or 90--140 to 63--102 because of
mental shock, and he almost died.

5. His mother was almost blind from crying. Vision is now down to 0.06.

6. His mother has always had a heart attack. During this period, the heart attack occurred several times, which was very dangerous.

7. After the incident, his father's hair turned white overnight, and his mother's hair fell out a lot and was almost bald. This is the physical response that people have when they are hit hard and sad.

8. After the incident, for fear of being misunderstood, we cut off all contact with our relatives and friends, which caused great damage to our spirits. Now we don't want to meet people, which has created a social barrier.

9. Both of us thought about suicide at the same time, because if our son is in prison for many years, we have no hope but suicide. Both of us now suffer from mild depression.

10. Because the MUGE affair has not come to fruition so far, we cannot return to China, and our business in China has been completely shut down. Now we are in an economic crisis.

11. His wife, who was hit by the incident, could not find a normal job and had no income. Being raised by us places a serious financial burden on us.

12. According to his wife, Elizabeth, she had a heart attack due to fear and stress when questioned by law enforcement officers. And, because of this incident, she lost the job opportunity that she should have got, and so far she can't find a job, has no income, and has a difficult life. She developed social phobia.

To sum up: what happened at MUGE MA has done irreversible and significant damage to our family. It's been two years since it happened, and the damage to us continues.

So, again, we implore Your Excellency to really understand MUGE. MUGE is a good guy, he's not a subjective fraud, he just doesn't understand the laws of America, and he's been bewitched by some past leaders. He wants to rescue and help his employees get through the crisis during the pandemic. He believes that this process is a process of borrowing money from the government and then raising interest rates to repay the government.

After he learned that there was an error in the declaration, he voluntarily returned the entire loan at the first time, within the time safety island specified by the Small Business Bureau, and he did not cause any loss to any party.

Once again, I implore your Excellency the judge to grant him leniency according to his actual situation. He will definitely learn his lesson and never make such a low-level mistake again.

MUGE MA is a person who has the ability to serve the society, I hope he can make contributions to the society as soon as possible.


MUGE MA'S PARENTS


Xianmei Yu    &    Fengxiang Ma

Xianmei Yu & Fengxiang Ma



03/10/2022

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Excellency Judge Berman:
We are MUGE MA'S parents Xianmei Yu & Fengxian Ma

MUGE was taken away by the FBI on May 21, 2020, and it has been almost two years since then. Because he cannot be released on bail,
So, he has been at MCC and MDC for two years.

In the past two years, because of the harsh environment of DCC and MDC, MUGE has caused great harm to MUGE's spirit and body.

In particular, MDC did not do a good job of isolation and prevention and control of personnel, so that MUGE was still infected with Omicron even after two shots of the vaccine. After he was infected, his symptoms were severe. All the symptoms that should have happened to him.

What we are most worried about at the moment is the after-effects that Omicron brings to him. Now, according to him, he often suffers from insomnia. We especially found that he was very forgetful. When talking to us, I suddenly forget what I'm talking about. This upsets us. He is an excellent financial worker. He relies on his head to eat. If the symptoms of insomnia and forgetfulness have accompanied him for half his life (the doctor said on the news), it will have a great impact on his career.

In addition, according to doctors, Omicron can also cause damage to the reproductive system. Although he has been married for 7 years, he has no children because he is busy with work. We also have his child. If he is infertile in the future because of Omicron's sequelae, it will be a major and irreparable damage not only to him, but also to our family.

Therefore, once again, I ask your Lordship to give him leniency. He's not a bad guy, he's not a fraudster. He just made a stupid mistake at a critical moment of the epidemic. The point is, he did not cause any loss to anyone or any institution. Please give him a chance. Let MUGE MA go home early.

Let him go home as soon as possible and go to the hospital for treatment of the disease as soon as possible. Get him out of the harsh environment as soon as possible and get timely.

Mental recovery and physical healing. After treatment, restore a healthy body and spirit, and take on social and family responsibilities.

Thanks again, Your Excellency Judge.

MUGE MA'S PARENTS

Xianmei Yu & Fengxiang Ma

Ting Yu



03/12/2021

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

I am Ting YU, I teach in Jilin University and work as a doctor in a hospital.Muge Ma is my best cousin, who grows up with me. He has been a man of noble character and excellent learning since he was a child.He is smart, enthusiastic and helpful.He contacts everyone with his kindness and sense of responsibility, so he always keeps a good relationship with all his friends and family.

He not only treats people warmly, but also does well in school.In college, he won the highest scholarship many times.After graduation, he was admitted to the Shanghai branch of Citibank and became the envy of the gold collar workers.I am proud to be his brother.He has achieved meaningful success at home and could easily return home if he wanted to.But he thought New York was the financial center of the world, and he wanted to succeed in the United States, and he always thought the United States was the place where he could realize his dream in life.

In summary, he was a man of great excellence and integrity, a role model for our peers and our children to learn from.What happened to him today shocked us.

I am sure there must be something wrong, or his character and character would not have made such a mistake.

Your honor, please forgive him for his stupid mistake. Given that he was wrong the first time and has always been a good man, let's go easy on him. Get him back to his family and friends as soon as possible. My whole family will be grateful because he means a lot to us.

Sincerely,

Ting Yu

Ting Yu

Jian Liu



01/12/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honorable Richard M. Berman Judge

I am Liu Jian, and Muge Ma are brothers since childhood and the husband of his cousin.
I met Muge more than 20 years ago. Because we are also very close neighbors.
Muge Ma is a very prominent child among all our friends. He is smart, enthusiastic, helpful and unites friends. Our little friends are willing to play football and play with him. He also uses his generosity and responsibility to contact everyone, so he always maintains a good relationship with all his friends. I remember once, a group of friends were naughty and broke the neighbor's glass.
It was Muge who took the initiative to take the responsibility and used his own money to compensate.

Later, his cousin and I became lovers, and I learned more about Muge . He not only treats people warmly, but also has excellent academic performance. During the university, he won the highest scholarship many times. After graduation, he was admitted to the Shanghai branch of Citibank, and became a gold-collar worker envied by everyone. Because his performance is the best in Asia. I am all proud.

What I can't forget the most is that when I got married in 2008, he put aside his busy work and specially came from Shanghai to attend our wedding as my best man. I remember he solemnly told me that me must be nice to his sister, otherwise he will not forgive me.

After our child was born, MUGE sent his blessings and always cared about the growth of the child. He often discussed the child's education with his sister and made good suggestions. after the child grew up, he had already arrived in the United States. Frequently communicate with children on the phone to help and correct their English learning. ask the children to study in the United States when they grow up. Therefore, both of my children have grown up to study in the United States and meet with their American uncles as their ideals and goals.

In short, Muge is a very good and upright person, a role model for our peers and children to learn from. What happened to him today shocked us. I am quite sure that something must have gone wrong, otherwise based on his personality and character, he would never make such a mistake.

Your honorable judge, please be kind and forgive him for his stupid mistakes. Seeing that he made a mistake for the first time and has always been a good person, give him the lightest sentence. Let him come back to us and the children as soon as possible, and our whole family will be grateful, because he is very important to us.

Sincerely

刘健   Liu Jian

Jian Liu

Xiulan Zhao



02/01/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honorable Richard M. Berman Judge

I'm Xiulan Zhao, Muge Ma of aunt. I heard about Muge Ma. I was shocked. I don't think he would do such a thing. Here I would like to introduce the MUGE MA that I know to your Honor.

Muge grew up by my side since childhood, and I know him very well. He is a very good child in our family. He is smart, sensible, and tenacious. I remember that when he was 15 years old, he was obese because of an irregular diet, and his weight was up to 110 kg. When he realized that obesity is harmful to the body, he resolutely implemented weight loss. With a tenacious will, he lost 30 kilograms in one year. This is something that ordinary people can't achieve, and everyone praises his perseverance.

Although Muge has good conditions at home, he never shows off. He takes pride in his diligence and thrift, and works hard to exercise himself. During school holidays, he would go to my factory to participate in labor, or follow his parents to sell products, to the children's welfare home to send clothes and toys for charity. This style has continued, even after he joined work and when he returned home from visiting relatives.

 Therefore, he has always been our role model for educating children.

After graduating from university, he stood out among tens of thousands of people and was hired by the Shanghai branch of Citibank. He worked hard and never cared about personal gains or losses. In just two years, he achieved the No. 1 sales performance in the Asia-Pacific region. Proud results. What a wonderful child, Muge is the pride of our family!

Such an excellent child will not do fraudulent banking. there must be some misunderstanding, and he must have made a mistake.

Here, in the name of my family, I implore the judge to discriminate lightly based on the fact that the child is such an outstanding and first offender.

Please give your child a chance so that he has a relatively bright future.

I am here to thank your Honorable Judge for his kindness and bless you forever.

Sincerely

赵香兰  Xiu Lan Zhao

Xiulan   Zhao

LI JIAWA YU



02/12/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Mr. Your Honor Richard M. Berman.

I am Li Jiawa Yu, cousin of Muge Ma.
My brother Muge and I grew up together. He is a particularly down-to-earth and loyal person. He treats his elders with respect and politeness, and treats our brothers and sisters with great love. Our grandmother lives alone at home during the day. Although my elder brother is a boy, he often accompanies the 90-year-old grandmother at home during school breaks and vacations, taking care of the elderly.

He is kind-hearted, helpful and easy-going, so whether he is in school or after he embarks on a job, he has many close classmates and colleagues. Every time he needs help, there will be a group of good brothers behind him unconditionally support. This is more than enough to prove what his brother is.

The Muge brother is a very persevering person, studying very hard, especially during the university, especially hard. When others are playing games and sleeping, my brother is racing against time to study. Therefore, he has always been among the best in his grades during the university. He has won many scholarships and various awards, and he can also serve as the chairman of the student union. He is a model for the whole school and a model for our brothers and sisters.

After taking the job, Muge's brother is still conscientious and responsible for his work, always doing his best to make his work better. During my elder brother's work at Shanghai Citibank, I visited him during a trip to Shanghai. I was fortunate to visit his company. It was already off work at that time, but my elder brother didn't even have time to eat. He was still repeatedly confirming documents and communicating on the phone. Day's work to ensure that nothing goes wrong. There is a saying in China called "love one's job and work hard", which is vividly reflected in the Muge brother.

We were shocked to learn that Muge's brother was accused in the United States, because we know that he is a man of integrity and strict demands on himself. Such a thing cannot happen to him. We sincerely hope that the Your Honor will take this letter into consideration. The facts stated are based on the fact that he is the first offender. He was given the lightest penalty and helped my excellent

brother return to our family who needs him as soon as possible.

On behalf of my family, I sincerely thank you!

Sincerely

LI JIAWA YU

LI JIAWA YU

Mingxin Li



February 15, 2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Berman:

I am the second cousin of Muge Ma. Muge always calls me elder brother and I have always considered Muge my little brother since we grew up together in the same big household. While Muge was in UCLA pursuing his MBA degree, I visited him often since my office was close to UCLA.

I am aware of the charges filed against him, and have read the indictment and news articles about the case. However, Muge is family. My wife and I had offered up our house for Muge's bail back in 2020, and we will continue to support Muge and his elderly parents during this ordeal.

I was surprised when I first heard of the news of the case. If I had to guess at a cause of the situation, I would have to attribute it to the fact that business practices and regulations are different between China and the US, and that Muge has not realized these differences. I understand that this should not be an excuse, but just some thoughts that I have to make sense of it all.

I think Muge's most distinguishing trait is his self-discipline. Muge was obese when he was a teenager. Then he decided to lose weight. All he did was to eat one meal a day, and eat only apples and drink only water the rest of the day. When I saw a skinny Muge, I was impressed, and realized that this was a young man with potential.

Muge brought his discipline and hard work to his school and work. He has worked extremely hard in UCLA and at his various jobs. He was a studious student and had won many awards while in school. He also won top performance awards multiple times at Citibank Shanghai.

Muge is a friendly and sociable person. Wherever he goes, he brings energy and joy to the people around him. While at UCLA, Muge had had many good friends, and he introduced me to several of them.

Honorable Richard M. Berman                    Page 2                    February 15, 2021

Muge was involved in boxing at his gym, and he has made a lot of friends among his gym group. Many of Muge's friends reached out to help after hearing about the case.

Muge is a good family man. He loves his wife and respects his parents. Muge supports his wife's education at New York University, and invites his parents to visit him on a regular basis. Muge and his wife are respectful to me as an elder brother. They unfailingly call me on Thanksgiving, Christmas, New Year, Independent Day, etc., each year to wish me happy holidays. Whenever I visited them in New York, they have always showed me around the city and we have had a good time together.

This case has destroyed the most important things that Muge has worked for in his life, due to his own fault. His businesses are effectively gone. His finances are ruined. He cannot support his family anymore. His name is all over the newspapers, and his former friends and colleagues who used to look up to him now all know that his reputation is ruined.

Muge had been a law-abiding citizen and never been accused of any crime or misdemeanor before this. Muge has realized his mistakes and sincerely regrets what he did. He takes full responsibility for his behavior.

Due to China's one-child policy, Muge is the only child. Muge is everything to his parents, and it is an understatement to say that the current situation is a complete devastation to Muge's family. I have had many conversations with Muge's parents when they started crying uncontrollably. I found myself at a loss about whether to call Muge's parents during Thanksgiving and Chinese New Year, not sure whether my calling will only remind them of the absence of Muge.

I respectfully plead your mercy in the sentencing of Muge considering the effect of this on his parents.

Sincerely,

Mingxin Li

Tong Yu

████████████████

██████████████████

██████████████

██████████████████

██████

12/28/2020


Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312


Your Honorable Richard M.    Berman Judge

My name is Tong Yu, and I'm Ma Muge's cousin,    and I was shocked that he was charged in applying for the pay protection scheme and facing federal prosecution.

My brother and I grew up together. My brother is a kind, honest, trustworthy and hard-working person who has never had any bad behavior. My brother has achieved excellent academic performance since childhood and has always received good education in a high-quality school. In 2011, he was admitted to the University of California, Los Angeles with excellent grades. After graduation, he founded a company with his own strength and worked hard to manage it. In 2019, the company is on track.

Muge love the United States, like American culture, from 2011 to now has never left the United States, I have nearly ten years have not seen him, but we often call and video chat, share us recent situation, after this news I agony, Several times I shed sad tears,don't believe has been enthusiastic, aggressive, he can meet such a disaster.

Muge has done a good job growing up. He has always been a role model for all his peers, because he is eager to help others and promises to do what everyone else can do. So he has very good relationships and everybody likes him.

When Muge arrived in New York, no matter how busy he was, he made weekly video calls with my 10-year-old daughter and 6-year-old son, guided them in their studies, and encouraged them to dream big from an early age so they could pursue further education in the United States as well. Nearly half a year the children have not received the uncle's video, they by of the weekend always ask me: uncle why has not sent video? Looking into their questioning little eyes, I did not know how to answer. My heart was cut like a knife. I also missed my brother very much.

His parents are nearly 70 years old and need him to support and care for them. He is their only child. His wife, also a recent graduate, has yet to find a job. Therefore, Muge is an important source of income for the whole family, and the whole family depends on him for supply and subsidy. Without his support, his family would have been very difficult.

I beg your honor, according to my brother's consistent character, based on the fact that he is a good man and never makes mistakes,

He can be exempted or lightly punished .so that he can return to his family and come back to us as soon as possible.

May you always be in good health.

Tong Yu

Tong Yu

Weiping LI

██████████████████████████
████████████████
██████████████████
██████

11/06/2020

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

Hello, Mr. Judge Richard M. Berman.

My name is Weiping Li, I am ma Muge's aunt, a retired medical staff, for the

I am writing to you today for the future and future of Muge Ma

I knew Muge since he was born. I know him very well. Muge was polite and

kind-hearted when he was young. When he grows up he studies hard and has excellent

grades. From elementary school, middle school, university to work, he has won many

awards for "good student", "good youth" and "good employee".

Muge has culture, courtesy, respect the old and love the children, filial piety parents,

love wife. Hard working outside, conscientious, friendly, and actively involved in

community affairs. No matter his family or friends are in trouble, he reaches out his

hand and tries his best to help them. See strangers fall on the road, will immediately

step forward to help up. He is a kind and helpful boy. Is the pride of parents and family,

He is also a role model for his brothers and sisters.

Muge optimism, enthusiasm, love life, full of vitality, without any bad habits, is always

respected and law-abiding, quality excellent good man.

Muge is the only child of his parents, who are very old and in great spiritual need of his

support and help. Dear Mr. Judge, I sincerely beg you to take my letter of petition into

account when you are trying the case, to treat    MUGE MA with leniency, and to help

this good boy,.

so that he can go home as soon as possible, to his family and back to the society. On

behalf of the Muge Ma family thank you! And thank you for taking time out of your busy

schedule to read this letter! Thank you very much!

Weiping Li

WEI PING LI

November 6, 2020

Shilong   Li



11/20/2020


Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312


Honorable Richard M. Berman    Hello!


My name is Li Shilong, and I'm Ma Muge's cousin. I'm sorry to bother you. I write this letter of plea today because: In my eyes, Muge Ma is the love of learning and politeness among all of our relatives and friends. On June 15, 2013, I had the honor to attend Ma Muge's MBA graduation ceremony at UCLA. I congratulate and share this exciting moment. he is a kind-hearted, hardworking, dignified, law-abiding, and good young man with both ability and political integrity.

Muge received a very good education since he was a child. He is civilized and polite, respects the elderly, loves friends, and works hard when he grows up. He has performed very well in both study and work.

Muge is kind, focused on family, loving relatives and friends.

Every time he went to San Francisco or Los Angeles for a meeting, he came to see me and treated us as a family. Every holiday call me to send blessings, which makes me very moved.
I therefore appeal to the judge, in considering Muge Ma's case, to give him the lightest possible sentence in the light of the fact that he has always been a good man. Let him have the opportunity to return to the society at an early date and make contributions to the society.

Thank you for reading my letter.

Shilong Li

Qi'an,Song



15/03/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Mr. Your Honor Richard M. Berman.

My name is Qi'an,Song. I'm the husband of Muge Ma's cousin.

I'm the only one in my family who hasn't seen Muge Ma himself, because when I met my wife, Muge Ma had already worked in the United States, but this does not hinder me from understanding him at all.

My elder brother is a person who can be a role model for his peers. He is very self-disciplined in both figure management and study work. We all know how difficult body management is for a person, especially men, but my brother did it. In order to have a strong figure, he pays attention to diet and exercise, from severe overweight to low body fat rate, how much temptation he resists during this period, and how much effort he has made to imagine. Just as he came to the United States alone and was helpless, I admire the spirit and action of his efforts to make today's achievements little by little.

Although I haven't met my brother, we often go through video. From the process of chatting, I can also feel that my brother is a sunny, kind and easy-going person. I like him very much, and I've always heard my wife say that my brother's friends are very popular. I also believe that this is what my brother usually does.

I often meet my brother's parents, that is, my wife's aunt and uncle. I saw with my own eyes how much time, energy and money the old couple spent to cultivate their son. Aunt

and uncle have been working hard, and they are getting old. They miss their son very much. Now they are not in good health and need the care of their only son. Muge Ma is also the driving force for them to continue their lives.

I was shocked to hear Muge Ma allegations in the United States at first, because my brother was such a self-disciplined man. This mistake really happened to him a little incredible, perhaps confused for a moment. I sincerely hoped that the judge would take into account his excellence and self-discipline in hearing the case, give him the lightest punishment, and help my brother get back to our family as soon as possible.

I sincerely thank you on behalf of my family!


Sincere

Qi an Song

Qian Song

New York, 5-20-2021

My name is Victor M. Figueroa. I am 59 years old, and my Registration Number is #21484.053. I am in MCC for a case of illegal reentry. During the past six months at MCC, I met Mr. Mars Hummer, with whom I shared a bedroom at LL South. By having a friendship with Mr. Hummer, I see that he is a very educated person. I always see him reading books that his family sends. He is a respectful person with a very extraordinary academic level. I do not know how such an educated, intelligent person is in a place like MCCC, where you see many drugged youngsters that do not respect.

Since I have been in MCC, I looked at Mr. Hummer as someone who liked to help people and share what he has to offer. Sometimes life puts people who do not belong together in certain circumstances. In this world of prison, there are people with many values and extraordinary intelligence. One of those people is Mr. Hummer. I admire very much his ability to understand the adversities that life puts on him. For me, he has been a person with a clean heart that does not have any evil against anyone. Sometimes I have to teach him how to behave in MCC because many bad people are in this place. I admire the patience and dedication that he puts into helping others. I hope that very soon, Mr. Hummer can meet with his wife, parents, and other relatives. Mr. Hummer does not belong to this place (MCC) where many delinquents live and do not respect anyone. This place is another world.

Judge Berman, when you read this letter, I may already be in my home country. On May 1, 2021, Judge Lewis Kaplan gave me time for illegal reentry.

Honorable Judge Berman, with all respect, I am writing to you to tell you that Mr. Hummer committed a crime, but he is an upright being. He is not a criminal. I appeal to your worthy position with all due respect and ask that you have clemency on the day you sentence Mr. Hummer. I ask God to give you good health, and I wish you much success in your work of delivering justice.
Sincerely,

Victor M. Figueroa
Registration #31484-053

①

New York. 05-20-21

Mi nombre es Victor M. Figueroa.
Tengo 59 años de edad  mi numero
de Reg # 31484.053. estoy en MCC
Por un Caso de Ilegal Reatry
durante estos 6 meses Conoci
al Señor Mars Hummer. en
la cual Pude compartir el
dormitorio en el LL South.
   Al tener una ~~amistad~~ amistad con
el Señor Hummer. Pude Ver
que es una Persona muy educada
Siempre lo Veo leyendo libros
que la Familia le envia. una
Persona respetuosa. con un
nivel academico. muy extraordi-
nario. No sé como una Persona
Tan educada e inteligente se encuentra
en un sitio como MCC. un
Sitio como MCC. donde se
mira Tantas cosas. donde se
Ven Muchos Jovenes drogados.
que no respetan. durante este
Tiempo que estuve en MCC
Mire en el Señor Hummer
a una Persona que le gusta
ayudar a las Personas y compar
tir lo que el Posee en sus
Pertenencias. A Veces la Vida

②

Pone en Ciertas Circunstancia a gente que no Pertenece a este mundo de las Prisiones. gente con muchos Valores. y con una Inteligencia extraordinaria. Y una de esas Personas es el señor Mars Hummers. admiro mucho la capacidad que Tiene Para entender las adversidades que le Pone la Vida. Para mi ha sido una Persona. Limpia de Corazon. que no tiene ninguno acto de malda. contra nadie. a Veces le Tengo que enseñar como debe de comportarse en M.C.C. Por que existe Mucha gente Mala en estos Sitios. admiro la Paciencia y la dedicación que el Pone al ayudar a otras. Personas. espero que muy Pronto el señor Mars Hummers Pueda reunirse con su esposa sus Padres. y demas Familiares. el señor Hummer. no Pertenece a este sitio. (MCC) donde habitan mucho delincuente y no respetan a nadie este es otro mundo. Señor Juez cuando usted lea esta carta Tal Vez Ya estoy en mi Pais Colombia. mi nombre es Victor M. Figueroa Y el 19 de Mayo el Juez.

③

Lewis Kaplan, me dio Tiempo Servido. Por Ilegal reentry Honorable Juez Berman, con todo respeto me dirijo a usted. Para decirle que el Señor Hummer Cometio una falta. Pero es un ser integro, no es un criminal. Con todo respeto apelo a su digno Cargo y que tenga clemencia en el dia de su sentencia, le pido a Dios que le de mucha salud. Y le deseo muchos exitos en su labor de impartir Justicia

Atte

Victor M. Figueroa
Reg # 31484-053

Gening Dong

███████████████

███████████████

3/12/2022

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Str.
New York, NY 10007-1312

Dear Judge Berman,

I hope this letter finds you and your family well.

I'm Gening Dong, a first-year master's student in the Sibley School of Mechanical and Aerospace Engineering at Cornell University. I'm writing this letter to prove the positive personality of Muge Ma. Muge is a close family friend. His parents are good friends of my parents and I knew him since I was in primary school. I have always been growing up under Muge's positive influence. He was always the best one among his peers, and he had set a good example for me with his hard work and many achievements.

Muge is really self-disciplined and he always has reasonable plans for his future. In 2011, he was admitted to the M.B.A. program of the Anderson School of Management at UCLA. His admission was a great encouragement and inspiration for me. That was actually the first time that I generated the idea of coming to the U.S. to pursue a graduate degree. Before Muge left for California in 2011, my family and I visited him in Shanghai and sent congrats to him. He enthusiastically told us about his study plan as well as his future career plan. I can still vividly remember that moment, when I was so sure that he would have a bright future. And it turned out to be true: He was the Social Chair of Anderson Student Association in UCLA, and successfully found a job at China Merchants Bank after graduation.

In the summer of 2016, my family and I went to U.S. for vacation. We visited Muge and his wife Elisabeth in New York. They welcomed us warmly. I hit it off with Elisabeth, and we talked very much. We had a wonderful dinner as well, during which Muge told us about his entrepreneurial plans. He was optimistic about his business prospects and future development. My parents and I were surprised at first because he was Executive Vice President of U.S. Investment Banking Division at that time, which is a decent job with a good salary. We were impressed with his determination and entrepreneurial spirit, but we all sincerely believed he would succeed in his career.

Muge is the kind of person who is always cheerful and full of energy. He has a keen sense of humor and would appreciate every single pleasure in life. He likes taking pictures to record the beauty of life, loves sports and goes to the gym every day. I can firmly tell you that Muge does not have any bad habits. He takes his career and life seriously, works hard and loves his family from the bottom of his heart. A

man like this would never do anything to hurt anyone.

I was extremely shocked to hear that Muge is charged with defrauding bank last year. I believe that he will never intentionally do anything illegal. I have visited his parents and Elisabeth several times since I came here last August. His parents are very worried about him and are sullen all day. Your honor, I implore you to demonstrate mercy when making a decision. Muge may have unintentionally done something wrong, but he deserves a second chance. His business has just got on the right track and his dream is just about to come true. More importantly, his family needs him, truly.

I kindly thank you for your time. I am writing this letter to prove that Muge Ma is an honest, excellent and good person. It is my sincere hope you can take this letter into consideration. Once again, hope you and your family stay safe and be well during this weird pandemic time.

Sincerely,

*Gening Dong*  3/12/2022

Gening Dong

Hong Bao



03/12/2021

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

I am Hong Bao, I work as a doctor in a hospital in Jilin.Muge Ma is my husband's cousin,so we've known each other for many years.What I like most about him is that he is sincere, enthusiastic, optimistic and enthusiastic about everything he does.

He has been a man of noble character and excellent learning since he was a child.He is smart, enthusiastic and helpful.He contacts everyone with his kindness and sense of responsibility, so he always keeps a good relationship with all his friends and family.In all the years I have never seen him complain about helping others or heard anyone say anything bad about him, which I consider an achievement.He is a man of high morals and his morality impressed us.

He not only treats people warmly, but also does well in school.In college, he won the highest scholarship many times.After graduation, he was admitted to the Shanghai branch of Citibank and became the envy of the gold collar workers.Over the years,he faced different ways of working, business norms, communication styles, relationships, etc.and he also tried to build his career and life in the United States.I began to admire his indomitable optimism deeply.

In summary, he was a man of great excellence and integrity, a role model for our peers and our children to learn from.What happened to him today shocked us.Muge is an only child because of

China's one-child policy.Muge was everything to his parents, and I talked to them many times when Moog's parents began to cry uncontrollably.

Your honor, please forgive his fault, we also believe in the fairness of the court.No matter to his parents, or to our family, he is a very important member.I very much hope that he will be forgiven, too.In my heart, I know he has the ability to learn from his own mistakes and eventually find his own version of the American Dream.Thank you for your time. I hope you will consider what I have to say on behalf of his family.

Sincerely,

Hong Bao

Hong Bao

Carlos Higuchi

March 18th,2021

TO
The Honorable Richard M Berman
Daniel Patrick Moyniham
United States Courthouse
500 Pearl st,
New York, NY 10007-1312

Ref  Hummers Ma

Judge Richard Berman,

I am writing on behalf of Hummer Ma as to his character    I became a mentor to Hummer Ma
when he was at the UCLA Anderson MBA program and took him on as an intern when I worked
for Rio Bravo Investments as Managing Director  An asset management company based in
Brazil.

I have been saddened of the events that have let to Hummer Ma being brought to face you in
criminal proceedings

I would like to provide that Hummer Ma has never shown a lack of judgement to me while I have
known him since we met   He has boot strapped in his effort to get his MBA from UCLA and
worked diligently in the projects we have worked together

Individuals can make life changing error in judgement    I truly believe a lenient sentencing for
Hummer Ma is to be considered as he will move forward and make amends for his bad decision
and consequences    This letter is a testament to his positive character

Sincerely,

Carlos Jorge Higuchi

Andre Barake

March 19th, 2021

TO:
The Honorable Richard M Berman
Daniel Patrick Moyniham
United States Courthouse
500 Pearl st.
New York, NY 10007-1312

Ref: Hummers Ma

Judge Richard Berman,

I have known Mr. Hummer Mars, also known as Hummer Muge Ma in a capacity of a Chinese investment banker who was seeking investment opportunities for his Chinese clients around the globe, operating out of New York.

Hummer reached out to me principally to identify investments in Brazil, where I reside. He has always been very cordial and professional in his communications with me.

I do not understand in detail what possible wrongdoing that he has done. Being young and ambitious foreigner in New York imposes many challenges, which I also lived when I was younger.

Mr. Hummer has a whole life ahead of him so please be lenient with him as he is a fine gentleman and clearly has deviated from the righteous path out of inexperience and possibly from social pressure for success.

With Thanks in advance.
Yours Faithfully

Andre Barake

Mr. Bruce L. Quilliam, Jr.

███████████████
████████████
██████████████████

March 5, 2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman:

I am taking the initiative to write to you today regarding defendant Mr. Ma Muge (a/k/a Hummer Mars). I met Mr. Ma on two different occasions several years ago in Manhattan during the normal course of business. I was introduced to Muge through my wife who is also a Chinese citizen; Muge's mother and father met my wife in New York some time ago and presented her with Muge's contact details. I consider Muge a personal friend given our common interest in international finance, U.S.-China relations and our respective cultures.

Last month I learned of Mr. Ma's arrest related to alleged fraudulent representations surrounding the U.S. Government's Paycheck Protection Program, as well as other alleged misrepresentations. Needless to say, I was shocked and saddened to learn of Muge's legal situation as the alleged activity is wholly out of character for the person I know. Over the course of the two in-person meetings and several other phone meetings, Muge always presented himself in a gracious, professional manner and did not in any way appear to be anything other than a true gentleman with good intentions.

What saddens me the most is the thought that a promising young man's life, and that of his family, will forever be changed for the worse. I understand the legal system here in the United States is intended to provide order, safety and fair play in our society; however, I believe there are times when prosecutorial leniency is warranted. As you are aware, Muge is a highly educated, non-violent foreign national; I can only imagine the degree to which Muge's welfare will be at risk within our corrections system. As such, I humbly ask you and the United States Attorney's Office for the Southern District of New York to extend leniency to Mr. Ma and consider alternatives to incarceration should the outcome of his case result in a plea of guilty.

Sincerely,

Bruce L. Quilliam, Jr.

November 27, 2020

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is Victor Huang, I was a Bachelor of Business Administration and Management graduate from ESLSCA Business School (Paris), and plans to enroll in Master of Business Administration 2021 at the Hong Kong Polytechnic University.

I am writing to you to provide a reference for Hummer Muge Ma, also known as Hummer Mars, my dear friend, we met when working at Citi Group since 2005.

Hummer awarded as one of the Best Employees in the Asia-Pacific regions for 3 consecutive years (2007-2009) when working at Citi Group.

At the 2009 Gala Dinner in Barcelona, Spain, Stephen Bird, the former CEO of Citi Global Consumer Banking gave him the award and took a group photo.

This is supreme honor in Citi Group, as a colleague and a friend of Hummer, I am proud of him.

Hummer always had a dream was to study in the best schools in America. His parents used their savings to support their son's dream.

Hummer overcame many tough challenges and finally got Scholarship Offer from UCLA Anderson School of Management. He was optimistic when facing varied challenges, even a professor said that if his grades can't meet the requirements, he would be disqualified from school.

His optimistic attitude towards life and study career eventually led him to New York City.

Hummer could have started his career development where he had the foundation, but he insisted to achieve career success in the United States. He believes that only this kind of success can make his life more meaningful.

Hummer respects his wife, and he is a responsible husband. Although he sometimes makes mistakes, he reflects on himself and works hard to take care of his wife's life and study. He always asked for any books of personal improvement and marital relations. He keens to read any books I suggest to read, those are illustrating his care.

Hummer keen to participate in community activities. For example, he is a member of the community book club, shares reading experience every week; He loves doing work out, he is also a member of a CrossFit community.

As a non-native English speaker, Hummer keeps learning English since moving to New York City, he has an English teacher, he had an online class every week, he continues to improve his English grammar and pronunciation.

Hummer is kind, hard-working, friendly, lives with enthusiasm. He is a responsible husband and a son.

I humbly request that you could give him mercy and grace. I believe he will re-recognize his present circumstance and reflect well upon himself daily, his family, and his community.

Sincerely,

Victor Huang

February 20, 2021

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is John Liu. I obtained a bachelor's degree in engineering from Qingdao University of Technology in 1994, and a master's degree in business administration from East China University of Science and Technology and University of Canberra in 2013.

I am writing to you to provide a reference for my dear friend Hummer Muge Ma.

I met Hummer through a project by chance in 2006. Hummer and I were both working at Citigroup, while I worked at the lending department. Although we were not in the same department, but the offices were in a building. At that time, one of my projects needed the help of his department. I talked to him, and he was very enthusiastic and would be willing to help. He gave very pertinent advice, carefully prepared the plan with me, and participated a very important client meeting. He left a deep impression on my client. I finally signed contract with the client. Through effective cooperation, Hummer's positive, sunny, and cheerful personality has prompted us to establish a long-term good working relationship and become friends in life. Hummer had won many honors during his work and was named one of the best employees in the Asian Pacific in 2007. As a colleague and friend of Hummer, I am proud of him.

Hummer has the courage to pursue his dreams. He has mentioned many times that his long-time dream is to study in the best school in America. Hummer overcame many difficulties and finally won a scholarship from UCLA Anderson School of Management. He finally realized his dream.

Hummer respects his parents. He is also a good son who is filial and grateful. During his work at Citibank, he sent his income to his parents every month, and used the salary of his internship in the United States to buy birthday gifts for his parents. This left me with a deep feeling, and I still cannot forget it.

After Hummer went to the USA, we have been keeping in touch. I am a few years older than him, and he treats me as a big brother. Every Chiese New Year Hummer always remember to send me

PUBLIC

his wishes.

Hummer is a kind, hardworking, friendly and enthusiastic person. He loves parents.
I implore you from my deepest heart, please take the above into consideration. Please forgive his
past as that is the only way he can forge a better future. I kindly thank you for your time and stay
safe and healthy at this very trying time.


Sincerely,


John Liu

February 19, 2021

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

I am Zhang Shu, my English name Shawn, I wish you a smooth, healthy and happy work on the US ! To know Hummer is July 2010, ten years did not see, again talking about Hummer, my mind is emerging, professional, enthusiastic, persistent, serious, sincere, compliance.

I joined the team of Hummer of Citibank Shanghai Branch in September 2010, working as CGA, engaged in personal and small and medium-sized retail finance business sales work, from the beginning of the interview, Hummer professional and enthusiastic has brought me a great shock. Having had the privilege of joining his team, Hummer 's guidance to our new employees was very serious and valuable, and he personally demonstrated sales actions, guided us to innovate new sales methods under the premise of legal compliance, and used our leisure time to teach our financial products-related knowledge, during my time in the team achieved amazing results, team members have also achieved growth. At the same time, Hummer is one of the hardest-working people I have ever worked with, and his dedication to his work is unforgettable, and his experience with him has been of great help to me in other jobs.

It is worth mentioning that in 2010, we are in China's financial industry compared to the western developed countries are still in the stage of development, financial institutions have a lot of room for supervision and compliance, on the other hand, investors (chinese people) investment awareness and ability is still in its infancy, at the same time, because the internationalization of the global economy to China's rapid economic development, Chinese's investment and consumption capacity greatly increased, because of the above reasons, in the financial business exhibition process will inevitably expose a lot of private space, This poses a great challenge to the professional conduct of China's financial practitioners. In this environment, Hummer while leading us to a proud performance, constantly emphasizes our awareness of legal compliance in our work, which is strictly prohibited for any violation of the law, and this teaching is of extraordinary significance to

my future financial work.

To sum up is my understanding of Hummer It is incredible that Hummer is involved in financial fraud on the other side of the river, and I believe that Hummer is an excellent man and a man of high ethics, and I implore Mr. Judge to seriously investigate this case, and I firmly believe in the fairness and impartiality of The Stars and Stripes. Thank you for reading this letter !

Sincerely,

Zhang Shu

February 23, 2021

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is Zachary Zong , now working as head of banking business of Asset Custody

Department in Guotai Junan Securities Co.Ltd in Shanghai China. I obtained a bachelor's

degree in environmental science from Suzhou University of Science and Technology in

2006, and a master's degree in Religion from East China Normal University in 2010.

I'm writing to you to provide reference for my team manager Hummer Muge Ma in Citi

Bank.

The first time when I met Hummer is in June 2010, I was looking for my first job as a

graduate student, in the first round interview I saw Hummer as team manager and Sarah

as HR manager, I'll never forgot that after the formal presses, Sarah said to us, Hummer

is a legend! Firstly did not know how it means, but later when we joined Hummer's team

in CitiBank as a personal banker, form dozens of trophies and medals in his office every

body believed that he was a legend!

During that time we have learned a lot from Hummer , he was almost the most diligent person in CitiBank, he was also concerned with his colleagues and continued encouraged us , I still remember he gave me a book Sales Bible as a gift of my birthday. However, as a team manager in retail banking, he always required us comply with laws and compliance strictly, and we were all respected his moral quality then.

Best wishes,

Zachary Zong

████████████

████████████

This photo is Hummer with his team in Citibank 2010, I'm the second from left.



February 26, 2021

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is Lucia Zhou, I graduated with a Master degree in University of Birmingham, UK. After my graduation, I joined Citi bank (China) and started my career as a CitiGold relationship manager in Retail Banking in 2010.

Hummer was my supervisor and he was the most important reason I finally stayed. For some reason, I did not believe I might be qualified for this position. Hummer persuaded me and encouraged me to challenge, have independent thinking, and to compete, which was the most correct decision in my life.

I still remembered his words: he considered my honest and integrity as the crucial factor for the job. And no one can achieve a high level without these moral characters.

The first and crucial lesson he taught us was compliance. The team had compliance training almost every day which penetrated into our blood as a strong belief. Compliance is always everything and beyond all interests.

Hummer had done so many helps to some other team members, he cared everyone and shared all his experiences, and he was the most enthusiastic and competitive person I'd ever seen. When other colleagues met difficulties, he was the first that you could turn to.

He loves his parents and his family, shared the team his family stories, and later we knew his dream was American. For the team, we considered him as a tutor and big brother more than a supervisor. We trust him and cared him just as he cared others, mostly, we treat him with respect more than gratitude.

Please take the above into consideration and thanks for your time.

Best Regards,



Lucia zhou

February 27, 2021

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is Hualong Lin. I obtained a bachelor's degree from Yanbian University majoring in international trade in 2003. And I am founder of Dragon(용패), a Korea-based seafood company in Korea now.

At work, Hummer is very enthusiastic, responsible, and willing to help others. I met Hummer in 2005, and we were both working at Citigroup. He works very hard. I remember his income is far more than ours, but he is very frugal in life. He always takes public transportation instead of taxis. The place he is willing to spend money is to buy books, he likes to reading.

Hummer is very sincere and generous. He was named one of the best employees in the Asia-Pacific region in 2006. Citigroup sponsored each winner to receive the award in Japan. He could have taken his parents with him, but he chose me, a partner at work. I witnessed his moment of honor, and I am proud of him.

Hummer respects his parents. He is a good son who is filial and grateful. I often see him talking on the phone with his parents. He has been working in Shanghai and his parents are working in the north. The reason for talking on the phone is to keep his parents from worrying about themselves.

Hummer has an American dream. He has always dreamed of receiving an education in the best school in America. This is not an easy task for an already working person. But he is the kind of action person, he understands that as long as he starts, he has already won those who only dream.

After Hummer went to the United States and encountered difficulties at work, I would think of him. The energy in him always gave me the strength to overcome difficulties. I think it's really an honor to know him and have worked with him.

Hummer is a kind, hardworking, friendly and warm person. He loves his parents.

Overall, I write to attest to the good character and positive qualities of Mr. Hummer Mars. I wholeheartedly

submit this for your consideration in good faith.

Thank you so much for your time.

Sincerely,



Hualong Lin



Amy Mao / ████████████████████████

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse / 500 Pearl St. New York, NY 10007-1312

Dear Honorable Judge Berman,

I write to provide reference to my friend Hummer Muge Ma. My name is Amy Mao and I used to be the Beijing, Shenzhen and Chongqing City deputy Branch Manager and Branch Manager at Citibank China from 2006 to 2016. I was Citibank LA Chinatown Branch Manager before I was transferred back to Citibank China in Feb. 2006.

I have known Hummer when I was transferred back and worked at Citibank Beijing branch in 2006. At that time Hummer won the Top1 performance ranking every month among all Personal Bankers in Citibank China. I asked people who know him better why Hummer was so outstanding and they told me that he is an exceptional person with good character. He achieved excellent academic performance in college and was the chair of the university Student Union. After joining Citibank, he worked hard and make great progress in his career. He has been a role model for wealth management sales team of Citibank China. I get acquainted with Hummer in an internal competition of wealth management professionalism in 2007 and I was one of the judges. He demonstrated solid professional knowledge and good team spirit with the way of great generals. It is no doubt that he won the best in this competition. Then we became good friends also mentors to each other in work. It's challenging when I took the management role in China at first due to the culture difference and age gap with the sales team. Hummer was always to be supportive and willing to share his experience and professionalism with my team. They all was impressed with his kind and selfless. After consecutive six years of top sales performance, Hummer chose to enrolled in his MBA program of UCLA. We met few times during his study in LA and I found him to be energetic, making great efforts to his study and full of enthusiasm for life in America. He was devoted to pursuing his career further in financial industry.

Your honor, I have known Hummer for quite some time now. As many of his friends, associates, and employees can attest to it, he is a good man who serves his friends, families and his community with selfless acts and kindness. He loves to learn, works very hard, stays away from bad habits and always does the right things. He has always been kind, warm, and humble, never meaning to break the laws or harm others. I implore you, from the bottom of my heart , to please take that into consideration. I kindly thank you for your precious time and your attention to this matter.

Respectfully yours,

Amy Mao

1st Dec 2020

Joo Howe TEO



Honourable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**To the Honourable Judge Berman:**

I am writing on behalf of Mr. Ma Muge. I have known Muge since 2005 while I was working for Citibank(China) Co., Ltd in Shanghai, China. I was the branch Branch Manager of the Citigroup Tower Branch in Shanghai, China.

Muge has always been one of my most trusted staff when I was the branch manager. Muge has always displayed great compassion and trust to everyone around him, namely his colleagues and customers.

He was always ready to help his customers and colleagues are all costs. He has displayed great honour and work in the work that he did.  Many a times, while working in the bank, we need to be extra careful with compliance matters, he has always been the one looking out to make sure that all compliance matters are never overlooked. When I learnt the news of what had happened, I could not believe that it was Muge. Never in my wildest dream that I will dream that Muge will do such a dishonest act.

When he mentioned to me that he wanted to go to the United states to further his studies and perhaps work there for a few years before returning back to China, I supported his idea and gave him all my blessings. I was the person who wrote the recommendation letter for him for his admission into the university then.

Muge is a kind-hearted man. He is always a very compliant person. It is very hard for me to learn that he could have committed such an act. I just could not accept it.

Overall, I write to attest to the good character and positive qualities of Mr Ma Muge. Up to the time of writing this letter, I have no knowledge of any misconduct that should jeopardise my positive attestation of his character. Hence, wholeheartedly submit this for your considerations in good faith. It is my sincere hope the court takes this letter into consideration and does not sentence Muge to jail time. Thank you for your consideration.

Sincerely yours

JOO HOWE, TEO

Zhe Yang



1/31/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Str.
New York, NY 10007-1312

Dear Judge Berman:

My name is Zhe Yang and I met Hummer Mars in 2006. It has been 15 years in a flash! Back in those days, Hummer had just graduated from college. He was an energetic young man full of enthusiasm and optimism. During his time in college, Hummer was a core member of the Student Union. This experience has made him extraordinarily skilled in communication and coordination.

In 2006, Hummer came to Shanghai and was hired by Citibank. During this period, Hummer has proved his outstanding business capabilities. He was also admitted to the MBA program of University of California, Los Angeles. Since 2011, Hummer moved to the United States for further development.

Hummer treats people sincerely and warmly. Wherever he goes, he will always bring his kindness with him. In 2015, my friends and I traveled to the U.S. and we were welcomed by Hummer and his wife Elizabeth with the warmest hospitality.

As far as I can tell, Hummer is not only a person who has a strong sense of responsibility and great capacity for work, but is also a person who loves life. I can often see him sharing his fitness routine on social media. I believe that everyone who has ever been in contact with Hummer will like him very much.

I believe that such an optimistic, enthusiastic, and life-loving person like Hummer will never defraud bank loans. It must be a misunderstanding. Your honor, I hope you can give Hummer a chance to explain this clearly.

Best Regards,

Zhe Yang

Zheyong

Yongwei Chen



1/30/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Str.
New York, NY 10007-1312

Dear Judge Berman:

I hope this letter finds you and your family well. My name is Yongwei Chen, Regional General Manager of Beijing Ultrapower Software Co., Ltd. I have known Hummer Mars since 2006.

As a friend for many years, I have always admired Hummer's hard-working and enterprising spirit. He has continuously achieved outstanding results due to his personal efforts. What's more, Hummer continued to enrich himself and step forward: he graduated from a common college in China, but in the end he achieved an MBA degree from the University of California, Los Angeles, which has a world-famous reputation.

In September 2016, my friend and I went to New York for business. Hummer and his wife Elizabeth enthusiastically led us to tour New York and taste the specialties there. He loves his wife deeply and also enjoys living in New York very much. He was full of confidence in his future, and his future would have been bright and certain.

I still kept in contact with Hummer and Elizabeth after our gathering in New York. I was impressed by Hummer's courage to give up his senior position in the investment bank and choose to start his own business. I even planned to cooperate with his company in China financial market.

I was shocked to hear that Hummer is trapped into this lawsuit. With his optimism, enthusiasm, wisdom and courage, it's hard to imagine. Something must be wrong. Your honor, I implore you to give Hummer Mars a chance to correct his mistakes. I believe he will abide by the highest credit principle in the future, to make dedication to his family and contribute to society.

Sincerely,

Yongwei Chen    YONGWEI CHEN

Vici Shaweddy & Robin Chou



November 28, 2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman,

We're writing on behalf of Hummer Mars. My husband and I have been friends with Hummer for more than three years. In this time, he has proven to be a generous, friendly, and responsible character.

We first met Hummer in a fitness class at our gym. He was one of our first friends when we started. Hummer was kind and committed to his workout routine, but he also went out of his way to help newcomers like us, and soon we developed a friendship.

We believe that Hummer would have a positive contribution to society. One of the great things that he did for the fitness community at our gym was creating a Facebook group and organizing events. Hummer did it to help our group communicate easily outside of the gym, and since then, we all became friends. Hummer was the glue of our community.

We understand that Hummer is facing serious charges that might impact him and his family. We hope that our letter will give you some perspectives about Hummer outside the courtroom. It is our sincere hope the court considers this letter at the time of sentencing. Despite the current case, we do not doubt that Hummer is a responsible person that deserves a second chance to make things right. Thank you.


Sincerely,

Vici Shaweddy
11/28/2020

Robin Chou
11/28/2020

Lianwei Dong



11/15/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Str.
New York, NY 10007-1312

Dear Judge Berman:

My name is Lianwei Dong. I am the general manager of Brembo Huilian (Langfang) Brake Systems Co., Ltd. This letter is a personal character reference for Hummer Mars.

My wife and I are good friends of Hummer Mars' parents. I knew him since he was in high school. The relationship between our two families is very good, and my wife and I are very concerned about Hummer's wellbeing and future development.

Hummer is a warm and cheerful man. He is very thoughtful and has planned his studies and career very well. He has always been a leader among his peers. Especially after he graduated from the University of California, Los Angeles, he gave up working in a well-paid investment banking company and started his own business. We are all impressed by his courage and entrepreneurial spirit. Through his outstanding ability and unremitting efforts, his company's business has just begun to get on the right track with improvement and gains.

My wife and I were extremely shocked to hear from Hummer's parents regarding what happened to him recently. Something must be wrong. Hummer is very self-disciplined, always being strict with himself, and he has great ideals and pursuits. Additionally, Hummer was married in 2015. My family visited Hummer and Elizabeth when we went to the United States on vacation in July 2016. He and his wife are deeply in love. I believe that he will never do anything illegal. This must be a misunderstanding or just a mistake made unconsciously.

Judge Berman, I implore you to demonstrate forgiveness and compassion not only for Hummer who has made mistakes unconsciously, but his entire family who are innocent and need him so much. Your decision will affect his life, as well as his wife's life and the life of his parents. I write this letter to prove that Hummer is a man of high moral character and his future shall be bright. I know he will learn from his mistakes and not get into trouble again.

Thank you so much for your precious time and consideration.

Best Regards,

Lianwei Dong

Chunping Zhou



11/15/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Str.
New York, NY 10007-1312

Dear Judge Berman:

I hope this letter finds you and your family well with the current pandemic. My name is
Chunping Zhou. I write on my honor to attest to the positive character of Hummer Mars.

He's parents are good friends of my husband and I for over 17 years, and I knew Hummer
since he was in high school. He studied at the Neusoft School of Information, Northeastern
University, which was jointly invested and founded by Neusoft Group Ltd. and Northeastern
University. The school is located in Dalian, China. When he was in college, I was the assistant
to general manager and human resources director of Neusoft Group Dalian branch. I am very
familiar with his efforts during college and his later growth experience.

Hummer is a very cheerful and enterprising child. He weighed more than 250 pounds at one
time due to the pressure of study and irregular eating in high school. After entering the
university, he was very self-disciplined and insisted on fitness. With his extraordinary
perseverance, he successfully lost weight to about 170 pounds, and has maintained good
fitness and eating habits till now.

During the university, because of his enthusiasm, kindness, good communication skills and
excellent organization and coordination skills, he won the trust of professors and the love of
his classmates. He was elected as the president of the student union and continued to be
re-elected until graduation.

In addition to his outstanding university studies, he also actively engaged in internships in
enterprises. In his senior year, he was admitted by Shanghai Pudong Development Bank and
participated in banking research and mainstream brand research, which deepened his
understanding of the financial industry and strengthened his goal of engaging in the financial
industry in the future.

After graduation, Hummer was hired by Shanghai Citibank. During his work at Citibank, he
was very diligent and dedicated, and has achieved the highest sales performance in the

Asia-Pacific region. I remember that he was rewarded by Citibank for a vacation abroad twice.

In 2011, he was admitted to the MBA of the University of California, Los Angeles. After graduated in 2013, he settled in New York and got married with Elizabeth in 2015. In July 2016, my family visited Hummer and Elizabeth when we were on vacation in the United States. Seeing them loving each other deeply, my family and I were very happy for them.

In 2016, Hummer gave up the generous annual salary given by investment banks and started his own business. He has high ideals and has been working hard to achieve them.

Hummer Mars doesn't have any bad hobbies. He enjoys working, fitness, and spending time with his family. He respects his parents, loves his wife, and is full of passion and love for life and the future. I believe Hummer to be an honorable individual, with a strong sense of family and community. His parents and I are very saddened when such a good person suffers from lawsuit. His mother was at a loss with tears all day long.

Your honor, I implore you, from the bottom of my heart, to demonstrate leniency when making a decision. Hummer Mars may have made some mistakes, but he has always been a good person, and a valuable member of society who deserves a second chance. It is my sincere hope the court takes this letter into consideration.

I kindly thank you for your time and consideration, and once again, I hope you and your family are healthy and safe in these pandemic times.


Sincerely,

Chunping Zhou

Joseph Bent

██████████████

11/25/2020

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

To the Honorable Judge Berman:

I am writing on behalf of my friend Hummer Mars. I have known him for the past four years and am genuinely concerned about his wellbeing and future.

For as long as I have known Hummer, I have known him to be an exceptionally good, helpful and upstanding individual. Hummer and I got to know each other through the gym and particularly boxing. We really bonded over boxing (and working out generally) and became good friends as a result. I have never met a person so committed to physical fitness. He and I would spar frequently. I became a better boxer and a better person as a result of my time with him.

Hummer and I attended many social gatherings together. He was always very generous and thoughtful. I can always count on Hummer to be there when I needed him. He was present at both the baby shower before my son's birth and his first birthday party.

Even though Hummer has had his ups and downs in his life, I know that Hummer is a decent man with a kind and loving heart. As a result of his kind heart and generous nature, Hummer has been blessed by numerous friends and a loving family. Everyone who has met or know Hummer would say nothing but good things about him. He is selfless in nature and would give a stranger a shirt of his back.

Finally, I am reaching out to you, as I know Hummer would do for me, and pleading for leniency for Hummer. He is a good man who is devoted to his friends and family. We still need his support and cannot get that if he is spending much of his life in prison. Thank you for your consideration.

Sincerely,

Joseph Bent

*[signature]*

Jen You



11/20/2020

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

I am writing this letter on behave of my friend Hummer Ma, who I know from Equinox and become close friend with.

Hummer has been a very sincere and supportive friend not only to me but everyone in our community. He is warm hearted and welcoming. Everyone in the community likes him a lot and considers him as a nice, royal, reliable friend. He is hard-working with his job and dedicate to what he is passionate about. As a friend, I got influenced and encouraged by his positive attitude and hard-working ethics.

In general, I write to attest to the good character and positive qualities of Hummer. It is my sincere hope that the court can take this letter into consideration. Thank you for your time and consideration.

Sincerely,

Jen

Jen You

11/29/2020

Xiulan Zhao



02/01/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honorable Richard M. Berman Judge

I'm Xiulan Zhao, Muge Ma of aunt. I heard about Muge Ma. I was shocked. I don't think he would do such a thing. Here I would like to introduce the MUGE MA that I know to your Honor.

Muge grew up by my side since childhood, and I know him very well. He is a very good child in our family. He is smart, sensible, and tenacious. I remember that when he was 15 years old, he was obese because of an irregular diet, and his weight was up to 110 kg. When he realized that obesity is harmful to the body, he resolutely implemented weight loss. With a tenacious will, he lost 30 kilograms in one year. This is something that ordinary people can't achieve, and everyone praises his perseverance.

Although Muge has good conditions at home, he never shows off. He takes pride in his diligence and thrift, and works hard to exercise himself. During school holidays, he would go to my factory to participate in labor, or follow his parents to sell products, to the children's welfare home to send clothes and toys for charity. This style has continued, even after he joined work and when he returned home from visiting relatives.

Therefore, he has always been our role model for educating children.

After graduating from university, he stood out among tens of thousands of people and was hired by the Shanghai branch of Citibank. He worked hard and never cared about personal gains or losses. In just two years, he achieved the No. 1 sales performance in the Asia-Pacific region. Proud results. What a wonderful child, Muge is the pride of our family!

Such an excellent child will not do fraudulent banking. there must be some misunderstanding, and he must have made a mistake.

Here, in the name of my family, I implore the judge to discriminate lightly based on the fact that the child is such an outstanding and first offender.

Please give your child a chance so that he has a relatively bright future.

I am here to thank your Honorable Judge for his kindness and bless you forever.

Sincerely

赵香兰 Xiu Lan Zhao

Xiulan   Zhao

Hongmei Meng



15/01/2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman:

   My name is Hongmei Meng. We were colleagues and we had been working together for 5 years.

   In my impression, one thing that is deep in my memory is that in his second year of work, the company contacted poor students in remote primary schools and asked the entire company to support them. Not very long time afterwards, only after the company sent an email, we learned that he silently funded one of the poor students, but he never made any announcements. From this point of view, I think this proves that he is a very caring and kind person.

   Another thing is that we, as colleagues, once were on a business trip together. Since I am a female, I always meet some unkind people outside to find faults. Unfortunately, this time was not an exception. I met a person who harassed me. After Hummer found out, he immediately warned the person and isolated me to his safe side, which made me feel very safe. He is really a very righteous, good man who is brave enough to do what is right.

   Your Honor, when I learned that he was detained in the United States, I was shocked. I hereby certify that he is definitely a good person. During the five years of working with him, he has worked hard, and he is very good in the eyes of all colleagues and bosses. I hope you can give him a chance. I deeply believe he will not let you down.

Sincerely,

Hongmei Meng

Guangping Wen

███████████████

███████████████

11/ 20 / 2020


Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312


Honorable Richard M. Berman

My name is Wen Guangping, an American citizen living in **SACRAMENTO** . I am  Muge Ma's cousin. After I married my husband, I knew that he had a nephew named Ma Mu Ge, he was working in Shanghai Citibank. He was very good.

In 2011, he went to the University of California, Los Angeles for further study. Both in college and in the workplace, he is a role model for his peers, the honor of his parents and his family.

Muge Ma on June 15, 2013 in the university of California, Los Angeles, UCLA graduated, I and song Muge Ma parents, other relatives and friends in the United States, joined his graduation ceremony, proud of his achievements of learning.

In the contact with this unusual young man, I feel the same as everyone else that Muge Ma is very cultured, educated, capable and polite. He is a very optimistic and sunny boy.
He is also a filial piety parents of a good son, but also a love wife of a good husband.

I am writing this letter to ask the judge to give Muge Ma an opportunity to return to the society as soon as possible and repay the society with his actions and abilities, considering his past excellence.

Thank you very much!


GuangPing Wen

From:  Radu Iuhas

To:  Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

February 25th, 2021

Dear Judge Berman:

I write this letter in order to offer deeper insight into the character and life of Muge Ma, a person I consider a close and very loved friend.

I met Muge on the first day of the MBA orientation. Over a month, we spent almost all our time together getting to know America and each other, visiting Sea World, beaches, museums, beautiful national parks, and more. He became my best friend easily. The first day the academic program started, we were paired up for a team-building exercise in which we needed to lean forward with hands linked, balancing our weight against each other while we walked across diverging ropes suspended 30 feet in the air. While others took their turn, we practiced and took the measure of each other. When it was our turn, we locked eyes the entire way across the ropes and were the only pair to make it to the end. Although we'd been building a friendship over the previous month, in those moments when we were relying on and trusting each others' steadiness and strength, I felt I took real measure of him as a person. It is one of my most profound memories of the MBA.  From that day, Muge and I became the closest of friends. It's a friendship that lasted through our entire two years at the MBA and since then. I can say honestly that my friendship with Muge is one of the most important I've had. I consider this quite special because he's also from a very different culture, and through this friendship, I understood more about the world and became a more open person.

During the MBA, he was one of the most active community connectors. He was always organizing team buildings, dinners, and activities for our community to enjoy and to build connections beyond. He organized a large dinner celebrating Chinese New Year and introduced his classmates to traditional Chinese food. He was also active in helping other students to showcase their culture. Muge was open to everyone and eager to build friendships across cultures. His desire to meet everyone and build friendships was always a defining characteristic of him. I could give endless anecdotes about our friendship and why I love Muge deeply and believe him to be a fundamentally decent

person. Despite the charges he is facing, I still believe he is a good person who wants to create value and good in this world.

A few years after we graduated, when my startup was invited to pitch at TechCrunch Disrupt in New York, I was more than excited to introduce my cofounders to my good friend Muge. Even when we hadn't seen each other in a while, when we would meet up, we didn't miss a beat. In the following years, he also warmly received other friends and business partners, showing them around New York City. I was always happy to know they would be well taken care of by Muge. He was always warm, considerate, and thoughtful to people. Even as he was struggling to build his own business, he was happy to help others. I know Muge as a thoughtful, considerate, and compassionate man. I realize the accusations against Muge are serious. In writing this letter, I hoped to show you that his character is not represented in these charges, and his past as both a professional and a friend are completely contrary to them. As I wrote before, I do believe Muge to be a fundamentally decent person. Yet, even decent people can make serious mistakes in judgment. I cannot make an assessment of guilt or innocence, since I do not have the facts, nor is it my place. His friendship has been so important to my life and I trust him deeply. I write this letter to share with you this fundamental conviction of mine: that Muge is at his core a good person who will strive to do better, if given the chance. He is not the sum of these charges, and the life he has lived until now has been meaningful and positive to so many people. I hope that in the conclusion of this case, you will consider this and be convinced of this as well.

Sincerely,

Radu Iuhas

███████████

Dear Honorable Judge,

I write this letter in the hopes that I can offer you deeper insight into the character of Mr. Muge Ma.

I have known Muge since September 8th, 2011. I met him on the first day of our MBA. I'll always remember this special day because it brought me together with two of my best friends in the world: my husband, and Muge. As I write this, I reflect that Muge has been an important part of my life for ~25% of my life on this Earth.

At the time, Muge was completely new to America. What I loved most about him was that he approached everything with sincerity, enthusiasm, optimism, and passion. When I met him, he had already become friends with another guy. Together, we made a triad of close friends. In life, there are people we might know for decades who make little impression on our character or world view, even if we see them every day. Then there are those who fundamentally change you--people whose friendship and influence make you a better, stronger, and more complete person, enriching your character and perspectives. Muge, along with the third member of our group, are such people. For two years of my life, we met every day to study, have coffee, and have fun. Muge helped me with my finance studies and learning to be more confident in my value, and I helped with marketing and improving his English writing and speaking skills. He helped me pick out the dress to wear on my first date with the third member of our group. I later found out was playing matchmaker in the background for us. That third member of the group became my co-founder and is now my husband.

On my birthday, that third friend, who had since become my boyfriend and is now my husband was out of the country. Muge borrowed a friend's convertible and took me to the beach with a birthday cake. He forgot silverware and we ended up eating cake with our hands, and ultimately having a cake fight. It was one of the best birthdays I have ever had.

On graduation day, we organized dinner with our families and my then-boyfriend/now-husband, whose family couldn't make it. My parents flew from Pennsylvania for my graduation. Muge's parents flew from China. Having become such close friends, we wanted our families to know each other. Despite the language barriers, our families got to know each other. I could see how proud Muge was to show his parents that he had made deep friends in America and that this was a place where people from all backgrounds could make friends with each other. We took our families on a tour and Muge beamed with pride to show them America.

After graduating, as my boyfriend and I were building a startup and struggling to raise investment, Muge introduced me to a writing consultancy. The income I was able to gain from this flexible work allowed me to pay my bills and while building out our technology, and we were able to raise VC investment a few months later. I've continued to collaborate with the same writing consultancy for the past 8 years, building up a loyal clientele and saving money for family emergencies. For example, my income from this season's writing helped support my brother during chemotherapy and helped family members who couldn't work because of Covid-19.

Some time after graduation, my then boyfriend/now husband and I moved to Europe. Muge moved to New York. But we stayed in contact very closely, chatting almost every day. Living in a foreign country gave me new insight into the struggles he'd faced adapting to and understanding America. Facing different approaches to work, business norms, communication styles, relationships, and more, I realized more deeply how resilient he was. As I struggled as an American to build a life and business in Europe, he struggled to build a business and life in America. I came to deeply admire his relentless optimism. When I'd return to the USA to visit my family in Pennsylvania, I'd swing by to see him. I know he was trying very sincerely to build a business capable of creating a bridge of investment opportunities. He spoke of this dream often, believing that this would promote more market-oriented economic thinking in his home country, ultimately creating more opportunities. Honestly, I was and remain skeptical that a single organization can affect even a fraction of the change he hoped he would. But, he was passionate and enthusiastic. Unrelentingly, in the face of all life's obstacles, sham, disappointments, and struggles, he maintained optimism, excitement, passion, and enthusiasm.

Unfortunately, 2020 brought many personal difficulties for me. Covid-19 disrupted my business, leaving me struggling to keep all my employees, collaborators, and suppliers paid while all our projects were canceled or postponed. At the same time, my brother developed pancreatic cancer. Muge was there for me through all this. He was one of the few people I could bring myself to talk to because he was so kind and supportive. People tend to offer vapid pleasantries in such dire situations. Muge didn't bother with such pretenses. Each time we spoke, he offered all the support he could: emotional, tangible, financial--he was willing to help in any way. As the Covid crisis accelerated, business problems mounted and I was faced with the high possibility of losing my beloved brother. I couldn't find it in myself to have any social interactions. I was perpetually exhausted and distressed. Even as I withdrew, Muge was there for me, patiently, gently, but persistently with kind words and sincere offers to help. Even when I couldn't find the energy to answer him, he'd leave them for me--a reassurance of a friendship that would be there through thick and thin, even if I had to check out for a while.

As things became darker and more tragic in my life, besides offering tangible support, Muge tried to console me with religion. He'd been fascinated with Christianity since we met at UCLA. I grew up in what is often called "the Bible Belt" and he'd often ask me about the different beliefs, denominations, and histories. Actually, we discussed many different religions. I'm an amature of anthropology and comparative culture, so these discussions were quite enjoyable. Over the years he went from mere interest to belief in the general premise of Christianity. Knowing the general atheistic culture of China, I was rather surprised. But, I came to understand how it would appeal to his sense of optimism and enthusiasm for the promise of life.

I shared these moments with you because I want you to understand that Muge isn't the person he is being made out to be. I have read some incredibly horrible, skewed media coverage of the case, reeking of xenophobia and sinophobia that seemed from the 19th century. In this world, there are few people I would consider friends. I don't use the term lightly. In the age of social media where people find it a mark of status to meet the maximum "friends" threshold on any given platform, I'm content

to have a handful meaningful friendships with  people I know and love deeply.  Even if we are very different people, I saw something true and sincere in Muge that made him a person I desired to have as a true friend.

I've come to believe that having optimism and hope in this mess of a world we have requires a rather high level of naivety. And I can say honestly, it is a trait Muge has. While it fuels his optimism, it can also lead him to foolish mistakes and misunderstandings. I cannot speak to the case against Muge, except that it is beyond my imagination--and I am widely regarded to have a robust imagination.  I wish I could tell you emphatically Muge didn't do what he is accused of. But that is beyond the scope of this letter or anything I can prove. What I can tell you, is that all the time I have known Muge, he has been a decent, kind, compassionate, honorable person who went out of his way to help others, taking sincere fulfillment in it. Even if he did make some very dumb mistakes, he is not a malicious or rotten person, nor a conniving mastermind. He's a person whose contributions to the world and those around him are by far meaningful and positive on the balance of any dumb and desperate mistakes he has made. I hope you will consider this in your judicious consideration of this case. My husband and I are both planning to return to the USA for the trial, should it come to that, and will be joining the courtroom should the pandemic allow.

Thank you for taking the time to read this letter. I am more than happy to answer any questions.

Sincerely,

Jennifer Austin

Nicholas Stoltz



December 28th, 2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman,

My name is Nicholas Stoltz, and I am a business professional raising a family of two young children with a third on the way in Brooklyn, New York.  I moved to New York over nine years ago to pursue a career as an entrepreneur in the marketing technology space not long after graduating from the UCLA Anderson School of Business.  Upon moving to New York, and without knowing many people in the city, one of the ways that I both met new people and stayed connected to my California roots was through the UCLA Anderson Alumni Network.  It is in this capacity that I met and became good friends with Muge Ma, affectionately known as Hummer by the UCLA community.

Hummer graduated from UCLA Anderson in 2013 and moved to New York to pursue a career in investment banking. We first met at one of the many regular UCLA Anderson alumni events and became fast friends.  Hummer has a magnetic personality; he is affable, generous, and a truly good-hearted individual.  It is not difficult to understand why Hummer is so well liked by the UCLA community.  He is from a well-off family in China but came to the United States and to UCLA Anderson to pave his own path.  He is intelligent, talented, and enjoys meeting and conversing with people from all walks of life, backgrounds, and professional occupations.  He has a genuine interest in everyone he meets and remembers personal details even after a single meet or brief encounter at an Alumni event.  He eventually met and spent time with my family, including my siblings during their annual New York visit, becoming friends with my girlfriend and attending our baby shower to celebrate our first child.  Hummer wasn't just "networking." He was putting down roots and making friendships as he pursued his career ambitions and a life in the United States.

Having known Hummer for many years as a friend and respected member of the UCLA community it saddens me to learn of his current situation.   Without direct knowledge of his case, I can only say that we all make missteps in life and we all hope for the opportunity to find happiness and

redemption despite those mistakes.  The United States in particular, in my view, has always been a place for second chances, where there is always an opportunity to face our misdeeds head on and eventually become a better, stronger person for having dealt with the consequences of our actions.  It is my great hope that Hummer will also receive such an opportunity. In my heart I know that he is capable of learning from his own mistakes and finally finding his own version of the American dream.  Thank you for your time and I hope you consider my sincere words on Hummer's behalf.


Regards,

Nicholas Stoltz

Case 1:20-cr-00407-RMB   Document 29   Filed 12/03/20   Page 1 of 1

20-cr-407 (RMB)

FENG ZHU



RECEIVED

DEC 3 2020

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

11/21/2020

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

I'm sending this letter requesting leniency on behalf of Muge Ma, who was accused of $20M COVID-19 Loan Scam Mulls Plea Deal. I am his classmate in UCLA from 2011 to 2013.

I appreciate your fairness throughout the trial. I would like to mention that Ma is a good student and a good friend of mine when he was studying in UCLA. He had very clear goal to reach and had managed his time, his studies and his social life to best reach his goal. He was friendly and felt at ease talking to others. He was one of my go-to persons when I wanted to be heard or understood. I can clearly remember he provided me career advice before graduation. He always stay focused and motivated.

Ma is the only child of his parents. He told me his parents worked very hard to support him to pursue a higher education in US and he wanted to treat them properly and brought them to US in the future.

I humbly request a lenient sentence as time in jail will put his family in severe difficulty. Thank you for taking the time to read my letter. I can be reached at

Sincerely,

FENG ZHU

朱峰

Clerk to docket & file.
_____
_____
_____
_____

SO ORDERED:
Date: 12/3/2020

Richard M. Berman, U.S.D.J.

FENG ZHU

████████████

████████████

11/21/2020

Honorable Richard M. Berman

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman:

I'm sending this letter requesting leniency on behalf of Muge Ma, who was accused of COVID-19 Loan Scam Mulls Plea Deal. I am his classmate in UCLA from 2011 to 2013.

I appreciate your fairness throughout the trial. I would like to mention that Ma is a good student and a good friend of mine when he was studying in UCLA. He had very clear goal to reach and had managed his time, his studies and his social life to best reach his goal. He was friendly and felt at ease talking to others. He was one of my go-to persons when I wanted to be heard or understood. I can clearly remember he provided me career advice before graduation. He always stay focused and motivated.

Ma is the only child of his parents. He told me his parents worked very hard to support him to pursue a higher education in US and he wanted to treat them properly and brought them to US in the future.

I humbly request a lenient sentence as time in jail will put his family in severe difficulty. Thank you for taking the time to read my letter. I can be reached at ███████████

Sincerely,

FENG ZHU

*FENG ZHU*

11/21/2020

Dongyan Dai



12/10/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman:

My name is Dongyan Dai. I write on my honor to attest to the outstanding personality of my best friend Mr. Muge Ma. I met Muge in 2011 when I enrolled in the MFE program in the Anderson Business school at UCLA, where he was in the MBA program. With his easy going and obliging character, we soon became good friends. Muge is the most diligent and industrious person I have ever met. In school, he always studied till some time in the early morning. Furthermore, when his friends got problems in studying, he always reached out to help without any hesitation.

In my impression, Muge is a man who cares little about money. For instance, in the summer of 2013, I left Los Angeles for two months. One day, I found car had been towed away. At my request, Muge went to help me retrieve my car and paid about one thousand dollars to the towing company as the fee. When I got back to LA, I thanked him and wrote a check to him to pay back the fee. A month later, to my surprise, he had not cashed the check yet. Eventually, through my reminder, he cashed the check. He has always been such a person, not concerned with money, but only focused on his work and helping others, with a strong sense of family and community.

A few years ago, at his invitation, I went to NYC to meet him and spent two weeks with him. He made me feel so strongly again that he is the person who would lend a hand at anytime to anybody who need it. I still clearly remember, two years ago, when I got a family problem and felt very sad, he was the first person I thought I could talk to. At that time, when he received my call, he comforted me over the phone for more than two hours despite the fact that he had a high fever.

As a result of his kind heart and generous nature, Muge has been blessed with numerous friends and a loving family, who brought him up with strong morals and values. I sincerely hope this letter could honorably give the court a fuller picture of Muge as an outstanding citizen. Thank you so much for your time.

Sincerely,

Dongyan Dai

Dongyan Dai

Shan He



06/02/2020

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007 1312

Dear Judge Berman,

Thank you for your busy reading this sincere letter. My name is Shan He. I am the general manager of Shenzhen MINGYUNKA Investment Development Co., Ltd in China. I and Muge Ma were primary school classmate, primary school time was from 1990 to 1996, after graduation so far we had been in contact, it can be said that we are nearly 30 years of friendship, often hear his achievements, I am sincerely proud of him.

Muge Ma is an excellent young man who is honest, kind, self disciplined and helpful. As far as I know, he has been very good at learning since childhood, and he is also very good in moral character. In his college study and life, he holds the president of the student union. In Chinese universities, he needs not only academic achievement, but also good ideological and moral character, friendly classmate relationship, recognition from school level, leaders and teachers. After graduating with honors, he went to Shanghai Citibank for an internship and work. He also made remarkable achievements in Citibank. Later, in order to realize his ideal, he went to the United States to study MBA, and worked and lived in New York. The last time we met was in May 2016, when I was traveling to the United States. He was already the investment bank manager of China Merchants Bank s New York branch. Because he was married in the United States and settled in the United States, we had few opportunities to meet. But we always have WeChat and phone to keep communicating. We also miss each other very much and often care about each other s work and life.We will often explore some ideas about work and life, such as why he quit his job at China Merchants Bank and chose to start a business. He also thinks that American openness and freedom can help him realize his ideal. I will also debate with him the advantages and opportunities of China. We were also talking about trying to do some Sino American trade business together......

I also asked Muge Ma to help me take care of my friend s daughter in New York.

She went to college in the United States, the dormitory was not good, MA also helped her move, and handled so many rental procedures. He is really very kind and helpful.

So there must be any misunderstanding, he is very careful to do things, to people, treat people are sincere, their own requirements are also very high, I hope that the judge must investigate clearly, but also clean pastoral, thanks again for your busy reading this sincere letter.

Many thanks

Shan He

Crystal Tian

10/02/2021

Dear Judge Berman,

Thanks for your time reading my petition for Muge Ma. My name is Crystal Tian, I'm an accounter working in Guangzhou city,China. I was extremely shocked to hear from the news regarding what happened to Muge Ma, who is my friend in China. He is a person who always be kind to everyone, and if someone looking for help he would always be there for you. He treats everyone with patient and compassionate.

I'm writing to attest to the high morality, positive qualities of Muge Ma to my best knowledge. He is a good man, good friend and a good son.

Sincerely,

Crystal Tian

Crystal Tian

**D A N I E L   K I M**

November 20, 2020

Honorable Richard M. Berman

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Berman,

My name is Daniel Kim, and I am a recent Master of Divinity graduate from Southwestern Baptist Theological Seminary in Fort Worth, Texas. I currently serve as a Chaplain Candidate (2LT) in the U.S. Army Reserve, and prior to seminary, I worked as an investment banking professional serving the energy industry.

I am writing you today to provide a character reference for Hummer Muge Ma, a person I consider a dear friend. Hummer and I met while attending UCLA Anderson where we both graduated with Master of Business Administration degrees in 2013. Although we were not in the same cohort, we both sought careers in investment banking post-graduation and met at various networking events along the way. Our respective career journeys eventually led us to different locations – Hummer to New York and me to Texas – but we enjoyed keeping in touch. I have since visited New York a handful of times, and I try to visit with Hummer whenever I am in town. Having been in the recruiting trenches together, it is always exciting for me to see Hummer's progress.

Since we met, I have always known Hummer to be kind, friendly, noble, bold and industrious. Hummer always had a smile on his face and a compliment on his lips. As far as I could tell, Hummer had

1 / 3

an incredible zest for life; he relished meeting new people, experiencing new things, and he seemed undaunted by life's challenges – still optimistic, still smiling.

Early in our friendship, I noted some of Hummer's many accomplishments – graduated top of his university class, top producer for Citigroup in China – and asked Hummer why he wanted to work in investment banking in New York where the hours would be long, the work challenging, the social barriers high as a non-native English speaker. Hummer had already achieved meaningful success in his home country and could easily return to that if he so desired. Hummer's response spoke volumes; he saw New York as the finance capital of the world, and he wanted to succeed here in America, on America's terms. From what I could gather, transacting "on America's terms" was critical to Hummer's overall view of success. Indeed, it is my understanding that Hummer saw success in America as having significance only if it is achieved on America's terms. This was evinced in part by the years he spent working for various banks, building relationships, and later forging ahead with the scary proposition of bootstrapping his own investment banking business with little start-up capital. Cheating would be antithetical to what I believe Hummer was hoping to accomplish.

Based on conversations we've had about his personal life, I also believe Hummer to be a conscientious person who cared very much about his family, friends, colleagues and community. I believe Hummer was in the habit of routinely communicating with his parents in China, and while we did not talk specifics, I know Hummer was actively looking for ways to develop his relationship with his wife. On one occasion, he asked for advice regarding marital relations, and he was keen to note any books I might suggest he read, illustrating his care. Based on his social media presence, Hummer appears to have been an active contributor to a local fitness community, and he appears well-liked by many. As for me, I am grateful to count Hummer as my friend.

In summary, the Hummer I know is kind and outgoing, bold and hard-working, and lives with noble intent. In whatever way Hummer may have stumbled, I humbly request that you meet him with mercy and grace. I am confident he will internalize his present circumstance and start afresh, choosing daily to reflect well upon himself, his community and our country.

Sincerely,

Daniel Kim
Chaplain Candidate (2LT), USAR
348th TC BN, HHD

Zhenlei Shang



2nd Jan 2021

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman:

My name is Zhenlei Shang, I am a project manager of CSG (China Southern Power Grid). I was shocked when I heard what happened to Muge Ma, who is my classmate in University, and he was also the cadre of our student union. Our first met was on the enrollment of University in 2002, then we became good friends. He's a very kind and thoughtful person, he always be there if someone looking for help, not only me but everyone regarded him as a man of integrity, and he always can be trusted. Dear Judge, I sincerely hope the court could give such a good person an opportunity that righting his mistakes. Thank you for your time reading my letter.

Sincerely,

Zhenlei Shang
Zhenlei Shang