# LAW OFFICES OF PETER KATZ

## EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323

PKATZLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/22
```

April 4, 2022

Honorable Richard Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Muge Ma, a/k/a "Hummer Mars," 20 CR 407 (RMB)</u>

Dear Judge Berman:

    I am counsel to Muge Ma in the above referenced matter. Pursuant to Your Honor's Individual Rules of Practice for Criminal Case Sentencing Proceedings ("Rules"), we respectfully request that certain statements contained in our Sentencing Memorandum, specifically two sections of the report of Leslie Lockwood, MSW's report ("Lockwood Report")(The italicized sentence on the first page as well as the entire section that begins on page five and continues through the top of page seven) be redacted out of safety concerns for Muge Ma's parents.

    In this part of her report, Ms. Lockwood details [REDACTED]

    We have filed our sentencing memo as Docket entry 61 with these sections redacted – pursuant to Your Honor's Rules. Accordingly, we now respectfully request that those sections of the Lockwood Report be sealed. Courtesy copies of the unredacted versions of the submission have been submitted to Your Honor's Chambers and to assigned AUSA Sagar Ravi.

    ~~We also have filed a redacted version of this~~ letter motion for the same reasons noted above. ~~We have notified the government of our~~ request and they have no objection. Thank you ~~for your consideration.~~

*Application granted.*

Respectfully submitted,

Peter Katz, Esq.

SO ORDERED:
Date: 4/5/22   *Richard M. Berman*
Richard M. Berman, U.S.D.J.