**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                  20 CR. 407 (RMB)

    -against-

                                                                                                **ORDER**

MUGE MA,
                Defendant.
------------------------------------------------------------X

       The proceeding scheduled for Thursday, April 21, 2022 at 9:00 AM will take place in Courtroom 17B.

Dated: April 13, 2022
        New York, NY

                                                            _____
                                                                 RICHARD M. BERMAN
                                                                      U.S.D.J.